**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KURTIS E. ARMANN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | C.A. No. 04-118E |
| | ) | |
| WARDEN, FCI McKEAN, | ) | Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| Respondent. | ) | *(electronic filing)* |

## O R D E R

AND NOW, this _____ day of _____, 2005, upon consideration of the Respondent's Motion to Unseal and to Strike Plaintiff's Exhibits, and any Response filed thereto,

IT IS ORDERED that the Respondent's Motion is GRANTED.


                UNITED STATES MAGISTRATE JUDGE

cc: Kurtis E. Armann, pro se
   Christy Criswell Wiegand, Asst. U.S. Attorney