# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 04-118E (SJM) |
| ) | |
| WARDEN, FCI MCKEAN, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF AUTHENTICITY

I, JOHN A. RIZZO, hereby declare and state:

1. I am the Senior Deputy General Counsel of the Central Intelligence Agency ("CIA"). I have served in this capacity since March 1995. The position of General Counsel is vacant, so I serve as the legal adviser to the Director of the Central Intelligence Agency ("Director") and am responsible for the conduct of all the CIA's legal affairs.

2. Pursuant to the authority granted by Section 2 of the CIA Act of 1949, 50 U.S.C.A. § 403b, the Director caused a seal of office to be made for the CIA. Exec. Order 10111, 3 C.F.R. 302 (1949-1953). Section 2 of the CIA Act further provides that judicial notice shall be taken of the official seal. I am the custodian of the press by which the official CIA seal is affixed to documents for evidentiary purposes.

    3.  I hereby affix the CIA seal and certify that Marilyn A. Dorn, Information Review Officer for the Directorate of Operations and Records Validation Officer in this case, is the official custodian of CIA records pertaining to persons employed by or otherwise associated with the CIA.  I further certify that the signature affixed to the attached declaration of Marilyn A. Dorn is the genuine signature of Marilyn A. Dorn.

                *   *   *   *

    I hereby declare under penalty of perjury that the foregoing is true and correct.

    Executed this 22nd day of June, 2005.



                                              _____
                                              John A. Rizzo
                                              Senior Deputy General Counsel
                                              Central Intelligence Agency

Attachment:

    Declaration of Marilyn A. Dorn, Information Review Officer, Central Intelligence Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KURTIS E. ARMANN,            )<br>                              )<br>            Petitioner,       )<br>                              )<br>       v.                     )<br>                              )<br> WARDEN, FCI MCKEAN,          )<br>                              )<br>            Respondent.       )<br>_____) | CASE NO. 04-118E (SJM) |

### DECLARATION OF MARILYN A. DORN, INFORMATION REVIEW OFFICER, CENTRAL INTELLIGENCE AGENCY

I, MARILYN A. DORN, hereby declare and state:

1.  I am the Information Review Officer ("IRO") for the Directorate of Operations ("DO") of the Central Intelligence Agency ("CIA"). After serving eighteen months as Associate DO/IRO, I was appointed to my current position on 1 August 2003.

2.  The DO is responsible for and maintains records of all clandestine foreign intelligence and counterintelligence activities and operations conducted by the CIA with respect to human sources. DO records are maintained at CIA Headquarters in Fairfax, Virginia, and in archival storage in the normal course of CIA business.

3. I have access in my official capacity to all DO records. My official responsibilities include the search for and retrieval of DO records pursuant to requests for information concerning CIA operational and intelligence activities.

4. Further, I serve as Records Validation Officer ("RVO") for purposes of this litigation. As RVO, I am granted access to all CIA records on any subject relevant to this litigation and authorized to sign declarations on behalf of the CIA regarding CIA searches for records, as well as the contents of any located records, including those located in or containing information under the cognizance of CIA Directorates other than the DO.

5. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

6. If the CIA had any sort of involvement or relationship with Kurtis E. Armann, a record indicating such a fact would have been created and retained in the normal course of CIA business, and these searches would have located such a record.

7. Thorough and diligent records searches were conducted of the appropriate CIA record systems for any information pertaining to Kurtis E. Armann, the petitioner. This comprehensive search for all records indexed to the petitioner's name, the results of which were provided to me in my official capacity, located no identifiable records indicating that the

CIA had any sort of involvement or relationship with Kurtis E. Armann.

\* \* \* \*

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2005.

*[signature]*

Marilyn A. Dorn
Information Review Officer
Directorate of Operations
Central Intelligence Agency

3