**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KURTIS E. ARMANN,** | ) | |
| Petitioner | ) | |
| | ) | **C.A. 04-118 ERIE** |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| **WARDEN, FCI-MCKEAN,** | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 2nd day of August, 2005;

IT IS HEREBY ORDERED that Plaintiff shall be allowed until August 23, 2005, to file a responsive pleading to Defendant's Motion to Unseal Document [Document # 32] in the above captioned matter.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge