# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF PENNSYLVANIA
1111 RENAISSANCE CENTRE
1001 STATE STREET
ERIE, PENNSYLVANIA 16501
PHONE: (814) 455-8089
FAX: (814) 455-8624

LISA B. FREELAND
*Federal Public Defender*

THOMAS W. PATTON
*Assistant Federal Public Defender*

June 2, 2005

Department of the Army
Freedom of Information and Privacy Division
7701 Telegraph Road
Suite 144
Alexandria, VA 22315-3905

COPY

Dear Sir or Madam,

This is a request under the Freedom of Information Act (5 U.S.C. 552).

I request a copy of the following documents: pertaining to Kurtis Armann (DOB: 12/27/1974; SSN: 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), his complete medical file, both physical and psychiatric, to include a complete record of medications prescribed, including charts and records of dates, times, and dosage of medications provided to Mr. Armann, while he was detained at Mannheim Regional Confinement Facility in Germany, beginning on or about October 10. 1998, and at Fort Leavenworth U.S. Disciplinary Barracks.

I am willing to pay appropriate fees for this request, however I would appreciate an estimate of the cost before processing the request so I can get formal approval. Since this request is for legal proceedings, I would request a waiver of fees, if possible.

The Federal Public Defender for the Western District of Pennsylvania has been appointed to represent Kurtis Armann for proceedings in court, and the records requested are considered relevant to his case. I have already requested, but not yet received, records from the National Personnel Records Center in St. Louis, MO, but it is not clear if these medical records will be included with that information.

Thank you for your cooperation with this request. The records can be sent to my attention at the above address. If additional information is required, or if you have questions about this request, you may contact me at 814-455-8089.

Sincerely,

John Townley
Investigator



**DEPARTMENT OF THE ARMY**
FREEDOM OF INFORMATION AND PRIVACY DIVISION
7701 TELEGRAPH ROAD, SUITE 144
ALEXANDRIA, VA 22315-3905

June 7, 2005

AHRC-PDD-FP (FOIA 05-1278)

Mr. John Townley
Federal Public Defender
Western District of Pennsylvania
1111 Renaissance Centre
1001 State Street
Erie, PA 16501

Dear Mr. Townley:

This is an interim letter response to your Freedom of Information Act request dated June 2, 2005 and received in this office on June 6, 2005. It has been assigned FOIA Case Number 05-1278 and it will be processed as expeditiously as possible in accordance with procedural requirements of AR 25-55, "The Department of the Army Freedom of Information Act Program."

Please be advised that the actual processing time will depend upon the complexity of the request, the need to search for and collect records from field offices, and/or the need for consultation among Department of Defense components or other agencies.

Sincerely,

Bruno C. Leuyer
Chief, U.S. Army Freedom of Information
and Privacy Office

Printed on Recycled Paper



**DEPARTMENT OF THE ARMY**
FREEDOM OF INFORMATION AND PRIVACY DIVISION
7701 TELEGRAPH ROAD, SUITE 144
ALEXANDRIA, VA 22315-3905

June 27, 2005

FOIA 05-1278

Mr. John Townley
Federal Public Defender
Western District of Pennsylvania
1111 Renaissance Centre
1001 State Street
Erie, PA 16501

Dear Mr. Townley:

This letter responds to your Freedom of Information Act request dated June 2, 2005 and received in our office on June 6, 2005. You are requesting a complete copy of Mr. Kurtis Armann's medical file, both physical and psychiatric, to include a complete record of medications prescribed, charts and records of dates, times and dosage of medications provided to Mr. Armann while detained at Mannheim Regional Confinement Facility in Germany and Fort Leavenworth U.S. Disciplinary Barracks. Your request is being processed in accordance with Title 5 United States Code 552, The Freedom of Information Act (FOIA).

However, in the event that these records exist, we have referred your request to the following activity for action and direct response to you.

U.S. Disciplinary Barracks
ATTN: Directorate of Treatment Programs
1301 North Warehouse Road
Fort Leavenworth, Kansas 66027-2304

Please be advised that the release of certain information to a third-party, to include the veteran's immediate family members, requires release authorization from the subject of the file, a court order, or proof of death. These provisions have been implemented in accordance with the Privacy Act to provide safeguards for a veteran against an invasion of his/her personal privacy to prevent unauthorized release of a veteran's records. Information releasable to a third-party without authorization include, name, service number, rank, dates of service, awards, and place of entry and separation.

If you have any questions regarding the status of your request, you should contact that activity at the address above. If this office can be of further assistance, please contact Mr. Hargrove, at the above address on the letterhead or at (703) 428-6504.

Sincerely,

DONALD C. HAKENSON
Acting Chief, U.S. Army Freedom of Information
and Privacy Office

Printed on  Recycled Paper