IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN                )<br>                                              )<br>     Petitioner                        )<br>v.                                          )<br>                                              )<br>WARDEN, FCI MCKEAN,      )<br>                                              )<br>     Respondent.                   ) | C.A. No. 04-118 Erie |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the Petitioner's Request For an Extension of Time to Respond to the Respondent's Motion to Unseal and to Strike Plaintiff's Exhibits, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the parties have until November 23, 2005 to complete discovery. Petitioner's response to Respondent's Motion to Unseal and to Strike Plaintiff's Exhibits is due by December 24, 2005.


_____
Susan Paradise Baxter
United States Magistrate Judge