**PRELIMINARY INTAKE RISK ASSESSMENT**　　　　2 November 1999
USDB, Fort Leavenworth, KS 66027　　　　　　　　　BOS:　Army

ARMANN, Kurtis E.
REG #: 77162

1. **Confining Offense(s):** Attempted Premeditated Murder, Conspiracy to Commit Premeditated Murder, Violate a General Regulation by Possessing a Silencer, and Wrongfully Use Marijuana. 35 years confinement, Total Forfeitures, Reduction to E-1, and a Dishonorable Discharge. PED: 11 October 2008. MRD: 12 April 2022. MAX: 11 October 2033.

2. **Description of Crime:** From ROI.

Investigation established probable cause to believe Inmate Armann, conspired with Inmate Lund and another individual to commit aggravated assault against the victim. To further the conspiracy, the other co-conspirator stole U.S. Government property and manufactured various weapon parts, using U.S. Government machinery, and gave the weapon parts to Inmate Armann, who then assembled the weapon. Once the weapon was assembled, Inmate Armann, and his co-conspirators violated USAREUR Weapons Regulations by failing to properly register the .223 Caliber handmade weapon.

Inmate Armann also conspired with Inmate Lund, Inmate Roeseler, and another individual to commit the murder of the victim. Inmate Armann and Inmate Lund furthered the conspiracy to commit murder when they attempted to murder the victim by shooting her in the neck while she was on guard duty. Inmate Roeseler agreed to kill a second victim in return for Inmate Armann killing the first victim.

Inmate Armann committed the offenses of smuggling of hallucinogens and marijuana, wrongful possession and use of marijuana, and wrongful possession of hallucinogens when he smuggled the controlled substances to Germany from the Netherlands and ingested the controlled substances.

Inmate Armann, Inmate Lund and another co-conspirator committed the offense of wrongful use and possession of marijuana when they admitted to ingesting marijuana after Inmate Armann and Inmate Lund shot the first victim.

The victim committed the offenses of conspiracy and solicitation to commit murder when she solicited and conspired with Inmate Roeseler and Inmate Armann, to kill her fictitious in-laws, who were said to have been trying to gain custody of her children. The victim of this solicitation was identified as the father of the victim's children.

**\*Co-Conspirator:**

Lund, Jeremy J., REG # 77198, USDB, 14 years.

Roeseler, David M., REG # 77199, USDB, 15 years.

USDB-12

**PRELIMINARY INTAKE RISK ASSESSMENT** (Continued)  2 November 1999
USDB, Fort Leavenworth, KS 66027                      BOS:   Army

ARMANN, Kurtis E.
REG #: 77162

3. **Inmate's Version:**  I conspired with other people to kill someone, so I made a gun and shot her.

4. **Internal Risk:**  High.  Inmate Armann's confining offense behavior suggests an individual who is extremely vindictive, as evidenced by the conspiracy to murder, attempted murder and attempted poisoning of three separate individuals whom Inmate Armann believed had in some way wronged him.  Inmate Armann was determined to get revenge, which causes great concern now that two of his co-conspirators (Inmates Lund and Roeseler) are also incarcerated at the USDB.  Both co-conspirators made statement implicating Inmate Armann and both got considerably less time than he did.  Given that Inmate Armann is not emotionally stable, remains impulsive and continues to think in terms of getting even with those who have somehow harmed him, it is prudent to assess that Inmates Lund and Roeseler are at significant risk to be victimized by Inmate Armann.  The institution should avoid placing Inmate Armann in the same domicile with either Inmates Lund or Roeseler and he should not be assigned to the same detail.  Since confinement in October 1998, Inmate Armann has verbalized numerous suicidal ideations and has engaged in several attempts.  His suicidal thinking has subsided, but given his impulsivity and self-destructive tendencies, he will remain at significant risk for suicide.  Inmate Armann is seen as a predator, demonstrated by the way he stalked his victims and the lack of conscious he exhibited in his willingness to kill others for money.  While he does not engage in direct confrontation that materializes into assaultive behavior, his passive aggressive, vengeful behavior is very violent.  Further, due to his mental instability, long sentence and apparent need for excitement, he presents and increased risk to attempt escape as opposed to the average inmate.

5. **External Risk:**  High.  Inmate Armann claims that he is a hitman for organized crime and has been so since 1992, when he was recruited by the Mafia at age 16.  He claims to have killed 24 people during his career as a hitman.  He states he has learned to enjoy what he does.  Whether he is actually a hitman or this is a fantasy of his mental instability is not known, but he exhibits a callous disregard for human life and a definite lack of remorse for his actions.  He justifies his behavior when he perceives that he has been wronged by someone.  Adding to his risk is the unpredictability of his mental instability, which may be somewhat stabilized through medication he is currently taking, but if he would decide not to take the medication his condition would quickly deteriorate.  Another risk factor is Inmate Armann's serious substance abuse problem that was a form of self-medication to keep him calm and relaxed.  Obviously, long term incarceration is the surest way to prevent Inmate Armann from violently re-offending.  Progression will be determined by the Point Based Classification System.

USDB-12

**PRELIMINARY INTAKE RISK ASSESSMENT (Continued)**  2 November 1999
USDB, Fort Leavenworth, KS 66027                         BOS:   Army

ARMANN, Kurtis E.
REG #: 77162

6. <u>High Risk Elements:</u>  None.

7. <u>Recommended Custody Level:</u>  Maximum.  Time Factor - 20; Disciplinary Factor - 5; and Psychopathy Factor - 7 = 32 Custody Points.

DATA SOURCES CONSULTED:

8. <u>ROI:</u>  Yes.

9. <u>Other Independent Description of Crime:</u>  Report of Result of Trial, dated 19 March 1999.

10. <u>CTF Previous Confinement Facility:</u>

<u>Pre-Trial Confinement:</u>  14 October 1998 - 19 March 1999, Mannheim Confinement Facility, Germany.

<u>Disciplinary Infraction:</u>

8 February 1999, for having a filed down glass lens in his cell, and a piece of paper with suicidal thoughts on it.

<u>Observation Report:</u>

14 December 1998, Inmate Armann was put under investigation for Trafficking and Possession of Stolen Property (he had a white envelope in his cell with someone else's name on it).

12 February 1999, Cadre noticed superficial cuts on Inmate Armann's left wrist.  The Inmate attempted to slice his wrists with paint chippings.

15 March 1999, Cadre noticed a protractor in Inmate Armann's cell that had blood stains on the sharp tip. Inmate Armann was bleeding through his right nostril.

<u>Post-Trial Confinement:</u>  19 March 1999 - 12 August 1999, Mannheim Confinement Facility, Germany.

<u>Suicide Watch:</u>

Inmate Armann remained on suicide watch from 17 October 1998 - 23 October 1998, and AS/Suicide Watch from 2 February 1999, until arriving at the USDB on 12 August 1999.

USDB-12

**PRELIMINARY INTAKE RISK ASSESSMENT (Continued)**      2 November 1999
USDB, Fort Leavenworth, KS 66027                         BOS:   Army

ARMANN, Kurtis E.
REG #: 77162

**CTF Previous Confinement Facility (Continued):**

**Observation Report:**

27 May 1999, Inmate Armann was experiencing a headache and he had a nose bleed. He was laying on the floor in the fetal position. He claimed to throw up his medication (Fiorinal), and solicited the Guard for 1 ½ ampules of Phennegran.

22 July 1999, Inmate Armann stated he was overdosing. He had taken 6 Amitryptilin and 3 Trazedone (he was on his cell floor moaning).

**D&A Board:**

8 August 1999          Attempting Suicide
                       Rations Misuse (CAT III)

Forfeiture of 20 days Good Conduct Time (suspended for 120 days, and Reprimand/Warning.

**Arrived at the USDB:**   12 August 1999.

**Observation Report:**

23 August 1999, Inmate Armann got rid of his roach collection.

29 August 1999, Inmate Armann was pacing his he cell and laying on his bunk in the fetal position.

13 September 1999, Inmate Armann asked for a mop, because he had urinated on the floor of his cell.

11. **Military Personnel File:** Entered Active Duty: 13 September 1994. MOS: 68J (Aircraft Armament Missile System Repairer). Highest Rank: E-4. Article's 15: 15 June 1998; Use of a Controlled Substance, and Possession of a Controlled Substance; reduced to E-1, forfeiture of $463.00 pay per month for two months, and 45 days extra duty. GT Score: 111. Awards/Decorations: National Defense Service Medal, Army Service Ribbon, Aircraft Crewman Member Badge, Good Conduct Medal, Drivers Badge, and Expert M16 Badge.

12. **NCIC Check:** Positive. NCIC Index reflects Court-Martial for confining offenses.

USDB-12

**PRELIMINARY INTAKE RISK ASSESSMENT** (Continued)   2 November 1999
USDB, Fort Leavenworth, KS 66027                       BOS:   Army

ARMANN, Kurtis E.
REG #: 77162

**13. Medical Record Check:** 5 May 1997, indicates "accutaine could have been a contributing factor" in his migraines. 23 July 1997, broken finger on right hand. 7 November 1997, Intermittent swelling of Lymphnodes. **Permanent Profile:** 12 May 1998, for severe headaches, may wear sunglasses indoors and not wear Kevlar. 8 October 1999, healed fracture deformity of finger on right hand, after Inmate Armann hit the wall. Numerous scars on both forearms, due to past suicide attempts. History of severe headaches. 23 October 1999, Mental Health note: Inmate Armann has a history of auditory and visual hallucinations, (the voices and visions are of his mother's boyfriend), walls moving, hearing whispering, other garbled messages, and seeing himself crouched in the corner of his cell trying not to get hit. **Allergies:** Bee Stings.

**Mental Health Diagnosis:** Inmate Armann received the following diagnosis in the past: Mixed Personality Disorder with Histrionic and Borderline traits; Adult Anti-Social Personality Disorder.

Currently Inmate Armann received the following diagnosis from the Mental Health staff at the USDB: Post Traumatic Stress Disorder (Delayed), Psychotic Disorder not otherwise specified.

**Medication History:** Secobarbital, Fiorcet, Midrin, Amytriptyline, Paxil, Thorazine, Cirocet, Elivil, Compazine, Desyrel, Risperdal, Depakote, Prozac, Pzeroxitine, Verapmirl, and Atenolol.

**Current Medications:** Thorazine, Risperdal; and Desyrel.

**Suicidal Ideations:**

May 1998, Inmate Armann poisoned himself.

23 October 1998, Inmate Armann admitted to attempting to kill himself in the past by putting a gun in his lap, but he didn't pull the trigger. Inmate Armann later admitted to pulling the trigger and grazing his ear, and due to pain did not pull the trigger again.

10 February 1999, broken eye glass piece was found in Inmate Armann's cell (he planned to use it to cut himself).

25 July 1999, Inmate Armann cut his wrist and arms with a razor.

**Note:** Inmate Armann was pending a Medical Evaluation Board prior to Chapter 14 proceedings which started due to his Possession and Use of Marijuana. Chapter 14 stopped due to his Court Martial.

USDB-12

**PRELIMINARY INTAKE RISK ASSESSMENT** (Continued)　　2 November 1999
USDB, Fort Leavenworth, KS 66027　　　　　　　　　　　　BOS:　Army

ARMANN, Kurtis E.
REG #: 77162

<u>PCL-SV:</u>　13

*[signature]*　　　　　　　　　　　　　　　*[signature]*
GLYNIS J. BARNETT　　　　　　　　　　　Concurred by:
SSG, USA　　　　　　　　　　　　　　　　JOHN T. LESNIAK
Mental Health NCO　　　　　　　　　　　Chief, Assessment Division

USDB-12