

**DEPARTMENT OF THE ARMY**
U.S. Army MEDDAC, Heidelberg
CMR 442
APO, AE 09042-0130



MCEUH-P (40-216)　　　　　　　　　　　　　　　　　　　　　8 February, 1999

MEMORANDUM THRU

Chief, Department of Psychiatry, USAMH, APO AE 09042-0130

Deputy Commander for Clinical Services, USAMH, CMR 442, APO AE 09042-0130

Chief, Patient Administration Division, USAMH, CMR 442, APO AE 09042-0130

FOR Military Judge (LTC Barto) and Trial Counsel (MAJ Meredith), Hanau Office, V Corps SJA, APO AE 09165

SUBJECT: Sanity Board Findings in the Case of United States of America vs. PV1 Kurtis E. Armann; DOB 27 DEC74; SSN 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; "A" Company, 127th Aviation Support Battalion, APO AE 09165.

1. This memo is forwarded as the "statement consisting only of the board's ultimate conclusions as to the questions at paragraph 2(a) and 2(d) above" in the memo dated 25 Jan 99 and entitled "General Court Martial Proceedings Order for Sanity Board".

2. As to question 2(a) "At the time of the alleged criminal conduct, did the accused have a severe mental disease or defect?", the Sanity Board's answer is, "NO".

3. As to question 2(d) "Does the accused have sufficient mental capacity to understand the nature of the proceedings and to conduct his own defense, or cooperate intelligently in his own defense?" the Sanity Board's answer is "YES".

4. The answers provided above are unqualified and were reached only after a thorough review of the accused's outpatient records; Hanau Mental Health Center's "convenience file"; and "the charges and all allied papers associated therewith".

5. Finally, as to the consideration of "medical tests to determine the extent of any organic brain damage, if any, if such testing is considered to be medically indicated". In light of negative findings of repeated medical examinations and laboratory tests between 13 Dec 96 and the present (to include multiple visits to an ERMC neurologist between 19 Sep 97 and 04 Jan 98), any further medical testing would seem superfluous.

6. POC is the undersigned at 371-2690.

W. THOMAS HELFRICH, PhD
Licensed Clinical Psychologist
Department of Psychiatry