# Medication Log

(Mannheim Confinement Facility)

MEDICATION LOC

| Armann Kurtis | Trazodone | 1 to 3 tabs as needed |
|---|---|---|
| INMATES NAME | MEDICATION | at night DOSAGE |

| Nassif | 990720 | 60 | SPC Steele | KA |
|---|---|---|---|---|
| DOCATORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECVD BY |
|---|---|---|---|---|---|---|
| 990720 | 1345 | | 60 | Stief | INVENTORY/ | |
| 990720 | 1400 | | 60 | RD | INVENTORY/ | |
| 990720 | 2100 | -2 | 58 | RD | INVENTORY/ | KA |
| 990720 | 2200 | | 58 | R | INVENTORY/ | |
| 990721 | 0600 | | 58 | Cimball | INVENTORY/ | |
| 990721 | 1400 | | 58 | SGT Phileg | INVENTORY/ | |
| 990721 | 2200 | INV | 58 | SSG webb | INVENTORY/ | |
| 990722 | 0600 | INV | 58 | Veldhour | INVENTORY/ | |
| 990722 | 1400 | INV | 58 | NORTH | INVENTORY/ | |
| 990722 | 2100 | -3 | 55 | NORTH | INVENTORY/ | KA |
| 990723 | 0001 | | 55 | Mayer | INVENTORY/ | |
| 990723 | 0600 | | 55 | CA | INVENTORY/ | |
| 990723 | 1400 | | 55 | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |

---

INDIVIDUAL SICK SLIP
☐ ILLNESS    ☐ INJURY

DATE  23 JUL 99

LAST NAME - FIRST NAME - MIDDLE INITIAL OF PATIENT

Armann, Kurtis

ORGANIZATION AND STATION

SERVICE NUMBER/SSN          GRADE/RATE

MEDICAL OFFICER'S SECTION

UNIT COMMANDER'S SECTION

IN LINE OF DUTY    YES

LINE OF DUTY

DISPOSITION OF PATIENT  ☐ DUTY   ☐ QUARTERS
☐ SICK BAY   ☐ HOSPITAL
☐ NOT EXAMINED   ☐ OTHER (Specify):

REMARKS
Cpt Broadwell Yes medication
sent Bennett

REMARKS
Discontinue
Trazadone

This was an Emergency
because I had A
severe reaction to
the drug

SIGNATURE OF MEDICAL OFFICER
BROADWELL
CPT, MC, 623

SIGNATURE

EDITIONS ARE OBSOLETE.

DD FORM

| | | INVENTORY/ |
|---|---|---|
| | | INVENTORY/ |
| | | INVENTORY/ |

**RED**

## MEDICATION LOG

(Elavil)

INMATE'S NAME: ARMANN

MEDICATION: AMITRIPTYLINE

DOCTOR'S NAME:

DATE ISSUED        QTY    VERIFIED BY

DOSAGE: KEA

INMATES INIT

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED |
|------|------|------|---------|-----------|-----|----------|
| 98104 | 0200 | / | 25 | | INVENTORY/ | |
| 981016 | 0600 | / | 1 BTL | Ricky | INVENTORY/ | |
| 981016 | 1400 | / | 1 BTL | Fletcher | INVENTORY/ | |
| 981016 | 2100 | −4 | 71 | Stamper | INVENTORY/ | KEA |
| 981016 | 2240 | / | 71 | Sgt Caven | INVENTORY/ | |
| 981016 | 0600 | — | 1 BTN | SPC Stephens | INVENTORY/ | |
| 981017 | 1400 | INV | | | INVENTORY/ | |
| 981017 | 2100 | −4 | ← Notice the dose | | INVENTORY/ | |
| 981017 | 2200 | / | | | INVENTORY/ | |
| 981018 | 0600 | / | | | INVENTORY/ | |
| 981018 | 1745 | / | watch the increase | | INVENTORY/ | |
| 981018 | 2100 | −4 | ← | | INVENTORY/ | KEA |
| 981019 | 0600 | 0 | | | INVENTORY/ | |
| 981019 | 1754 | / | | | INVENTORY/ | |
| 981019 | 2100 | −4 | ← | | INVENTORY/ | Kurt S Ch |
| 981020 | 0720 | / | | | INVENTORY/ | |
| 981020 | | | ✓ | noun | INVENTORY/ | |
| 981020 | 1800 | INV | 59 | WEBB | INVENTORY/ | |
| 981020 | 2100 | −4 | 55 | webb | INVENTORY/ | Kurt S Ch |
| 981021 | 2200 | INV | 55 | SSG Well | INVENTORY/ | |
| 981021 | 0930 | INV | 55 | Ravel | INVENTORY/ | |
| 981021 | | −4 | 51 | MA | INVENTORY/ | KEA |
| | | | | | INVENTORY/ | |

Elavil

MEDICATION LOG

| ARMAN, KURTIS | AMITRIPTILINE 25MG (ELAVIL) | 4 at bedtime |
|---|---|---|
| INMATE'S NAME | MEDICATION | DOSAGE |

| DOCTOR'S NAME | | DATE ISSUED | QTY    VERIFIED BY | INMATES INI. |
|---|---|---|---|---|

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED B |
|---|---|---|---|---|---|---|
| 981022 | 1800 | INV | 51 | Webb | INVENTORY | |
| 981022 | 2100 | 4 | 47 | Webb | INVENTORY/ | KA |
| 981023 | 0600 | / | 47 | Steele | INVENTORY/ | |
| 981023 | 2100 | -4 | 43 | BARRY | INVENTORY/ | KA |
| 981023 | 2200 | / | 43 | Hoo | INVENTORY | |
| 981024 | 0600 | / | 43 | | INVENTORY/ | |
| 981024 | 1423 | / | 43 | BARRENO | INVENTORY/ | |
| 981024 | 2100 | -4 | 39 | H | INVENTORY/ | KA |
| 981024 | 2200 | / | 39 | Foink | INVENTORY/ | |
| 981025 | 0600 | / | 39 | JOHNSON | INVENTORY/ | |
| 981025 | 1400 | / | 39 | BH | INVENTORY/ | |
| 981025 | 2040 | -4 | 35 | OH | INVENTORY/ | KA |
| 981025 | 2200 | / | 35 | SA | INVENTORY/ | |
| 981025 | 0600 | / | 35 | Em | INVENTORY/ | |
| 981026 | 2016 | / | 35 | for | INVENTORY/ | |
| 981026 | 2100 | 4 | 31 | Paull | INVENTORY/ | KA |
| 981026 | 2200 | INV | 31 | Fictoner | INVENTORY | |
| 981027 | 0600 | / | 31 | | INVENTORY/ | |
| 981027 | 1400 | / | 31 | J | INVENTORY/ | |
| 981027 | 2100 | -4 | 27 | BARRY | INVENTORY/ | KA |
| | | / | 27 | Reed | INVENTORY/ | |
| | | | | | INVENTORY/ | |

**MEDICATION LOG**

INMATE'S NAME: ARMAN, Kurtis

MEDICATION: [lavi]

DOSAGE

DOCTOR'S NAME

DATE ISSUED    QTY    VERIFIED BY

INMATES INIT

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED |
|------|------|------|---------|-----------|---|----------|
| 981028 | 0600 | / | 27 | ON | INVENTORY/ | |
| 981028 | 1400 | / | 27 | GG | INVENTORY/ | |
| 981028 | 2103 | 4 | 23 | Borrero | INVENTORY/ | X ⃝KA. |
| 981028 | 2200 | / | 23 | Hobley | INVENTORY/ | |
| 981029 | 0600 | / | 23 | Sta | INVENTORY/ | |
| 981029 | 1400 | ⃝ | 23 | | INVENTORY/ | |
| 981029 | 2110 | 4 | 19 | | INVENTORY/ | ⃝AC |
| 29 OCT 98 | 2000 | / | 15 | | INVENTORY/ | |
| 29 OCT 98 | 2200 | / | 19 | JOTH | INVENTORY/ | |
| 30 OCT 98 | 0600 | = | 19 | | INVENTORY/ | |
| 30 OCT 98 | 1400 | = | 19 | Blu | INVENTORY/ | |
| 981030 | 1920 | / | 19 | GG | INVENTORY/ | |
| 981030 | 1920 | 4 | 15 | GG | INVENTORY/ | ⃝KA. |
| 981030 | 2200 | / | (15) | | INVENTORY/ | |
| 981031 | 0601 | = | 15 | | INVENTORY/ | |
| 981031 | 1400 | / | 15 | | INVENTORY/ | |
| 981031 | 2100 | -4 | 11 | | INVENTORY/ | KA |
| 981031 | 2200 | / | 11 | | INVENTORY/ | |
| 981101 | 0621 | / | 11 | JOHNSON | INVENTORY/ | KA |
| 981101 | 1400 | / | 11 | | INVENTORY/ | |
| 981101 | 2100 | -4 | 7 | | INVENTORY/ | KA |
| | | INV | 7 | Schneider | INVENTORY/ | |

MEDICATION LOG

ARMAN

| INMATE'S NAME | AMITRIPTILINE | DOSAGE |
|---|---|---|
| | MEDICATION | |

| DOCTOR'S NAME | | DATE ISSUED | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|---|

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED B' |
|---|---|---|---|---|---|---|
| 981102 | 0300 | INV | 7 | SSG WEBB | INVENTORY | |
| 981102 | 0900 | INV | 7 | | INVENTORY/ | |
| 981102 | 2100 | ~4 | 3 | GG | INVENTORY/ | KA |
| 981102 | 2200 | | 3 | MA | INVENTORY/ | |
| 981103 | 0600 | | 3 | | INVENTORY/ | |
| 981103 | 1401 | | 3 | Blu | INVENTORY/ | |
| 981103 | 2100 | 3 | 0 | | INVENTORY/ | KA |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |

Red

MEDICATION LOG

| Armann | Amitriptyline | 4 at bedtime |
|--------|---------------|--------------|
| INMATE'S NAME | MEDICATION | DOSAGE |

DOCTOR'S NAME

| | | DATE ISSUED | QTY | VERIFIED BY | | INMATES INIT |
|--|--|-------------|-----|-------------|--|--------------|

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED |
|------|------|------|---------|-----------|--|----------|
| 981116 | 2100 | -4 | 72 | Pliley | INVENTORY/ | KA |
| 981116 | 2200 | / | 72 | MA | INVENTORY/ | |
| 981117 | 0600 | | 72 | Escalante | INVENTORY/ | |
| 981117 | 1400 | | 72 | Rich | INVENTORY/ | |
| 981117 | 2102 | -4 | 68 | | INVENTORY/ | KA |
| 981117 | 2200 | | 68 | Rich Late | INVENTORY/ | |
| 981117 | 0500 | | 68 | | INVENTORY/ | |
| 981118 | 1428 | | 68 | Horn | INVENTORY/ | |
| 981118 | 2100 | -4 | 64 | Bly | INVENTORY/ | KA |
| 981118 | 2345 | INV | 64 | SGT Davis | INVENTORY/ | |
| 981119 | 0545 | INV | 64 | SSG Caldwell | INVENTORY/ | |
| 981119 | 1515 | | 64 | Spc Hedrie | INVENTORY/ | |
| 981119 | 2105 | -4 | 60 | | INVENTORY/ | KA |
| 981119 | 2200 | / | 60 | Reavis | INVENTORY/ | |
| 981120 | 1400 | / | 60 | | INVENTORY/ | |
| 981120 | 2100 | -4 | 56 | | INVENTORY/ | KA |
| 981120 | 2200 | / | 56 | | INVENTORY/ | |
| 981121 | 0600 | / | 56 | Royer | INVENTORY/ | |
| 981121 | 1800 | / | 56 | Jennieve | INVENTORY/ | |
| 981121 | 2100 | -4 | 52 | | INVENTORY/ | KA |
| 981122 | 0600 | INV | 52 | SSG Webb | INVENTORY/ | |
| | | / | 52 | Sgt G Moses | INVENTORY/ | |

MEDICATION LOG

Arman Kurtis
**INMATE'S NAME**

Amitriptyline
**MEDICATION**

**DOSAGE**

**DOCTOR'S NAME**

DATE ISSUED     QTY     VERIFIED BY

**INMATES INIT**

| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECEIVED B |
|------|------|------|---------|-----------|---|-----------|
| 981122 | 1400 | | 52 | K Stephens | INVENTORY/ | |
| 981122 | 2100 | 84 | 48 | | INVENTORY/ | KA |
| 981122 | 2200 | — | 48 | Fletcher | INVENTORY/ | |
| 981122 | 0600 | — | 48 | | INVENTORY/ | |
| 981123 | 1400 | — | 48 | Lute | INVENTORY/ | |
| 981123 | 2100 | —4 | 44 | | INVENTORY/ | |
| 981123 | 2200 | — | 44 | St | INVENTORY/ | |
| 981124 | 0600 | — | 44 | Johnson | INVENTORY/ | |
| 981124 | 1400 | — | 44 | Pliley | INVENTORY/ | |
| 981124 | 2100 | 4 | 40 | Pliley | INVENTORY/ | KA |
| 981125 | 0100 | INV | 40 | SSG WEBB | INVENTORY/ | |
| 981125 | 0630 | — | 40 | McGill | INVENTORY/ | |
| 981125 | 1413 | INV | 40 | | INVENTORY/ | |
| 981125 | 2100 | 4 | 36 | | INVENTORY/ | |
| 981126 | | — | 32 | | INVENTORY/ | |
| 981126 | 2200 | — | 32 | FLETCHER | INVENTORY/ | |
| 981127 | 0600 | — | 32 | | INVENTORY/ | |
| 981127 | 1400 | — | 32 | | INVENTORY/ | |
| 981127 | 2114 | —4 | 28 | | INVENTORY/ | KA |
| 981127 | 2200 | — | 28 | | INVENTORY/ | |
| 981128 | 0550 | — | 28 | | INVENTORY/ | |
| 981128 | 1400 | — | 28 | Bunyans Webb | INVENTORY/ | |

# MEDICATION LOG

| Truman    Curtis | AMITRIPTYLINE | (5) AT BEDTIME |
|---|---|---|
| INMATES NAME | MEDICATION | DOSAGE |

| DOCTORS NAME DATE | TIME | DOSE | DATE QTY BALANCE | VERIFIED BY ISSUED BY | INMATES INIT RECVD BY |
|---|---|---|---|---|---|
| 990127 | 0600 | / | 73 | CW  INVENTORY/ | |
| 990127 | 1400 | / | 73 | RW  INVENTORY/ | |
| 990127 | 2100 | 5 | 68 | INVENTORY/ | K.A. |
| 990127 | 2250 | Ø | 68 | INVENTORY/ | |
| 990128 | 1400 | Ø | 68 | KNR  INVENTORY/ | |
| 990128 | 2100 | -5 | 63 | SW  INVENTORY/ ✗ | KA. |
| 990129 | 0300 | | 63 | NORTH  INVENTORY/ | |
| 990129 | 0600 | / | 63 | CW  INVENTORY/ | |
| 990129 | 1400 | / | 63 | Snodon  INVENTORY/ | |
| 990129 | 2100 | -5 | 58 | SGT C  INVENTORY/ | KA. |
| 990129 | 2200 | | 58 | SGT CARRY  INVENTORY/ | |
| 990130 | 0600 | / | 58 | DAN  INVENTORY/ | |
| 990130 | 1400 | / | 58 | MOSES  INVENTORY/ | |
| 990130 | 2200 | -5 | 53 | RW  INVENTORY/ | K.A. |
| 990131 | 0110 | / | 53 | BBC  INVENTORY/ | ✗ |
| 990131 | 0600 | — | 53 | Reggae  INVENTORY/ | |
| 990131 | 1400 | — | 53 | JOHNS  INVENTORY/ | |
| 990131 | 2105 | 5 | 48 | JOHNSON  INVENTORY/ | KA. |
| 990131 | 2200 | / | 48 | RW  INVENTORY/ | |
| 990201 | 0600 | INV | 48 | SSG Webb  INVENTORY/ | |
| 990201 | 1400 | | 48 | SW  INVENTORY/ | |
| 990201 | 2100 | 5 | 43 | INVENTORY/ | KA |
| 990201 | 2250 | Ø INV | 43 | SSG  INVENTORY/ | |
| 990202 | | | | R.O.NB  INVENTORY/ | |
| 990202 | | | | 2100  INVENTORY/ ✗ | KA. |
| 990203 | | | | NORTH  INVENTORY/ | |
| 990203 | | | | Myers  INVENTORY/ | |
| 990203 | | | | McCoy  INVENTORY/ | |
| 990203 | | | | WS  INVENTORY/ | KA |
| 990203 | | | | BARRY  INVENTORY/ | |
| 990204 | | | | SSG WEBB  INVENTORY/ | |
| 990204 | | | | SGT Cannon  INVENTORY/ | |
| 990204 | | | | Foster  INVENTORY/ ✗ | KA. |
| 990204 | | | | W  INVENTORY/ | |
| 990205 | | | | RW  INVENTORY/ | |
| 990205 | | | | JES  INVENTORY/ | |
| 990205 | | | | CA  INVENTORY/ | KA |
| 990205 | | | | INVENTORY/ | |
| 990206 | | | | INVENTORY/ | |
| 990206 | 1900 | / | 23 | MK  INVENTORY/ | |
| 990206 | 2100 | 5 | 18 | MK  INVENTORY/ | K.A |
| 990206 | 2200 | / | 18 | TA  INVENTORY/ | |
| 990207 | 0600 | INV | 18 | SSG Webb  INVENTORY/ | |
| 990207 | 1400 | / | 18 | P Moses  INVENTORY/ | |
| 990207 | 2100 | -5 | 13 | MOSES  INVENTORY/ | KA. |

Night of sanity board (706)

Notice the dosage increase to five (5) tablets

MEDICATION LOG

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Armann Kurtis | Amitriptyline | 6.Tab by mouth at bedtime |

| DOCATORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|
| Kabularz | 04/Mar99 | 180 | Zinda | KA |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990304 | 1047 | | 180 | Zinda | INVENTORY/ |
| 990304 | 2200 | | 15 B | Plilo | INVENTORY/ |
| 990305 | 1400 | | 15 B | Roe | INVENTORY/ |
| 990305 | 2200 | INV | 15 B | NORTH | INVENTORY/ |
| 990306 | 0600 | | 15 B | Stra | INVENTORY/ |
| 990306 | 1400 | | 15 B | JOHNSO | INVENTORY/ |
| 990306 | 2200 | INV | 15 B | Strman | INVENTORY/ |
| 990307 | 0600 | | 15 B | ILL | INVENTORY/ |
| 990307 | 1400 | | 15 B | Uik | INVENTORY/ |
| 990307 | 2200 | ⊘ | 15 B | | INVENTORY/ |
| 990308 | 0600 | | 15 B | | INVENTORY/ |
| 990308 | 1400 | | 15 B | WS XL | INVENTORY/ |
| 990308 | 2300 | | 1 SB | mils | INVENTORY/ |
| 990309 | 0600 | | 1 SB | W | INVENTORY/ |
| 990309 | 1400 | | 15 B | Lake | INVENTORY/ |
| 990309 | 2200 | | 15 B | Plilo | INVENTORY/ |
| 990310 | 0600 | | 15 B | W | INVENTORY/ |
| 990310 | 1400 | | 15 B | JOHNSO | INVENTORY/ |
| 990310 | 2200 | | 15 B | Strman | INVENTORY/ |
| 990311 | 0600 | | 1 SB | A | INVENTORY/ |
| 990311 | 1400 | | 15 B | MOSCE | INVENTORY/ |
| 990311 | 2200 | ⊘ | 15 B | | INVENTORY/ |

Increased to six (6) tablets (This is a high dose)

990312 is the night before LTDR Caruso's eval

990318 is the Night before the courts-martial

An added point is because this dose was taken with Compazine and Phenergan, the dose of Elavil was more than likely Toxic! (would be exhibiting signs of an overdose, but parts would be covered by Compazine

| 990317 | 0600 | | | | INVENTORY/ |
| 990312 | 2100 | 2 6 | 175 164 | M.white | INVENTORY/ KA |
| 990318 | 1500 | 6 | 158 | | INVENTORY/ KA |
| 990319 | 2130 | 6 | 152 | PEC | INVENTORY/ KA |
| 990320 | 1633 | 6 | 146 | PEC | INVENTORY/ KA |
| 990320 | 1755 | 6 | 140 | Zinda | INVENTORY/ KA |
| 990320 | 2130 | | 140 | MOSC | INVENTORY/ |
| 990321 | 2230 | 6 | 131 | M | INVENTORY/ KA |

MEDICATION LOG

| Armann, Kurtis | Amitriptiline | take 6 tabs at bedtime |
|---|---|---|
| INMATES NAME | MEDICATION | DOSAGE |

Dr Broadwell          Contin...

| DOCATORS NAME | | | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|---|---|
| DATE | TIME | DOSE | BALANCE | | ISSUED BY | RECVD BY |
| 990425 | HrO | | 30 | | Sure (INVENTORY) | |
| 990425 | 2100 | - 6 | 24 | | Sure INVENTORY/x | KA |
| 990425 | 2230 | | (24) | | H.Cl,ib INVENTORY/ | |
| 990426 | 0600 | | 24 | | GG (INVENTORY) | |
| 990426 | 1210 | | 24 | | LaLode (INVENTORY) | |
| 990426 | 2100 | - 6 | 18 | | (N) INVENTORY/ | KA |
| 990426 | 2200 | | 18 | | Trap (INVENTORY) | |
| 990427 | 0600 | | 18 | | (N) INVENTORY/ | |
| 990427 | 1400 | | 18 | | (N) (INVENTORY)/ | |
| 990427 | 2100 | 6 | 12 | | Christan INVENTORY/ | KA |
| 990427 | 2200 | | 12 | | J.Huff (INVENTORY) | |
| 990428 | 0600 | | 12 | | (INVENTORY)/ | |
| 990428 | 1400 | | 12 | | Mayer INVENTORY | |
| 990428 | 2105 | - 6 | 6 | | KHo INVENTORY/ | KA |
| 990428 | 2200 | 0 | 6 | | Kasse INVENTORY | |
| 990429 | 0600 | | 6 | | Gulld (INVENTORY) | |
| 990429 | 1400 | | 6 | | (N) (INVENTORY)/ | |
| 990429 | 2100 | 0 | 0 | | N INVENTORY/ | KA |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |

MEDICATION LOG

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| ARMANN | AMITRIPTYLINE | |

| DOCATORS NAME | | | DATE | QTY 100 | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|---|---|
| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECVD BY |
| 990408 | 0600 | / | 1 SB | | INVENTORY/ | |
| 990428 | 1400 | / | 1 SB | Mayes | INVENTORY/ | |
| 990428 | 2200 | / | 1 SB | Koerff | INVENTORY/ | |
| 990429 | 0600 | / | 1 SB | Cadby | INVENTORY/ | |
| 990429 | 0700 | 1 | | | INVENTORY/ | |
| 990429 | 1400 | / | 150 | (W) | INVENTORY/ | |
| 990429 | 2200 | / | 1 SB | Jufiyru | INVENTORY/ | |
| 990430 | 2100 | -6 | 94 | | INVENTORY/ | KA. |
| 990430 | 2317 | / | 94 | McGUU | INVENTORY/ | |
| 990431 | 0600 | / | 94 | Stumm | INVENTORY/ | |
| 990501 | 1400 | / | 94 | Mayes | INVENTORY/ | |
| 990501 | 2100 | -6 | 88 | Dal | INVENTORY/ | KA. |
| 990502 | 0245 | / | 88 | | INVENTORY/ | |
| 990502 | 1400 | / | 88 | Dal | INVENTORY/ | |
| 990502 | 2100 | -6 | 82 | Dal | INVENTORY/ | KA |
| 990503 | 0125 | / | 82 | | INVENTORY/ | |
| 990503 | 0600 | / | 82 | | INVENTORY/ | |
| 990503 | 1400 | / | 82 | LaLonde | INVENTORY/ | |
| 990503 | 2100 | 6 | 76 | Mayes | INVENTORY/ | KA. |
| 990503 | 2200 | / | 76 | UK | INVENTORY/ | |
| 990504 | 0603 | / | 76 | Stumm | INVENTORY/ | |
| 990504 | 1400 | / | 76 | (W) | INVENTORY/ | |
| 990504 | 2100 | -6 | 70 | (W) | INVENTORY/ | KA. |
| 990505 | 0007 | / | 70 | Cordell | INVENTORY/ | |
| 990505 | 0600 | φ | 70 | | INVENTORY/ | |
| 990505 | 1400 | / | 70 | Stum | INVENTORY/ | |
| 990505 | 2100 | -6 | 64 | Stum | INVENTORY/ | KA. |
| 990505 | 2200 | / | 64 | Foske | INVENTORY/ | |
| 990506 | 0600 | / | 64 | Max | INVENTORY/ | |
| 990506 | 1400 | / | 64 | (W) | INVENTORY/ | |
| 990506 | 2100 | -6 | 58 | (W) | INVENTORY/ | KA |
| 990507 | 0135 | / | 58 | Shf | INVENTORY/ | |
| 990507 | 0600 | / | 58 | Norti | INVENTORY/ | |
| 990507 | 1400 | / | 58 | (W) | INVENTORY/ | |
| 990507 | 2100 | -6 | 52 | (W) | INVENTORY/ | KA. |
| 990507 | 2200 | / | 52 | UKc | INVENTORY/ | |
| 990508 | 0600 | / | 52 | | INVENTORY/ | |
| 990508 | 1400 | / | 52 | | INVENTORY/ | |
| 990508 | 2100 | -6 | 46 | Kibo | INVENTORY/ | KA. |
| 990508 | 2200 | / | 46 | Shf | INVENTORY/ | |
| 990509 | 0600 | / | 46 | | INVENTORY/ | |
| 990509 | 1400 | / | 46 | Dal | INVENTORY/ | |
| 990509 | 2100 | -6 | 40 | Dal | INVENTORY/ | KA. |
| 990509 | 2200 | / | 40 | WINR | INVENTORY/ | |
| 990510 | 0600 | / | 40 | Dal | INVENTORY/ | |
| 990510 | 1400 | | 40 | | INV | |

RCD

# MEDICATION LOG

Allmann — INMATES NAME

Amitriptyline — MEDICATION

DOSAGE

DOCATORS NAME — DATE — QTY — VERIFIED BY — INMATES INIT

| DATE | TIME | DOSE | BALANCE | ISSUED BY | VERIFIED BY | RECVD BY |
|---|---|---|---|---|---|---|
| 990510 | 2100 | -6 | 34 | (N) | INVENTORY/ | KA |
| 990510 | 2200 | / | 34 | Johnson | INVENTORY/ | |
| 990511 | 0600 | / | (34) | Blen | INVENTORY/ | |
| 990511 | 1400 | / | 34 | (N) | INVENTORY/ | |
| 990511 | 2100 | -6 | 28 | (N) | INVENTORY/ | KA. |
| 990511 | 2200 | / | 28 | Foster | INVENTORY/ | |
| 990511 | 0600 | / | 28 | NORTH | INVENTORY/ | |
| 990512 | 1400 | INV | 28 | SSG. Webb | INVENTORY/ | |
| 990512 | 2000 | -6 | 22 | RL | INVENTORY/ | KA |
| 990512 | 2200 | / | 22 | WK | INVENTORY/ | |
| 990513 | 1400 | / | 22 | Mayes | INVENTORY/ | |
| 990513 | 2100 | -6 | 16 | RL | INVENTORY/ | KA. |
| 990513 | 2221 | NA | 16 | BIF | INVENTORY/ | |
| 990514 | 0600 | / | 16 | [illegible] | INVENTORY/ | |
| 990514 | 1500 | / | 16 | Dal | INVENTORY/ | |
| 990514 | 2130 | -4 | 12 | Dal | INVENTORY/ | KA. |
| 990514 | 2200 | Ø | 12 | RK. | INVENTORY/ | |
| 990515 | 0600 | Ø | 12 | Jkr | INVENTORY/ | |
| 990515 | 1400 | — | (12) | LuL.H | INVENTORY/ | |
| 990515 | 2200 | / | 12 | Foster | INVENTORY/ | |
| 990516 | 0600 | / | 12 | GG | INVENTORY/ | |
| 990516 | 1343 | / | 12 | [illegible] | INVENTORY/ | |
| 990516 | 2100 | -6 | 6 | (N) | INVENTORY/ | KA |
| 990516 | 2200 | / | 6 | Foster | INVENTORY/ | |
| 990517 | 0615 | Ø | 6 | [illegible] | INVENTORY/ | |
| 990517 | 1400 | / | 6 | [illegible] | INVENTORY/ | |
| 990517 | 2100 | -6 | Ø | (N) | INVENTORY/ | KA. |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |

## MEDICATION LOG

| ARMANN, KURTIS | AMITRIPTYLINE | TAKE 6 Tabs. By Mou |
|---|---|---|
| INMATES NAME | MEDICATION | DOSAGE AT BED BEDTIME |

| Dr. Broadwell | 990518 | 180 | SSG Webb | K.A. |
|---|---|---|---|---|
| DOCATORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990518 | 1745 | 6 | X | INVENTORY/ | |
| 990518 | 2100 | 6 | 174 | SSGWebb INVENTORY/K | K.A |
| 990518 | 8746 | | 174 | WhK INVENTORY/ | |
| 990519 | 0600 | | 174 | GG INVENTORY/ | |
| 990518 | 1400 | | 174 | DAN INVENTORY/ | |
| 990519 | 2100 | 6 | 1168 | DAN INVENTORY/ | KA |
| 990519 | 2200 | Ø | 1108 | Kropp INVENTORY/ | |
| 990510 | 0600 | | 168 | Blu INVENTORY/ | |
| 990520 | 1400 | | 168 | LeLande INVENTORY/ | |
| 990520 | 2100 | -6 | 162 | LaLonde INVENTORY/ | KA. |
| 990520 | 2200 | | 162 | Foster INVENTORY/ | |
| 990520 | 0600 | | 162 | STe INVENTORY/ | |
| 990521 | 1445 | | 162 | Kolfe INVENTORY/ | |
| 990521 | 2100 | -6 | 186 | Kolfe INVENTORY/ | KA. |
| 990521 | 2200 | | 156 | WSKE INVENTORY/ | |
| 990522 | 0600 | | 156 | miles INVENTORY/ | |
| 990522 | 2215 | -6 | 150 | SSGWebb INVENTORY/K | KA. |
| 990523 | 0200 | INV | 150 | SSG Webb INVENTORY/ | |
| 990523 | 0600 | INV | 150 | PoZ Stumm INVENTORY/ | |
| 990523 | 2100 | -6 | 144 | SSCRamey INVENTORY/4 | KA |
| 990523 | 2230 | | 144 | WSKE INVENTORY/ | |
| 990524 | 0600 | INV | 144 | NORTH INVENTORY/ | |
| 990524 | 1400 | INV | 144 | SSGWebb INVENTORY/ | |
| 990524 | 2100 | 6 | 138 | Fyad INVENTORY/ | RS |
| 990525 | 0130 | | 138 | Stun INVENTORY/ | |
| 990525 | 0600 | | 138 | Venue INVENTORY/ | |
| 990525 | 1330 | | 138 | DAN INVENTORY/ | |
| 990525 | 2105 | -6 | 132 | DAN INVENTORY/ | KA |
| 990525 | 2200 | Ø | 132 | Kropp INVENTORY/ | |
| 990526 | 0613 | | 132 | INVENTORY/ | |
| 990526 | 2100 | -6 | 126 | Stun INVENTORY/ | KA. |
| 990526 | 2200 | | 126 | WhK INVENTORY/ | |
| 990527 | 0600 | | 126 | Rt INVENTORY/ | |
| 990527 | 1340 | | 126 | DANTS INVENTORY/ | |
| 990527 | 2100 | -6 | 120 | SSG Webb INVENTORY/K | KA. |
| 990527 | 2200 | | 120 | JOHNSON INVENTORY/ | |
| 990528 | 0600 | | 120 | miles INVENTORY/ | |
| 990528 | 1400 | | 120 | Ramsey INVENTORY/ | |
| 990528 | 2100 | -6 | 114 | Ramsey INVENTORY/+ | KA. |
| 990528 | 2200 | | 114 | JOHNSON INVENTORY/ | |
| 990528 | 0600 | | 114 | INVENTORY/ | |
| 990529 | 1400 | | 114 | Mayo INVENTORY/ | |
| 990529 | 2100 | -6 | 108 | Frink INVENTORY/ | KA |
| 990529 | 2230 | | 108 | Shatr INVENTORY/ | |
| 990530 | 0600 | | 108 | GG INVENTORY/ | |

MEDICATION LOG

ARMANN, R.
INMATES NAME

AMITRIOTYLINE
MEDICATION

TAKE 6 TABS    BY MOUTH
DOSAGE

3 BOTTLES

DR. BROADWELL
DOCATORS NAME

990519    OF 60
DATE        QTY

SGT DAVIS
VERIFIED BY    INMATES INIT

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|------|------|------|---------|-----------|----------|
| 990604 | 1400 | | 3 BTLS | (A) INVENTORY | |
| 990604 | 2325 | | 3 B+1s | WDS INVENTORY | |
| 990605 | 0600 | | 3BTLS | cunder 11 INVENTORY | |
| 990605 | 1400 | | 3BTLS | Ramsey INVENTORY | ✓ |
| 990605 | 2224 | | 3Pottles | WK INVENTORY | |
| 990606 | 0600 | | 3Pottles | Kitty INVENTORY | |
| 990606 | 1400 | | 3 btls | Christian INVENTORY | |
| 990606 | 2203 | | 3 Bt/s | SGT INVENTORY | |
| 990607 | 0615 | | 3Btk | O INVENTORY | |
| 990607 | 1404 | | 5BTLS | AN INVENTORY | |
| 990607 | 2m) | | 3 BM | LM INVENTORY | |
| 990608 | 0600 | | 3 BHS | INVENTORY | |
| 990608 | 1400 | | 3 B+LS | Lily Jr INVENTORY | |
| 990608 | 2200 | | 3 BTLS | Johnson INVENTORY | |
| 990609 | 0600 | | 3 BTLS | INVENTORY | |
| 990609 | 0226D | | 3 BH | Frek INVENTORY | |
| 10Jun99 | 0600 | | 3 B+L | Fletcher INVENTORY | |
| 10Jun99 | 1400 | | 3 BH | theodore INVENTORY | |
| 990610 | 2211 | | 3 B+1 | WDS INVENTORY | |
| 990611 | 0600 | | 3BH | Non1st INVENTORY | |
| 990611 | 1355 | | 3BH | E. EVANS INVENTORY | |
| 990611 | 2m. | | 1BH | While INVENTORY | |
| 990612 | 0600 | | 3 BTLS | GG INVENTORY | |
| 990612 | 1357 | | 3BTLS | AN INVENTORY | |
| 990612 | 2200 | | 3B+LS | moses INVENTORY | |
| 990613 | 0600 | | 3SBTLS | STLNM INVENTORY | |
| 990613 | 1351 | | 3 BTLS | DAVIS INVENTORY | |
| 990613 | 2200 | | 3 BTLS | DANE INVENTORY | |
| 990614 | 0600 | | 3 B+1s | INVENTORY | |
| 990614 | 1410 | | 3 BTLS | DAVIS INVENTORY | |
| 990614 | 2210 | | 3 TITW | Knapp INVENTORY | |
| 990615 | 0600 | | 3BTLS | NORTH INVENTORY | |
| 990615 | 1355 | | 3BTLS | MONRU INVENTORY | |
| 990616 | 0600 | | 3BTLS | NORTH INVENTORY | |
| 990616 | 1355 | | 3BTLS | Manra INVENTORY | |
| 990616 | 0m | | 3BH | garle INVENTORY | |
| 990617 | 0600 | | 3Bottles | COOK INVENTORY | |
| 990617 | 1405 | | 3BTLS | DAVIS INVENTORY | |
| 990617 | 2015 | | 2D+Ls | LeLondo INVENTORY | |
| 990617 | 2202 | | 2 BTLS | SGTClem INVENTORY | |
| 990618 | 0550 | | 2 BTLS | Landall INVENTORY | |
| 990618 | 1400 | | 2BTLS | While INVENTORY | |
| 990618 | 2200 | | 2BTLS | Exiter INVENTORY | |
| 990619 | 0600 | | 2BHS | PMPD INVENTORY | |
| 990619 | 1400 | | 2 BH | Stem INVENTORY | |



**MEDICATION LOG**

| INMATE'S NAME | MEDICATION | DOSAGE |
|---|---|---|
| Dr. Fresca?-? | AMITRIPTYLINE | |

| DOCTORS NAME | | | | | | |
|---|---|---|---|---|---|---|
| **DATE** | **TIME** | **DOSE** | **DATE BALANCE** | **QTY ISSUED BY** | **VERIFIED BY** | **INMATE REC.** |
| 990617 | 2015 | | 60 | | INVENTORY/ | |
| 990617 | 2100 | 6 | 54 | | INVENTORY/ | |
| 990617 | 2200 | | 54 | | INVENTORY/ | |
| 990618 | 0550 | | 54 | Cuddell | INVENTORY/ | |
| | | | 54 aj | | INVENTORY/ | |
| 990618 | 1400 | | 54 | LaLonde | INVENTORY/ | |
| 990618 | 2105 | -6 | 48 | LaLonde | INVENTORY/ | |
| 990618 | 2230 | INV | 48 | Fisher | INVENTORY/ | |
| 990619 | 0000 | INV | 48 | VEMMELP | INVENTORY/ | |
| 990619 | 1400 | | 48 | Staden | INVENTORY/ | |
| 990619 | 210 | -6 | 42 | Stade | INVENTORY/ | |
| 990619 | 2330 | | 42 | W.Webb | INVENTORY/ | |
| 990620 | 0600 | | 42 | Stumm | INVENTORY/ | |
| 990620 | 1800 | | 42 | MJ | INVENTORY/ | |
| 990620 | 2100 | -6 | 36 | MJ | INVENTORY/ | |
| 990621 | 0600 | | 36 | W. | INVENTORY/ | |
| 990621 | 1800 | INV | 36 | SSG Well | INVENTORY/ | |
| 990621 | 2113 | -6 | 30 | Manding | INVENTORY/ | |
| 990622 | 0300 | INV | 30 | SSG Webb | INVENTORY/ | |
| 990622 | 0600 | INV | 30 | NORTH | INVENTORY/ | |
| 990622 | 1300 | | 30 | Stap | INVENTORY/ | |
| 990622 | 2115 | 6 | 24 | SSG Webb | INVENTORY/ | |
| 990623 | 0600 | INV | 24 | NORTH | INVENTORY/ | |
| 990623 | 1911 | INV | 24 | SR MELENDEZ | INVENTORY/ | |
| 990623 | 2105 | 6 | 18 | S.R.Melendez | INVENTORY/ | |
| 990624 | 0600 | INV | 18 | NORTH | INVENTORY/ | |
| 990624 | 1425 | INV | 18 | RmBG | INVENTORY/ | |
| 990624 | 2100 | -6 | 12 | RmG | INVENTORY/ | |
| 990625 | 1930 | INV | 12 | Gledhill | INVENTORY/ | |
| 990625 | 2104 | -6 | 6 | Ramsy | INVENTORY/ | |
| 990626 | N000 | | 6 | JOHnson | INVENTORY/ | |
| 990626 | 1400 | | 6 | BH | INVENTORY/ | |
| 990626 | 1730 | -6 | 0 | CD | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |
| | | | | | INVENTORY/ | |

USATMC Coleman
APO AE 09028   PH 382-5386
KEEP OUT OF REACH OF CHILDREN

RXGH209521    BROADWELL
MANN, KURTIES    8550
TAKE 1 TABLET BY MOUTH AT
BEDTIME

MEDICATION LOG

| INMATE'S NAME | | MEDICATION | | DO |
|---|---|---|---|---|
| | | 990557 | | |

DOCTOR'S NAME

| DATE | TIME | DOSE | DATE BALANCE | QTY ISSUED BY | VERIFIED BY | INM |
|---|---|---|---|---|---|---|
| 1404 | | | 2 G415 | | INVENTORY/ | |
| 990620 | 0600 | | 2 SBTLS | | INVENTORY/ | |
| 990620 | 1800 | | 2 BTLS | | INVENTORY/ | |
| 990621 | 0300 | | 2 BTLS | N | INVENTORY | |
| 990621 | 1800 | INV | 2 sealed bottles | SSGWell | INVENTORY/ | |
| 990622 | 0300 | INV | 2 Sealed bottles | SSGWell | INVENTORY/ | |
| 990622 | 0600 | INV | 2 SBTLS | NORTH | INVENTORY/ | |
| 990622 | 1800 | | 2 SBtls | Stign | INVENTORY | |
| 990623 | 0600 | INV | 2 SBTLS | NORTH | INVENTORY | |
| 990623 | 1915 | INV | 2 sealed bottles 3 | M elender | INVENTORY | |
| 990624 | 0600 | INV | 2 SBTLS | NORTH | INVENTORY | |
| 990624 | 1830 | INV | 2 sealed bottles | BMBG | INVENTORY/ | |
| 990624 | 1630 | INV | 2 SBTlc | Gled hill | INVENTORY/ | |
| 990626 | 0600 | | 2 BTLS | JOHNSON | INVENTORY | |
| 990626 | 1400 | | 2 BTLS | Bet | INVENTORY | |
| 990626 | 1200 | | 2 sealed BTLS | RAMSy | INVENTORY | |
| 990627 | 0600 | | 2BTLS | | INVENTORY | |
| 990627 | 1400 | INV | 2 SBTL | NORTH | INVENTORY/ | |
| 990627 | 2148 | p/IU | 2 BTLS | Galuste | INVENTORY/ | |
| 990628 | 0600 | | 1 Sealed BTL | ress | INVENTORY | |
| 990628 | 1359 | INV | 1 sealed | URS | INVENTORY | |
| 990629 | 0130 | INV | 1 sealed | Wells | INVENTORY/ | |
| 990629 | 0610 | INV | 1 sealed | Rug | INVENTORY/ | |
| 990629 | 1359 | INV | 1 Sealed | Sik | INVENTORY | |
| 990629 | 2148 | INV | 1 Sealed | | INVENTORY | |
| 990630 | 0605 | INV | 1 SB | SLT Cen | INVENTORY | |
| 990630 | 1400 | INV | 1 SB | SPC NOKY | INVENTORY | |
| 990630 | 2155 | | 1 SB | DAY | INVENTORY | |
| 990701 | 0600 | | 1SB | | INVENTORY | |
| 990701 | 1400 | | 1SB | GG | INVENTORY/ | |
| 990701 | 2200 | | 1SB | RAMSy | INVENTORY | |
| 990702 | 0600 | | 1SB | JOHNSn | INVENTORY | |
| 990702 | 1400 | | (1SB) | R47 | INVENTORY/ | |
| 990702 | 2148 | | 1SB | Reyarden | INVENTORY | |
| 990702 | 0600 | INV | 1SB | ISSUIG | INVENTORY/ | |
| 990703 | 1400 | | 1SB | | INVENTORY | |
| 990703 | 2200 | | 1SB | | INVENTORY | |
| 990704 | 0600 | | 1SB | | INVENTORY | |
| 990704 | 1400 | | 1SB | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |
| | | | | | INVENTORY | |

ARMANINI, K
Ami trip

MEDICATION LOG

| Armann | AMITRIPHLINE | Take as Directed |
|---|---|---|
| INMATES NAME | MEDICATION | DOSAGE |

| Broadwell | 990627 | 60 | | |
|---|---|---|---|---|
| DOCATORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990627 | 1720 | INV | 60 | Gledhill INVENTORY | |
| 990627 | 1720 | 6 | 54 | Gledhill INVENTORY | KA. |
| 990627 | 2140 | INV | 54 | Lobidi INVENTORY | |
| 990628 | 0556 | | 54 | MM INVENTORY | |
| 990628 | 1355 | INV | 54 | CRS INVENTORY | |
| 990628 | 2059 | - 6 | 48 | CF INVENTORY | KA. |
| 990628 | 0130 | INV | 48 | WEBB INVENTORY | |
| 990629 | 0610 | INV | 48 | MM INVENTORY | |
| 990629 | 1355 | INV | 48 | Sk INVENTORY | |
| 990629 | 1719 | -6 | 42 | Gledhill INVENTORY | KA. |
| 990629 | 2145 | INV | 42 | h INVENTORY | |
| 990630 | 0600 | INV | 42 | S67C INVENTORY | |
| 990630 | 1400 | InV | 42 | SRC Kplin INVENTORY | |
| 990630 | 2048 | - 6 | 36 | EMC INVENTORY | KA. |
| 990630 | 2155 | | 36 | Dan INVENTORY | |
| 990701 | 0800 | | 36 | DW INVENTORY | |
| 990701 | 1400 | | 36 | GL INVENTORY | |
| 990701 | 2120 | -6 | 30 | GG INVENTORY | x KA. |
| 990701 | 2200 | | 30 | Ramsey INVENTORY | |
| 990702 | 0600 | | 30 | JoHnin INVENTORY | |
| 990703 | 1400 | | 30 | Klc INVENTORY | |
| 990702 | 2105 | - 6 | 24 | Ald INVENTORY | KA. |
| 990702 | 2145 | | 24 | Reynolds INVENTORY | |
| 990702 | 0600 | INV | 24 | blessven INVENTORY | |
| 990703 | 1400 | | 24 | N INVENTORY | |
| 990703 | 2100 | -6 | 18 | Holesin INVENTORY | KA |
| 990703 | 2200 | | 18 | AM INVENTORY | |
| 990704 | 0600 | | 18 | WJXPD INVENTORY | |
| 990704 | 1400 | | 18 | INVENTORY | |
| 990704 | 2100 | -6 | 12 | N INVENTORY | KA. |
| 990704 | 2201 | | 12 | INVENTORY | |
| 990705 | 0756 | NA | 12 | BIC INVENTORY | |
| 990705 | 1400 | | 12 | 4Cbr INVENTORY | |
| 990705 | 2050 | 6 | 6 | 4582 INVENTORY | KA. |
| 990706 | 0130 | INV | 6 | WEBB INVENTORY | |
| 990706 | 0600 | | 6 | Shfr INVENTORY | |
| 990706 | 1700 | 0 | 0 | Strshop INVENTORY | |
| 990706 | 2110 | 6 | 0 | Strashgen INVENTORY | KA. |
| | | | | INVENTORY | |
| | | | | INVENTORY | |
| | | | | INVENTORY | |
| | | | | INVENTORY | |
| | | | | INVENTORY | |
| | | | | INVENTORY | |

*Armann*     MEDICATION *Amitriptyline*

INMATES NAME     MEDICATION     DOSAGE

*continuation*

DOCATORS NAME     DATE     QTY     VERIFIED BY     INMATES INIT

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990705 | 0600 | | 158 | JOHNSON | INVENTORY/ |
| 990705 | 1400 | — | 1 partial btl | | INVENTORY/ |
| 990706 | 0130 | 1 ml | Isealed bottle | WEBB | INVENTORY/ |
| 990706 | 0600 | | 158 | Shofn | INVENTORY/ |
| 990706 | 1700 | ∅ | 158 | | INVENTORY/ |
| 99 0706 | 1200 | — | 158 | Ramey | INVENTORY/ |
| 990707 | 0600 | | 158 | Foste | INVENTORY/ |
| 990707 | 1400 | Inv | 158 | North | INVENTORY/ |
| 990707 | 2025 | Inv | 60 | North | INVENTORY/ |
| 990707 | 2625 | −6 | 54 | North | INVENTORY/ | KA |
| 990707 | 2300 | | 54 | | INVENTORY/ |
| 990707 | 05.36 | | 54 | | INVENTORY/ |
| 990708 | 1400 | — | 54 | | INVENTORY/ |
| 990708 | 2045 | 6 | 48 | | INVENTORY/ | KA |
| 990708 | 2200 | | | | INVENTORY/ |
| 990709 | 0557 | | | | INVENTORY/ |
| 990709 | 1400 | | | | INVENTORY/ |
| 990709 | 2100 | | | | INVENTORY/ | KA |
| 990709 | 2150 | | | | INVENTORY/ |
| 990710 | 0730 | | | | INVENTORY/ |
| 990710 | 1600 | | | | INVENTORY/ |
| 990710 | 2100 | | | | INVENTORY/ | KA |
| 990710 | 2200 | | | | INVENTORY/ |
| 990711 | 0600 | | | | INVENTORY/ |
| 990711 | 1400 | | | | INVENTORY/ |
| 990711 | 2100 | −6 | 30 | GG | INVENTORY/ X | KA |
| 990711 | 2200 | | 30 | Reynolds | INVENTORY/ |
| 990712 | 0600 | | 30 | Foste | INVENTORY/ |
| 990712 | 1400 | | 30 | BV | INVENTORY/ |
| 990712 | 2100 | −6 | 24 | BV | INVENTORY/ | KA |
| 990712 | 2200 | — | 24 | Ramsey | INVENTORY/ |
| 990713 | 0600 | | 24 | 8m | INVENTORY/ |
| 990713 | 1400 | | 24 | GG | INVENTORY/ |
| 990713 | 2100 | 6 | 18 | Burgess | INVENTORY/ | KA |
| 990713 | 2200 | | 18 | DW | INVENTORY/ |
| 990714 | 1400 | | 18 | BP | INVENTORY/ |
| 990714 | 2100 | −6 | 12 | Cunday | INVENTORY/ | KA |
| 990714 | 2200 | | 12 | | INVENTORY/ |
| 990715 | 0600 | | 12 | | INVENTORY/ |
| 990715 | 1500 | | 12 | | INVENTORY/ |
| 990715 | 2052 | −6 | 6 | | INVENTORY/ | KA |
| 990715 | 2200 | | 6 | Reynolds | INVENTORY/ |
| 990716 | 0625 | | 6 | | INVENTORY/ |
| 990716 | 1400 | | 6 | Venne | INVENTORY/ |
| 990716 | 2100 | −6 | 0 | Venne | INVENTORY/ | KA |

USATMC Coleman
APO AE 09028   PH 382-5386
KEEP OUT OF REACH OF CHILDREN

Rx CM269521     S. BROADWELL, PH
ARMANN, KURTIS EDWARD     8350
TAKE 6 TABLETS BY MOUTH AT BEDTIME

AMITRIPTYLINE 25MG (ELAVIL 25MG)     #180
REF LEFT: 1 of 3     19May99 JVB
(13Apr99SRB)

# Appendix H

# Antipsychotics Profile of the Substance

Case 1:04-cv-00118-S-JM-SRB    Document 27-8    Filed ... ... ... ... Page ... ...

checked every 1 to 2 months or as advised by physician.

## ANTIPSYCHOTICS

### Indications

Antipsychotic drugs are also called *major tranquilizers* and *neuroleptics*. They are used in the treatment of acute and chronic psychoses, particularly when accompanied by increased psychomotor activity. Selected agents are used as antiemetics (chlorpromazine, perphenazine, prochlorperazine), in the treatment of intractable hiccoughs (chlorpromazine, perphenazine), and for the control of tics and vocal utterances in Tourette's disorder (haloperidol, pimozide).

### Action

← The exact mechanism of action is not known. ✳ These drugs are believed to work by blocking postsynaptic dopamine receptors in the basal ganglia, hypothalamus, limbic system, brainstem, and medulla. Antipsychotic effects may also be related to inhibition of dopamine-mediated transmission of neural impulses at the synapses.

### Contraindications/Precautions

These drugs are contraindicated in patients with hypersensitivity (cross sensitivity may exist among phenothiazines). They should not be used when CNS depression is evident, when blood dyscrasias exist, in patients with Parkinson's disease, or those with liver, renal, or cardiac insufficiency. Caution should be taken in administering these drugs to patients who are elderly, severely ill, or debilitated and to diabetic patients or patients with respiratory insufficiency, prostatic hypertrophy, or intestinal obstruction. Antipsychotics may lower seizure threshold. Individuals should avoid exposure to extremes in temperature while taking antipsychotic medication. Safety in pregnancy and lactation has not been established.

**Examples of Commonly Used Antipsychotic Agents (by Chemical Group) and the Daily Adult Dosage Range**

| Chemical Group | Generic (Trade) Name | Daily Dosage Range |
|---|---|---|
| Phenothiazines | acetophenazine (Tindal) | 60–120 mg |
| | chlorpromazine (Thorazine) | 30–800 mg |
| | fluphenazine (Prolixin) | 1–40 mg |
| | mesoridazine (Serentil) | 30–400 mg |
| | perphenazine (Trilafon) | 12–64 mg |
| | prochlorperazine (Compazine) | 15–150 mg |
| | promazine (Sparine) | 40–1000 mg |

*[handwritten notes:]*

major effect on the brain chemically

other CNS res and ot...

...my central nervous system was depressed beyond a reasonable doubt, because I was on CNS depressants such as Elavil, Fiorinol, Fioricet and Seconal, to name a few

* Advise patient not to drive a car until vision clears.
* Clear small items from pathway to prevent falls.

c. **Constipation**
* Order foods high in fiber; encourage increase in physical activity and fluid intake if not contraindicated.

d. **Urinary retention**
* Instruct patient to report any difficulty urinating; monitor intake and output.

2. **Nausea; gastrointestinal (GI) upset**
* Tablets or capsules may be administered with food to minimize GI upset.
* Concentrate forms may be diluted and administered with fruit juice or other liquid; they should be mixed immediately prior to administration.

3. **Skin rash**
* Report appearance of any rash on skin to physician.
* Avoid spilling any of the liquid concentrate on skin; contact dermatitis can occur.

4. **Sedation**
* Discuss with physician possibility of administering drug at bedtime.
* Discuss with physician possible decrease in dosage or order for less sedating drug. Instruct patient not to drive or use dangerous equipment while experiencing sedation.

5. **Orthostatic hypotension**
* Instruct patient to rise slowly from a lying or sitting position; monitor blood pressure (lying and standing) each shift; document and report significant changes.

6. **Photosensitivity**
* Ensure that patient wears protective sunscreens, clothing, and sunglasses while spending time outdoors.

7. **Hormonal effects**
a. **Decreased libido; retrograde ejaculation; gynecomastia (men)**
* Provide explanation of the effects and reassurance of reversibility; may discuss with physician possibility of ordering alternate medication.

b. **Amenorrhea (women)**
* Offer reassurance of reversibility; instruct patient to continue use of contraception, as amenorrhea does not indicate cessation of ovulation.

c. **Weight gain**
* Weigh patient every other day; order calorie-controlled diet; provide opportunity for physical exercise; provide diet/exercise instruction.

8. **Reduction of seizure threshold**
* Closely observe patients with history of seizures.
* NOTE: This is particularly important with patients taking clozapine (Clozaril). Reportedly, seizures affect 1% to 5% of individuals who take this drug, depending on the dosage (Pokalo, 1991).

9. **Agranulocytosis**
* Relatively rare with most of the antipsychotic drugs. Usually occurs within the first 3 months of treatment. Observe for symptoms

Common I have

aril),
of all
1). It
er in
WBC)
is. In-
e re-
eekly
ninis-
n at a
) mm³
below
ontin-
iscov-
is ad-
ditional required technology of weekly blood tests has made this drug cost prohibitive for many people.

10. **Extrapyramidal symptoms**
* Observe for symptoms and report; administer antiparkinsonian drugs, as ordered.

a. **Pseudoparkinsonism** (tremor, shuffling gait, drooling, rigidity)

  * Symptoms may appear 1 to 5 days following initiation of antipsychotic medication; occurs most often in women, the elderly, and dehydrated patients.

b. **Akinesia** (muscular weakness)

  * Same as above.

c. **Akathisia** (continuous restlessness and fidgeting)

  * Occurs most frequently in women; symptoms may occur 50 to 60 days following initiation of therapy.

d. **Dystonia** (involuntary muscular movements [spasms] of face, arms, legs, and neck)

  * Occurs most often in men and patients younger than 25 years of age.

e. Oc
   c
  * N
   s
   s
   c
   s
   b
   n
   a
   tl

11. Tardi
   mover
   lowing

  * All [
   antij
  * Sym[....... ... .......uy .........
  * Drug should be withdrawn at first sign, which is usually vermiform movements of the tongue; prompt action may prevent irreversibility.

12. **Neuroleptic malignant syndrome**

  * A rare, but potentially fatal, complication of treatment with neuroleptic drugs. Routine assessments should include temperature and observation for parkinsonian symptoms.
  * Onset can occur within hours or even years after drug initiation, and progression is rapid during the following 24 to 72 hours.

  * Symptoms include severe parkinsonian muscle rigidity, hyperpyrexia up to 107°F, tachycardia, tachypnea, fluctuations in blood pressure, diaphoresis, and rapid deterioration of mental status to stupor and coma.

  * Discontinue neuroleptic medication immediately.

  * Monitor vital signs, degree of muscle rigidity, intake and output, and level of consciousness.

  * Physician may order bromocriptine (Parlodel) or dantrolene (Dantrium) to counteract the effects of neuroleptic malignant syndrome.

**Patient/Family Education**

Patient should:

Use caution when driving or operating dangerous machinery. Drowsiness and dizziness can occur.

Not stop taking the drug abruptly after long-term use. To do so might produce withdrawal symptoms, such as nausea, vomiting, gastritis, headache, tachycardia, insomnia, and tremulousness. *(withdrawl could be just as bad as side effects)*

Use sunscreens and wear protective clothing when spending time outdoors. Skin is more susceptible to sunburn. Can happen in as little as 30 minutes.

Report weekly (if on clozapine therapy) to have blood levels drawn and to obtain weekly supply of the drug.

Report occurrence of any of the following symptoms to physician immediately: sore throat, fever, malaise, unusual bleeding, easy bruising, persistent nausea/vomiting, severe headache, rapid heart rate, difficulty urinating, muscle twitching, tremors, darkly colored urine, pale stools, yellow skin or eyes, muscular incoordination, skin rash, or seizures.

  * Rise slowly from a sitting or lying position to prevent a sudden drop in blood pressure.

  * Take frequent sips of water, chew sugarless gum, or suck on hard candy if dry mouth is a problem. Good oral care (frequent brushing, flossing) is very important.

  * Consult physician regarding smoking while on neuroleptic therapy. Smoking increases me-

*(handwritten annotation: How about a trial?)*

tabolism of neuroleptics, requiring adjustment in dosage to achieve therapeutic effect.
* Dress warmly in cold weather and avoid extended exposure to very high or low temperatures. Body temperature is harder to maintain with this medication.
* Not drink alcohol while on neuroleptic therapy. These drugs potentiate each other's effects.
* Not consume other medications, including over-the-counter medications, without physician's approval. Many medications contain substances that interact with neuroleptics in a way that may be harmful.
* Be aware of possible risks of taking neuroleptics during pregnancy. Safe use during pregnancy and lactation has not been established. Neuroleptics are believed to readily cross the placental barrier; if so, a fetus could experience adverse effects of the drug. Inform physician immediately if pregnancy occurs, is suspected, or is planned.
* Be aware of side effects of neuroleptic drugs. Refer to written materials furnished by healthcare providers for safe self-administration.
* Continue to take medication, even if feeling well and as though it is not needed. Symptoms may return if medication is discontinued.
* Carry card or other identification at all times describing medications being taken.

## ANTIPARKINSONIAN AGENTS

### Indications

These drugs are used in the treatment of parkinsonism of various causes, including degenerative, toxic, infective, neoplastic, or drug induced.

### Action

Drugs used in the treatment of the parkinsonian syndrome and other dyskinesias are aimed at restoring the natural balance of two major neurotransmitters in the CNS: acetylcholine and dopamine. The imbalance is a deficiency in dopamine that results in excessive cholinergic activity. Drugs used are either anticholinergics (e.g., benztropine,

trihexyphenidyl), antihistamine (e.g., diphenhydramine), or dopaminergic agonists (e.g., amantadine, bromocriptine, levodopa).

### Contraindications/Precautions

Antiparkinsonian agents are contraindicated in individuals with hypersensitivity. Anticholinergics should be avoided by individuals with angle-closure glaucoma; pyloric, duodenal, or bladder neck obstructions; prostatic hypertrophy; or myasthenia gravis.

Caution should be taken in administering these drugs to patients with hepatic, renal, or cardiac insufficiency; elderly and debilitated patients; those with a tendency toward urinary retention; or those exposed to high environmental temperatures.

### Examples of Commonly Used Antiparkinsonian Agents (by Chemical Group) and the Daily Adult Dosage Range

| Chemical Class | Generic (Trade) Name | Daily Dosage Range |
|---|---|---|
| Anticholinergics | benztropine (Cogentin) | 0.5–6 mg |
| | biperiden (Akineton) | 2–8 mg |
| | ethopropazine (Parsidol) | 50–600 mg |
| | orphenadrine (Disipal) | 150–250 mg |
| | procyclidine (Kemadrin) | 6–20 mg |
| | trihexyphenidyl (Artane) | 1–15 mg |
| Antihistamines | diphenhydramine (Benadryl) | 10–400 mg |
| Dopaminergic agonists | amantadine (Symmetrel) | 100–300 mg |
| | bromocriptine (Parlodel) | 2.5–100 mg |
| | carbidopa/ levodopa (Sinemet) | 10/100–200/2000 mg |
| | levodopa (Dopar, Larodopa) | 500–8000 mg |

# Antipsychotics the Appellant was Prescribed

218 § Colestid

Less common side effects: abdominal discomfort, abdominal pain, anxiety, arthritis, belching, diarrhea, distended abdomen, dizziness, drowsiness, fatigue, gas, headache, hives, loss of appetite, muscle and joint pain, nausea, shortness of breath, skin inflammation, vertigo, vomiting, weakness.

## Interactions

Inform your doctor before combining Colestid with: Chlorothizide (Diuril); Digitalis (Lanoxin); Furosemide (Lasix); Gemfibrozil (Lopid); Penicillin G, including brands such as Pentids; phosphate supplements; Propranolol (Inderal); Tetracycline drugs such as Sumycin; vitamins such as A, D, and K. Take other drugs at least 1 hour before or 4 hours after taking Colestid, may delay absorption of other medications.

May prevent absorption of vitamins A, D, and K.

## Special Cautions

If pregnant or planning to become pregnant, inform your doctor before using this medication. Not known if Colestid appears in breast milk.

No special precautions apply to seniors.

Dose is individualized by your doctor for children.

Take caution not to accidentally inhale Colestid—NEVER take in dry form. Should always be mixed with water or other liquids BEFORE taking.

Should not use if allergic to any of the ingredients of Colestid.

Prior to taking Colestid: doctor should test (and treat) you for any diseases that may contribute to increased cholesterol—hypothyroidism, diabetes, nephrotic syndrome, dysproteinemia, and obstruc-

Compazine § 219

tive liver disease; and you should be on a low-cholesterol diet, and a weight loss diet if necessary.

Cholesterol and triglyceride levels should be monitored on a regular basis while taking Colestid.

May cause or worsen constipation, people with coronary heart disease should be careful. Constipa-

*[handwritten annotation: It may be for nausea or pain, but it is an anti psychotic]*

e

duce the

## Purpose

Used to treat severe nausea and vomiting. Also used to treat schizophrenia, and occasionally anxiety.

## Dosage

Take exactly as prescribed, otherwise serious side effects may occur. Should not be stopped suddenly; can cause change in appetite, dizziness, nausea, vomiting, and tremors.

Usual adult dose: *for severe nausea and vomiting*—one 5-milligram or 10-milligram tablet 3 or 4 times as a spansule capsules—one 15-milligram capsule on

Case 1:01-cv-12257-PBS   Document 903   Filed 12/09/2005   Page 28 of 29

## 220 § Compazine

getting out of bed or one 10-milligram capsule every 12 hours; Rectal suppository—25 milligrams taken 2 times per day. *For nonpsychotic anxiety—Tablets—* 5 milligrams taken 3 or 4 times per day; Spansule capsules—one 15-milligram capsule on getting up or one 10-milligram capsule every 12 hours. Treatment is up to 12 weeks, not exceeding 20 milligrams per day. *For mild psychotic disorders—*5 or 10 milligram taken 3 or 4 times daily. *For moderate to severe psychotic disorders—*10 milligrams taken 3 or 4 times per day; doctor may increase up to 50 to 70 milligrams per day. *For more severe psychotic disorders—* 100 to 150 milligrams per day. *Seniors—*prescribed lower doses.

Usual child dose: *for severe nausea and vomiting—one day of oral or rectal dose, as follows: children 20 to 29 pounds—*2.5 milligrams 1 or 2 times per day, not to exceed 7.5 milligrams. *Children 30 to 39 pounds—* 2.5 milligrams 2 or 3 times per day, not to exceed 10 milligrams. *Children 40 to 85 pounds—*2.5 milligrams 3 times per day or 5 milligrams 2 times per day. Total daily amount not to exceed 15 milligrams. *For psychotic disorders—children 2 to 5 years—*oral or rectal, 2.5 milligrams 2 or 3 times per day, not to exceed 10 milligrams on 1st day, and 20 milligrams thereafter. *Children 6 to 12 years—*oral or rectal, 2.5 milligrams 2 or 3 times per day, not to exceed 10 milligrams on the 1st day and 25 milligrams thereafter.

Missed dose: take as soon as possible, unless almost time for the next dose. In that case, do not take missed dose; go back to regular schedule. *Do not double doses.*

## Side Effects

Overdose symptoms: agitation, coma, convulsions, dry mouth, extreme sleepiness, fever, intestinal blockage, irregular heart rate, restlessness. If you suspect an overdose, immediately seek medical attention.

## Compazine § 221

Side effects: abnormal muscle rigidity; abnormal secretion of milk; abnormal sugar in urine; abnormalities of posture and movement; agitation; anemia; appetite changes; asthma; blurred vision; breast development in males; chewing movements; constipation; convulsions; difficulty swallowing; discolored skin tone; dizziness; drooling; drowsiness; dry mouth; ejaculation difficulties; exaggerated reflexes; fever; fluid retention; head arched backward; headache; heart attack; heels bent back on legs; high or low blood sugar; hives; impotence; inability to urinate; increase in psychotic symptoms; increase in weight;



Inform your doctor before combining Compazine with: anticonvulsants such as Dilantin and Tegretol; anticoagulants such as Coumadin; Guanethidine (Ismelin); narcotic painkillers such as Demerol and Tylenol with Codeine; other central nervous system depressants such as Xanax, Valium, Seconal, and Halcion; Propranolol (Inderal); Thiazide diuretics such as Dyazide.





Large amounts of alcohol may cause serious problems.

## Special Cautions

If pregnant or planning to become pregnant, inform your doctor before using this medication. May cause false-positive pregnancy tests. Not generally prescribed for pregnant women, unless potential benefits outweigh risks if used for severe nausea and vomiting. May appear in breast milk; could affect a nursing infant.

Seniors are usually prescribed lower doses. Risk of developing low blood pressure is present when taking Compazine. Senior women are susceptible to tardive dyskinesia, causing involuntary muscle spasms and twitches in the face and body.

Follow doctor's instructions closely for children.

Do not take if sensitive to or allergic to Prochlorperazine or other phenothiazine medications such as Thorazine, Prolixin, Triavil, Mellaril, or Stelazine.

May impair your ability to drive a car or operate machinery. Do not take part in any activity that requires alertness.

May cause tardive dyskinesia, involuntary muscle spasms and twitches in the face and body. Can be a permanent condition. Senior women have higher risk.

Inform your doctor if you are being treated for brain tumor, intestinal blockage, heart disease, glaucoma, or abnormal blood condition such as leukemia, or are exposed to extreme heat or pesticides.

Avoid sunlight; skin and eyes may develop sensitivity.

Use caution in hot weather; ability to sweat can be compromised by Compazine usage.

# Conjugated Estrogens

see PREMARIN

# Coreg

Generic name: Carvedilol

Coreg is an alpha-beta-adrenergic blocker. It works to reduce the amount of stress put on the heart by reducing the amount of blood pumped with each heartbeat and by decreasing the responsiveness of the heart to various kinds of overstimulation. It also reduces high blood pressure.

## ℞ Quick Facts

**Purpose**

Used to treat heart failure. Unlike other beta-blockers, also safe to treat angina pain, cardiomyopathy, congestive heart failure, and high blood pressure.

**Dosage**

Take exactly as prescribed, with food to slow absorption and decrease risk of dizziness. Do not discontinue use without your doctor's approval.

Usual adult dose: for heart failure—3.125 milligrams 2 times per day for first 2 weeks. Doctor will double dose every 2 weeks, with a maximum dose based on body weight. For people weighing less than 187 pounds—25-milligram maximum twice per day. For p   weig   wer  ...  ounds —50-milligram maxi-