# Appendix L

# Misc. Narcotic Painkillers

nia, mood changes, personality changes, psycho[illegible] behavior, severe depression.

Other potential side effects: bone fractures, bulgi[illegible] eyes, convulsions, distended abdomen, face redne[illegible] glaucoma, headache, hives and other allergic-typ[illegible] reactions, increased pressure inside eyes or skull, in[illegible]flamed esophagus or pancreas, irregular menstru[illegible] periods, muscle weakness or disease, osteoporosi[illegible] peptic ulcer, poor healing of wounds, stunted growt[illegible] (in children), sweating, thin or fragile skin, vertigo.

## Interactions

*Do not get a smallpox vaccination while taking Delta-sone.* Inform your doctor before combining Delta-sone with: amphotericin B (Fungizone); aspirin; car-bamazepine (Tegretol); cyclosporine (Sandimmune); estrogen drugs such as Premarin; ketoconazole (Ni-zoral); oral contraceptives; oral medications for di-abetes such as Insulin; phenytoin (Dilantin); potent diuretics such as Lasix; rifampin (Rifadin).

No known food/other substance interactions.

## Special Cautions

If pregnant or planning to become pregnant, inform your doctor immediately. Not known if Deltasone appears in breast milk.

No special precautions apply to seniors.

Not generally prescribed for children. If prescribed, be aware that Deltasone may stunt growth if taken for a prolonged period.

*Do not take if sensitive to or had an allergic reaction to Deltasone.*

Use with extreme caution if you have an eye infec-tion caused by herpes simplex.

infections, or
diately inform
chicken pox;

gus infection
iasis or cryp-

ed by Delta-
-tuberculosis
rolonged pe-

iculitis, high
henia gravis,
... ulcer, ulcerative colitis.

Always administered in Emergency Room via Injection!

# Demerol

**Generic name:** Meperidine hydrochloride

**Other brand names:** Pethadol, Pheperidine Hydrochloride

Demerol is a narcotic analgesic. It works by altering the response to painful stimuli.

## ℞ Quick Facts

### Purpose

Used to treat moderate to severe pain.

### Dosage

Take exactly as prescribed. If using syrup form, take with a half glass of water.

Usual adult dose: 50 to 150 milligrams every 3 or 4 hours. Seniors: doctor may reduce dosage.



Usual child dose: 0.5 to 0.8 milligram per pound of body weight, every 3 or 4 hours.

Missed dose: take as soon as possible, unless almost time for next dose. In that case, do not take missed dose; go back to regular schedule. *Do not double doses.*

## Side Effects

Overdose symptoms: bluish discoloration of the skin, cold and clammy skin, coma or extreme sleepiness, limp and/or weak muscles, low blood pressure, slow heartbeat, troubled or slowed breathing. *Severe overdose may result in breathing stoppage, heart attack, or death.* If you suspect an overdose, immediately seek medical attention.

More common side effects: dizziness, light-headedness, nausea, sedation, sweating, vomiting.

Less common or rare side effects: agitation, constipation, difficulty urinating, disorientation, dry mouth, fainting, fast heartbeat, feeling of elation or depression, flushing of the face, hallucinations, headache, hives, impairment of physical performance, itching, low blood pressure, mental sluggishness or clouding, palpitations, rashes, restlessness, severe convulsions, slow heartbeat, tremors, troubled and slowed breathing, uncoordinated muscle movements, visual disturbances, weakness.

## Interactions

*Do not take with MAO inhibitors such as Nardil or Parnate.* Inform your doctor before combining Demerol with: antidepressants such as Elavil and Tofranil; antihistamines such as Benadryl; cimetidine (Tagamet); major tranquilizers such as Mellaril and Thorazine; other narcotic painkillers such as Percocet and Tylenol with Codeine; phenytoin (Dilantin); sedatives such as Halcion and Restoril; tranquilizers such as Xanax and Valium.

*Do not drink alcohol while taking Demerol; slows brain activity and intensifies the effects of alcohol.*

## Special Cautions

If pregnant or planning to become pregnant, inform your doctor immediately. Demerol appears in breast milk; could affect a nursing infant.

Doctor may reduce dosage for seniors.

Follow doctor's instructions carefully for children.

May impair your ability to drive a car or operate machinery. May also cause dizziness or light-headedness. Do not take part in any activity that requires alertness.

Should not take if sensitive to, or had an allergic reaction to Demerol or other narcotic painkillers.

Monitor for mental and physical tolerance if you take Demerol on an ongoing basis, or if you have had a drug abuse problem.

Use with extreme caution if you have a severe asthma attack, if you have recurring lung disease, if unable to inhale or exhale extra air when needed.

Use with caution if you have: Addison's disease, an enlarged prostate, convulsions, head injury, irregular heartbeat, severe abdominal condition, severe liver or kidney disorder, underactive thyroid gland, or urethral stricture.

Notify your doctor that you are taking Demerol before having surgery.

# Appendix M

# Antianxiety-Agents Profile of the Substance

## HISTORICAL PERSPECTIVES*

Historically, reaction to and treatment of the mentally ill ranged from benign involvement to intervention some would consider inhumane. Mentally ill individuals were feared because of common beliefs associating them with demons or the supernatural. They were looked upon as loathsome and were often mistreated.

Beginning in the late 18th century, a type of "moral reform" in the treatment of the mentally ill began to occur. This resulted in the establishment of community and state hospitals concerned with the needs of the mentally ill. Considered a breakthrough in the humanization of care, these institutions, however well-intentioned, fostered the concept of custodial care. Patients were assured the provision of food and shelter but with little or no hope of change for the future. As they became increasingly dependent on the institution to fill their needs, the likelihood of their return to the family or community diminished.

The early part of the 20th century saw the advent of the somatic therapies in [illegible] ill [illegible] er- [illegible] ive [illegible]

> Handwritten annotation: Affects Brain (CNS Depression) once again!

"c[illegible] pre[illegible] the [illegible] the [illegible] [illegible] their contribution to psychiatric care cannot be minimized, it must be emphasized that psychotropic medications relieve physical/behavioral symptoms. They do not resolve emotional problems.

Nurses must understand the legal implications associated with administration of psychotropic medications. Laws differ from state to state, but most adhere to the patient's right to refuse treatment. Exceptions exist in emergency situations when it has been determined that patients are likely to harm themselves or others.

*From Townsend, M. C. (1990), pp 1-2.

## ANTIANXIETY AGENTS

### Indications

Antianxiety drugs are also called *anxiolytics* and *minor tranquilizers*. They are used in the treatment of anxiety disorders, anxiety symptoms, acute alcohol withdrawal, skeletal muscle spasms, convulsive disorders, status epilepticus, preoperative sedation, and relief of anxiety. Their use and efficacy for periods greater than 4 months have not been evaluated.

### Action

Antianxiety drugs depress subcortical levels of the central nervous system (CNS), particularly the limbic system and reticular formation. They may potentiate the effects of the powerful inhibitory neurotransmitter gamma-aminobutyric acid in the brain, thereby producing a calmative effect. All levels of CNS depression can be effected, from mild sedation to hypnosis to coma.

EXCEPTION: Buspirone (BuSpar) does not depress the CNS. Its action is unknown, but the drug is believed to produce the desired effects through interactions with serotonin, dopamine, and other neurotransmitter receptors.

### Contraindications/Precautions

Antianxiety drugs are contraindicated in individuals with hypersensitivity to any of the drugs within the classification (i.e., anxiolytics) or group (e.g., benzodiazepines). They should not be taken in combination with other CNS depressants and are contraindicated in pregnancy and lactation, narrow-angle glaucoma, shock, and coma.

Caution should be taken in administering these drugs to elderly or debilitated patients and patients with hepatic or renal dysfunction. (The dosage will generally have to be decreased.) Caution is also required with individuals who have a history of drug

Case 1:04-cv-00118-SJM-SPB Document 37-12 Filed 12/29/2005 Page 8 of 46

abuse/addiction and with individuals who are depressed or suicidal. In depressed patients, CNS depressants can exacerbate symptoms.

### Examples of Commonly Used Antianxiety Agents (by Chemical Group) and the Daily Adult Dosage Range

| Chemical Group | Generic (Trade) Name | Daily Dosage Range |
|---|---|---|
| Antihistamines | hydroxyzine (Vistaril, Atarax) | 100–400 mg |
| Benzodiazepines | alprazolam (Xanax) | 0.75–4 mg |
| | chlordiazepoxide (Librium) | 15–100 mg |
| | clorazepate (Tranxene) | 15–60 mg |
| | diazepam (Valium) | 5–40 mg |
| | halazepam (Paxipam) | 60–160 mg |
| | lorazepam (Ativan) | 2–9 mg |
| | oxazepam (Serax) | 30–120 mg |
| | prazepam (Centrax) | 10–60 mg |
| Metathiazanones | chlormezanone (Trancopal) | 100–800 mg |
| Propanediols | meprobamate (Equanil, Miltown) | 200–2400 mg |
| Miscellaneous | buspirone (BuSpar) | 15–60 mg |

### Side Effects and Nursing Implications

Nursing implications are designated by an asterisk (*).

1. Drowsiness, confusion, lethargy (most common side effects)
   * Instruct patient not to drive or operate dangerous machinery while taking medication.
2. Tolerance; physical and psychological dependence (does not apply to buspirone)
   * Instruct patient on long-term therapy not to quit taking the drug abruptly. Abrupt withdrawal can be life threatening. Symptoms include depression, insomnia, increased anxiety, abdominal and muscle cramps, tremors, vomiting, sweating, convulsions, and delirium.
3. Potentiates the effects of other CNS depressants
   * Instruct patient not to drink alcohol or take other medications that depress the CNS while taking this medication.
4. May aggravate symptoms in depressed persons
   * Assess mood daily.
   * Take necessary precautions for potential suicide.
5. Orthostatic hypotension
   * Monitor vital signs.
   * Instruct patient to arise slowly from a lying or sitting position.
6. Paradoxical excitement
   * Withhold drug and notify physician.
7. Dry mouth
   * Have patient take frequent sips of water, suck on ice chips or hard candy, or chew sugarless gum.
8. Nausea and vomiting
   * May take drug with food or milk.
9. Blood dyscrasias
   * Symptoms of sore throat, fever, malaise, easy bruising, or unusual bleeding should be reported to the physician immediately.
10. Delayed onset (buspirone only)
    * Ensure that patient understands there is a lag time of 7 to 10 days between onset of therapy with buspirone and subsiding of anxiety symptoms. Patient should con-

...s time.

recom-

on be-

onset.

pirone

depen-

essant

inery.

oduce

epres-

sion, insomnia, anxiety, abdominal and muscle cramps, tremors, vomiting, sweating, convulsions, and delirium.

* (With *buspirone* only): Be aware of lag time between start of therapy and subsiding of symptoms. Relief is usually evident within 7 to 10 days. Be sure to take medication regularly, as ordered, so that it has sufficient time to take effect.
* Not consume other CNS depressants, including alcohol.
* Not take nonprescription medication without approval from physician.
* Rise slowly from sitting or lying position to prevent sudden drop in blood pressure.
* Report symptoms of sore throat, fever, malaise, easy bruising, unusual bleeding, or motor restlessness to physician immediately.
* Be aware of risks of taking this drug during pregnancy. (Congenital malformations have been associated with use during first trimester.) Notify physician of desirability to discontinue drug if pregnancy is suspected or planned.
* Be aware of possible side effects. Refer to written materials furnished by health-care providers regarding correct method of self-administration.
* Carry card or piece of paper at all times stating names of medications being taken.

## ANTIDEPRESSANTS

### Indications

Antidepressant medications are used in the treatment of dysthymic disorder; major depression with melancholia or psychotic symptoms; depression associated with organic disease, alcoholism, schizophrenia, or mental retardation; depressive phase of bipolar disorder; and depression accompanied by anxiety. These drugs elevate mood and alleviate other symptoms associated with moderate-to-severe depression.

### Action

These drugs ultimately work to increase the concentration of norepinephrine and serotonin in the body. This is accomplished in the brain by blocking the reuptake of these chemicals by the neurons (*unicyclics, bicyclics, tricyclics, tetracyclics*, and others). It also occurs when an enzyme, monoamine oxidase (MAO), that is known to inactivate norepinephrine and serotonin is inhibited at various sites in the body (MAO inhibitors).

### Contraindications/Precautions

Antidepressant drugs are contraindicated in individuals with hypersensitivity. They are also contraindicated in the acute recovery phase following myocardial infarction and in individuals with angle-closure glaucoma.

Caution should be taken in administering these drugs to elderly or debilitated patients and patients with hepatic, renal, or cardiac insufficiency. (The dosage will generally have to be decreased.) Caution is also required with psychotic patients, with patients who have benign prostatic hypertrophy, and with individuals who have a history of seizures (may decrease seizure threshold).

NOTE: As these drugs take effect, and mood begins to lift, the individual may have increased energy with which to implement a suicide plan. *Suicide potential often increases as level of depression decreases.* The nurse should be particularly alert to *sudden* lifts in mood.

### Examples of Commonly Used Antidepressant Medications (by Chemical Group) and the Daily Adult Dosage Range

NOTE: Dosage requires slow titration: onset of therapeutic response may be 1 to 4 weeks.

| Chemical Group | Generic (Trade) Name | Daily Dosage Range |
|---|---|---|
| Unicyclic | bupropion (Wellbutrin) | 200–450 mg |
| Bicyclic | fluoxetine (Prozac) | 20–80 mg |
| Tricyclics | amitriptyline (Elavil) | 75–300 mg |
| | amoxapine (Asendin) | 100–600 mg |
| | clomipramine (Anafranil) | 75–150 mg |
| | desipramine (Norpramin) | 75–300 mg |
| | doxepin (Sinequan; Adapin) | 30–300 mg |
| | *imipramine* (Tofranil) | 75–300 mg |

(continued)

# Antianxiety-Agents the Appellant was Prescribed

Usual adult dose: *initially*—16 milligrams once per day. Final dose will be 8 to 32 milligrams once or twice per day. A thiazide-type diuretic may be added to therapy if necessary.

Usual child dose: not generally prescribed for children.

Missed dose: take as soon as possible, unless almost time for next dose. *In that case, do not take missed dose;* go back to regular schedule. *Do not double doses.*

## Side Effects

Overdose symptoms: low blood pressure (indicated by dizziness or fainting and rapid heartbeat) or slow heartbeat. If you suspect an overdose, immediately *seek medical* attention.

More common side effects: headache, dizziness.

Less common side effects: back pain, cold-like symptoms, drowsiness, flushing, rash, upper respiratory tract infection. Rare side effects: abdominal pain, allergy, chest pain, diarrhea, fatigue, joint pain, swelling, vomiting.

## Interactions

Use carefully in combination with other blood-pressure-lowering medications.

Do not combine Atacand with over-the-counter medications that may raise blood pressure, such as decongestants, diet pills, or other stimulants.

## Special Cautions

*Atacand may cause injury and death to a fetus when used during the second or third trimesters.* If pregnant or [illegible]

cation and inform your doctor immediately. Appears in breast milk; could affect a nursing infant.

No special precautions apply to seniors.

Not generally prescribed for children.

Use with caution if you have a history of kidney disease or severe congestive heart failure.

*Avoid strenuous exercise and very hot weather, and* drink plenty of water to avert a rapid drop in blood pressure.

# Atarax

**Generic name:** Hydroxyzine hydrochloride

**Other brand names:** Anxanil, Vistaril

Atarax is an antihistamine. It works by blocking the effects of histamine, a body chemical that typically causes swelling and itching.

## ℞ Quick Facts

### Purpose

Used to treat common anxiety and tension, and in combination with other medications to treat anxiety resulting from physical illness. Also used to treat itching from allergic reactions, and as a sedative before and after general anesthesia.

### Dosage

Take exactly as prescribed. Treatment that begins with injections can be continued in tablet form. Not intended for long-term use—no more than 4 months. If taking narcotics, non-narcotic analgesics, or barbiturates with Atarax, their dosage should be reduced.

Usual adult dose: *for anxiety and tension*—50 to 100 milligrams 4 times per day. *For itching from allergies*—25 milligrams, 3 or 4 times per day. *Before and after general anesthesia*—50 to 100 milligrams.

Usual child dose—*For anxiety and tension under age 6*—50 milligrams per day total, divided into several smaller doses; *for anxiety and tension over age 6*—50 to 100 milligrams per day, divided into smaller doses. *For itching from allergies under age 6*—50 milligrams per day total, divided into several smaller doses; *for itching from allergies over age 6*—50 to 100 milligrams per day, divided into several smaller doses. *Before and after general anesthesia*—0.6 milligrams per 2.2 pounds of body weight.

Missed dose: take as soon as possible, unless almost time for next dose. If so, skip missed dose; go back to regular schedule. *Do not double doses.*

## Side Effects

Overdose symptoms: most common is oversedation; drop in blood pressure, although rare, is another symptom. If you suspect an overdose, immediately seek medical attention.

Most common side effect: drowsiness.

Other side effects: convulsions, dry mouth, tremors, twitches.

## Interactions

Inform your doctor before combining Atarax with barbiturates such as Seconal and Phenobarbital, narcotics such as Demerol and Percocet, non-narcotic analgesics such as Motrin and Tylenol.

*Do not combine alcohol with this medication; may intensify the effects of alcohol.*

## Special Cautions

If pregnant or planning to become pregnant, inform your doctor immediately. Should not be taken in early pregnancy. May appear in breast milk; could affect a nursing infant.

No special precautions apply to seniors.

Follow doctor's instructions carefully for children.

May cause drowsiness and impair your ability to drive a car or operate machinery. Do not take part in any activity that requires alertness.

If allergic to Atarax, should not take.

# Atenolol

see TENORMIN

# Atenolol with Chlorthalidone

see TENORETIC

# Ativan

**Generic name:** Lorazepam

**Other brand name:** Alzapam

Ativan is a benzodiazepine tranquilizer. It selectively reduces the activity of certain chemicals in the brain.

# Appendix N

# CONFINEMENT ORDER

DATE: 19 March 1999

Prepare in duplicate. Original is retained by Confinement Officer; duplicate is returned to officer directing the confinement. The normal period for preferring court-martial charges following restraint of accused is 24 hours. *(As to who may direct confinement, see paragraph 21a, MCM 1951.)*

| TO: | INSTALLATION |
|---|---|
| Confinement Officer | MANNHEIM CONFINEMENT FACILITY |

THE PERSON NAMED BELOW WILL BE CONFINED

| LAST NAME - FIRST NAME - MIDDLE INITIAL | GRADE | SERVICE NUMBER/ SSAN | DEPARTMENT OF MILITARY SERVICE |
|---|---|---|---|
| ARMANN, Kurtis E. | E-1 | [redacted]0 | U.S. Army |

ORGANIZATION

A Company, 127th Aviation Support Battalion, APO AE 09165

| TYPE OF CONFINEMENT | OFFENSE(S) AND UCMJ ARTICLE(S) VIOLATED |
|---|---|
| PRETRIAL X RESULT OF COURT-MARTIAL | Article 80 (Attempted murder), Article 81 (Conspiracy to commit premeditated murder), Article 92 (Violate a general regulation), Article 112a (Wrongful use of marijuana) |

| TYPE OR PRINTED NAME, GRADE AND TITLE OF OFFICER ORDERING CONFINEMENT *(Or authorized representative)* | SIGNATURE OF OFFICER ORDERING CONFINEMENT *(Or authorized representative)* |
|---|---|
| COLLEEN M. COYNE, CPT, JA<br>Assistant Trial Counsel | Colleen M. Coyne |

RECEIPT FOR PRISONER

| THE PRISONER NAMED ABOVE WAS RECEIVED FOR CONFINEMENT AT: | HOUR | DATE |
|---|---|---|
| USAREUR | 1706 | 990320 |

| TYPED OR PRINTED NAME AND GRADE OF CONFINEMENT OFFICER *(Or authorized representative)* | SIGNATURE OF CONFINEMENT OFFICER *(Or authorized representative)* |
|---|---|
| MCGILL BRIDGET L<br>SSG, USA<br>GUARD CMD. | [signature]<br>ORGANIZATION<br>95th MP Det<br>29724<br>APO AE 09028 |

DD FORM 497, 1 MAY 66 (EG) REPLACES DD FORM 497, 1 SEP 53, WHICH IS OBSOLETE.

MEDICAL EXAMINER'S

TO:
Confinement Officer

I HAVE THIS DATE EXAMINED THE PRISONER NAMED BELOW AND FIND THAT:

HE ☐ IS ☐ IS NOT MENTALLY AND PHYSICALLY QUALIFIED TO PERFORM

HE ☐ IS ☐ IS NOT FREE FROM COMMUNICABLE DISEASE.

LAST NAME - FIRST NAME - MIDDLE INITIAL

Armann, Kurtis

REMARKS

B/P: 131/87 P: 65 T: 97.3

MEDICATIONS: Percocet, Amytriptyline, Compazine, Elavil 10mg qhs

ALLERGIES: NKDA

HEENT: benign

HEART: RRR

LUNGS: CTA-B/L

ABD: Soft/NT/ND

EXT: ⌀ c/c/e

NEURO: non-focal

PSYCH: ⌀ SI ⌀ HI

PMH

- Migraine [illegible] c̄ h/o LOC and photophobia
- Eczema

This is the confinement physical it lists I was on (4) medications although (2) of them are the same, so I was on (3) why was I on (11) when I went to trial. You can also see the dangerous mixture of compazine and Elavil occur before confinement!

PHYSICAL TRAUMA X24HRS (YES) (NO)
Denies

BRAMBLE, CPT, MC
SIGNATURE OF MEDICAL OFFICER

6233

DD FORM 1 DEC 56 503 REPLACES EDITION OF 1 MAY 51, WHICH WILL BE USED UNTIL EXHAUSTED

# PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

MEDICAL CONDITION

Chronic Medication + Refractory HA's

2.

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 2 | 1 | 1 | 1 | 1 | 1 |

3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS

In addition to P3 profile for MEB:

CODES

4. THIS PROFILE IS ☐ PERMANENT ☒ TEMPORARY EXPIRATION DATE: 01 Sept 99

THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES

☐ Groin Stretch ☐ Thigh Stretch ☐ Lower Back Stretch ☐ Neck & Shoulder Stretch ☐ Neck Stretch
☐ Hip Raise ☐ Quads Stretch & Bal. ☐ Single Knee to Chest ☐ Upper Back Stretch ☐ Ankle Stretch
☐ Knee Bender ☐ Calf Stretch ☐ Straight Leg Raise ☐ Chest Stretch ☐ Hip Stretch
☐ Side-Straddle Hop ☐ Long Sit ☐ Elongation Stretch ☐ One-Arm Side Stretch ☐ Upper Body Wt Tng
☐ High Jumper ☐ Hamstring Stretch ☐ Turn and Bounce ☐ Two-Arm Side Stretch ☐ Lower Body Wt Tng
☐ Jogging in Place ☐ Hams. & Calf Stretch ☐ Turn and Bend ☐ Side Bender ☐ All

AEROBIC CONDITIONING EXERCISES

☐ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☐ Bicycle at Own Pace and Distance
☐ Swim at Own Pace and Distance
☐ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for ____ Min.
☐ Bicycle at Training Heart Rate for ____ Min.
☐ Swim at Training Heart Rate for ____ Min.

7. FUNCTIONAL ACTIVITIES

☐ Wear Backpack (40 Lbs.)
☐ Wear Helmet
☐ Carry Rifle
☐ Fire Rifle

With Hearing Protection

☐ KP/Mopping/Mowing Grass
☐ Marching Up to ____ Miles
☐ Lift Up to ____ Pounds
☐ All

PHYSICAL FITNESS TEST

☐ Two Mile Run ☐ Walk
☐ Push-Ups ☐ Swim
☐ Sit-Ups ☐ Bicycle

8. TRAINING HEART RATE FORMULA

MALES 220 FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

9. OTHER

Patient is authorized to wear sunglasses indoors for headaches / Patient should not undergo sun exposure for > 1.5 hours.

TYPED NAME AND GRADE OF PROFILING OFFICER: Kobylarz, Erik MAJ Neurology [illegible] DACH Ft. Hood

SIGNATURE: [signature] PA

DATE: 24 MAR 99

TYPED NAME AND GRADE ...

DATE

Sun exposure limited to 1.5 hours?

Chronic meds.

migraines.

PERMANENT CHANGE OF PROFILE

TYPED NAME, GRADE & TITLE OF APPROV...

...APPROVED

DATE

THIS PERMANENT CHANGE IN PROFILE SE...

☐ MILITARY OCCUPATIONAL SPECIALTY

...MEMBER'S

TYPED NAME AND GRADE OF UNIT COMMAN...

DATE

PATIENT'S IDENTIFICATION (For typed or written ... middle); grade; SSN; hospital or medical facility)

ARMANN, KURTUS EDWARD

20/ S 250.

ISSUING CLINIC AND PHONE NUMBER

DISTRIBUTION
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

990527

Change Gaba Pentin

Begin taper to ~~ø medi~~ off

~~over~~ as follows:

take one tab 2X /day

for 3 days 27-29 MAY

then take 1 ne tab every

day for 3 days 30 May - 1 Ju

This was an emergency very taper to get me off of the anti convulsants 3 days because I had severe reactions. A problem did exist! 2 Jun - 6 JUN

BROADWELL, CPT, MC

6233

DSN 382-5464

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

TO: Hiedleberg Psychiatry

FROM: (Requesting physician or activity) SWS - USAFC - E

DATE OF REQUEST: 30 Jul 99

REASON FOR REQUEST (Complaints and findings)

24 y/o white male attempted suicide on 25 Jul 99 by cutting wrists and arms. Inmate states not suicidal at this time but he cannot predict mood changes. He insistes he doesn't know why h attempted and states he wanted to die. Even though he made more cuts on top of arms mutilating himself. Call 382-5174 for more information.

PROVISIONAL DIAGNOSIS

R/O SI or ~~acting~~ possibility to act out.

DOCTOR'S SIGNATURE: Angela M Kirchner
Angela M Kirchner, Sgt
91X20

APPROVED: [signature]

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

Reviewed events leading to most recent and prior suicide attempts - Pt reports he can go along for months at a time feeling great and within a course of a day, can develop intense suicidal ideation which is so strong it keeps him from following his contract of contacting a staff member - He does report that there is a prodromal phase of cutting ... A [illegible] ... and isolation. ... disorder with Histrionic / Borderline traits. Depersonalization and dissociation are part ...

At present, on MSE, he reports no suicidal i... He does report transient hallucinatory phenom... which are intermittent in nature. None command hallucinations.

REC: ① Return to cell in Delta Block - with restri... of razors, sunglasses. ② [illegible] WATCH ③ monitor affective state to obse...

[illegible] Meds: [illegible]

more proof of the medications listed are: Elavil, midrin, Fiorcet, Seconal, Phenergan, Paxil, Compro

(Continued on reverse side)

SIGNATURE AND TITLE
MAJ BREITENBACH USAR MC

IDENTIFICATION NO.

ORGANIZATION

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Armann, Kurtis

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-7
Prescribed by GSA/ICMR
FPMR 101-11.806-8

Personal Data - Privacy Act of 1974 [illegible]

[illegible] 26-00

Arrival Date/Time: [illegible] | Third Party Payer: NO
Trans to Hospital: PRIVATELY OWNED VEHICLE | Time Seen: 0140
History Obtained From: OTHER RELATION | Category: NU-PA 0125

Addr: [illegible] | Phone: None
Chief Complaint: [illegible] | Sex: MALE Age: 24

VITAL SIGNS

Time 0120
BP-SY 122
BP-DI 87
Pulse 101
Resp 20
Temp 98.2
WT-Ped

Orders | Inits | Time

Medications: Benadryl, Amitriptyline, Phenergan [illegible]

Allergies: Thorazine, Trazodone, Dezarel

24 y/o [illegible] on both arms [illegible] incarcerated [illegible] pt was [illegible] for women [illegible] harming himself [illegible]

more proof of the amounts of meds Listed are bewedryl, Elavil, Phewergan, mydrinfprocet, Seconal, Trazidone, Paroxetine (Paxil), Thorazine?

[illegible]

ASSESSMENT/DIAGNOSIS

[illegible]

DISPOSITION

__Home __Full Duty

__Quarters

__24hrs __48hrs __[illegible]

[illegible] Duty [illegible]

Referred to: mental health

__Emergency ✓Today

__72 hours __Routine

Admitted to:

Others:

Condition Upon Release:

__Improved ✓ Unchanged

__Deteriorated

Release Time: 0135

Signature of Provider/Stamp: [illegible]

Case 1:04-cv-00118-SJM-SPB Document 37-12 Filed 12/29/2005 Page 19 of 46

[illegible]

# OBSERVATION/DISCIPLINARY INFRACTION REPORT

USDBR 600-1

NAME OF INMATE (LAST, FIRST, MI): Armann, Kurtis
REG #: 77162
CUSTODY GRADE:
DOMICILE: 4B
CELL/ROOM/BAY #: 4201

DATE OF REPORT: 990907
[X] REPORT OF OBSERVATION
[ ] DISCIPLINARY INFRACTION
DETAIL:
STATUS:

TIME/DATE OF INCIDENT: 990907/2100
LOCATION OF OBSERVATION/INCIDENT: 4 Base Guard Cage

DESCRIPTION OF OBSERVATION/INCIDENT: on 990907 inmate Armann requested meds at 2100. The meds which Armann requsted is (2) Thorazine and (6) Elavil. The label does state that both can be taken at bedtime, however the Elavil is not issued from the USDB Health Clinic or Munson Hospital. SPC Cardwell was notified about the amounts and did consider it to be excessive. He stated "Go ahead and issue it but make sure someone tells CPT. Ruiz in the A.M." Control notified 2055. E.O.S.

excessive medication

(CONTINUE ON BACK IF NECESSARY)

USDBR 600-1 (MGI) INSTITUTIONAL OFFENSE #/OFFENSE TITLE/OF...

...SDBR 600-1 (MGI))

REBUTTALS TO FILE UNFAVORABLE REPORTS MUST BE SUBMITTED...

I DO ________ (INITIAL) WANT TO REBUT THIS FILE UNFAVORABLE...
I DO NOT ________ (INITIAL) WANT TO REBUT THIS FILE UNFAVORA...

REPORTED BY (PLEASE PRINT): J. Cincotta
RANK: E6

WAS INMATE INFORMED OF THIS REPORT? [ ] YES [ ] NO
WITNESS OF INCIDENT:

NAME OF GUARD COMMANDER (PLEASE PRINT): Henry L Corl
RANK: SSG
SIGNATURE OF GUARD COMMANDER: [signature]

[ ] REFER TO INVESTIGATIONS [ ] FILE UNFAVORABLE [ ]

PAGE ____ OF ____

USDB Form 371-R
OCT 1998

EDITION OF 1 May 97 IS OBSOLETE

Health Clinic DTP

# Appendix O



Pharmaceuticals

October 4, 2000

Ms. Jimonique Rodgers
USALSA - Defense Appelate
901 North Stuart Street
Arlington, VA 22203

Dear Ms. Rodgers:

Thank you for contacting Roche regarding Accutane® (isotretinoin). As you have requested, we are enclosing a package insert.

Please note that the package insert, also called the prescribing information, contains a great deal of technical information. It is designed to help health care professionals understand what we have learned about this product. If you have any questions, we urge you to discuss them with your doctor or pharmacist.

If we can be of further assistance, please do not hesitate to contact us. Thank you for your interest in Roche.

Cordially,

Roche Pharmaceuticals Service Center
1-800-526-6367

/bc
Enclosure



FDA Reports Accutane May Be Linked To Depression, ...

Unregistered User
If this is not your name, click here.

Contact Us | Order Now | Journals | Bookstore | Register a colleague

Select a Cha

SEARCH

News Medline Bookstore The Web. Meetings & Congresses Complete Doctor's Guide

ADVANCED MEDLINE SEARCH

EXPLORE :
All News
All Webcasts
All Cases
All Meetings & Congresses
All Medical Resources

get mail

remind me

New drugs / indications
English Dictionary
Medical Dictionary
Thesaurus

Warning | Privacy | Awards

Favourite Journals

Click here to choose your favourite journals

Favourite Sites

Click here to choose your favourite sites

Languages

Make this your start page

Doctor's Guide One comprehensive source...

# FDA Reports Accutane May Be Linked To De Suicide

WASHINGTON, MD -- February 26, 1998 -- The Unite Food and Drug Administration is advising consumers a care providers of new safety information regarding the prescription anti-acne drug Accutane (isotretinoin) and reports of depression, psychosis and rarely suicidal th actions.

Accutane was approved in 1982 to treat only a very sp of acne -- severe nodular acne that has not respondec therapies.

Although the Accutane label already included informat regarding depression as a possible adverse reaction, i felt health care providers and others needed additiona information as a result of adverse event reports the ag received.

FDA and the drug manufacturer are strengthening this warning, even though it is difficult to identify the exact these problems. Such problems could already be mor among the patient populations likely to be on the drug

However, because some patients who reported depre reported that the depression subsided when they stop the drug and came back when they resumed taking it, and the manufacturer felt the strengthened labelling w warranted as a precautionary measure.

Given the complex nature of depression and suicidal c the new label information will advise health care provic merely discontinuing the drug may be insufficient to re adverse events and that further evaluation may be nee

DG Quick Survey

In the past month, what percentage of your patients brought you health-related information they found on the Internet ?

0%
1-5%
6-10%
11-20%
21-25%
More than 25%

Click here for a free medical newsletter

E-mail this page to a friend or colleague!

To pr use t

http://www.pslgroup.com/dg/5d8e2.htm 10/17/00

Honey Toasted,

Click here for Wade Plantation Pecans.

technology@ugusta
THE AUGUSTA CHRONICLE ONLINE

METRO SPORTS FEATURES BUSINESS TECHNOLOGY

HOME
WEATHER
CLASSIFIED
KIDS
TELEVISION
YOUR HEALTH
INTERACT
COMICS
CALENDAR
OPINION
SPECIAL COVERAGE
SHOP
SEARCH
FAQ
WHAT'S NEW
EMAIL
ARCHIVE
UP TO THE MINUTE TECHNOLOGY

- Shuttle Discovery
- Destroying Asteroids
- El Nino
- Viagra Craze
- Newsweek Website
- Microsoft Case
- Bell Atlantic

# FDA warns of depression among patients using acne drug Accutane

*Web posted Feb. 25 at 10:46 PM*

*Associated Press*

WASHINGTON -- Doctors prescribing the powerful acne drug Accutane should watch patients carefully for signs of depression, says a warning issued Wednesday on the basis of reports of depression and a few suicides among Accutane patients.

There's no proof that Accutane caused the problems, argued manufacturer Hoffman-La Roche. It said people with severe acne are at risk for depression anyway.

But the Food and Drug Administration counted about a dozen patients who became depressed while taking Accutane, then found that their depression disappeared after they stopped the medication and recurred once they took it again.

That was enough of a link to prompt the precautionary warning, FDA said.

Roche wrote thousands of doctors Wednesday that it is relabeling Accutane to warn: ``Accutane may cause depression, psychosis and, rarely, suicidal ideation, suicide attempts and suicide.''

Patients should tell a doctor if they're feeling depressed, said FDA dermatologic drugs chief Dr. John Wilkin. And at every visit, doctors should ``ask questions to the patient about changes in mood," he said.

Roche officials refused to say how many depressed patients or suicides they know of but stressed that more than 4 million

Augusta Georgia: technology@augusta: FDA warns of depression among ...

Americans have taken Accutane since it was approved in 1982, and the possible side effect is very rare.

Roche also argued that teen-agers, prime acne sufferers, often suffer depression, and hormones involved with acne also may contribute to depression.

FDA officials also would not say how many depression and suicide reports among Accutane patients it has received but called them ``isolated." Wilkin emphasized that the estimated dozen patients whose depression occurred and then disappeared as they started and stopped Accutane were enough to suggest a link.

Accutane, considered a significant help to people with severe nodular acne, already carried a stern warning that it is never to be used by women who are pregnant or may become pregnant because it can cause birth defects.

[Past Articles]

Home | Metro | Sports | Features | Business | Technology | Weather
Classified | Comics | Kids | Interact | Television | Projects | Opinion | Calendar
Search | What's New | FAQ | Znet | Archive | theWire

Search

All Contents ©Copyright *The Augusta Chronicle*
Comments or questions? Contact the webmasters @ugusta.

http://augustachronicle.com/stories/022698/tec_124-8963.shtml 10/17/00

[illegible]oche Pharmaceuticals
[illegible] Laboratories Inc.
[illegible] Kingsland Street
[illegible]ley, NJ 07110-1199

[illegible] Information:
[illegible] routine inquiries, adverse drug events and
[illegible] complaints)
[illegible]00) 526-6367
[illegible]gencies: 24-hour service
[illegible] Medical Needs Program:
[illegible]) 255-4487
[illegible] Professional Product Information

[illegible]UTANE® ℞
[illegible] [illegible]tane]
[illegible]tinoin]
[illegible]ULES

[illegible] [illegible]owing text is complete prescribing information [illegible] official labeling in effect June 2000.

Avoid Pregnancy

[illegible]TRAINDICATIONS AND WARNINGS: Accu[illegible] must not be used by females who are pregnant or [illegible] may become pregnant while undergoing treat[illegible]. Although not every fetus exposed to Accutane [illegible] resulted in a deformed child, there is an extremely [illegible] risk that a deformed infant can result if pregnancy [illegible] while taking Accutane in any amount even for [illegible] periods of time. Potentially any fetus exposed [illegible] pregnancy can be affected. Presently, there are [illegible]urate means of determining after Accutane ex[illegible] which fetus has been affected and which fetus [illegible] not been affected.

[illegible]ane is contraindicated in females of childbearing [illegible] unless the patient meets all of the following [illegible]:

[illegible] have severe disfiguring nodular acne that is re[illegible] to standard therapies (see INDICATIONS [illegible] USAGE for definition)

[illegible] be reliable in understanding and carrying out [illegible]uctions

[illegible] be capable of complying with the mandatory [illegible]ceptive measures required for Accutane ther[illegible] [illegible] understand behaviors associated with an in[illegible] risk of pregnancy

[illegible] have received both oral and written warnings [illegible] hazards of taking Accutane during pregnancy [illegible] exposing a fetus to the drug

[illegible] have received both oral and written informa[illegible] the types of contraceptive methods and [illegible] about the rates of possible contraceptive [illegible] and of the need to use two separate, effective [illegible] contraception simultaneously, unless absti[illegible] the chosen method, or the patient has un[illegible] a hysterectomy and has acknowledged in [illegible] her understanding of the information and [illegible] and of the need for using two contracep[illegible]ods simultaneously

[illegible] had a negative urine or serum pregnancy [illegible] a sensitivity of at least 50 mIU/mL when [illegible] is qualified for Accutane therapy by the [illegible] and must have had a second negative [illegible] serum pregnancy test on the second day of [illegible] normal menstrual period or at least 11 days [illegible] last unprotected act of sexual intercourse, [illegible] is later

[illegible]stand and agree that her prescriber will [illegible] prescription for Accutane only after she [illegible] the prescriber to confirm that she has [illegible] a negative result for the second urine preg[illegible] which is to be conducted on the second [illegible] next normal menstrual period or at least [illegible] the last unprotected act of sexual inter[illegible] whichever is later

[illegible] received instruction to join the Accutane [illegible] have watched a videotape, provided by [illegible] prescriber, that provides information [illegible]ceptive methods, possible reasons for [illegible] failure, and importance of using effec[illegible]ception when taking teratogenic drugs.

[illegible] fetal abnormalities related to Accutane [illegible] have been documented: CNS abnormal[illegible] cerebral abnormalities, cerebellar mal[illegible] hydrocephalus, microcephaly, cranial nerve [illegible] abnormality; external ear abnormalities [illegible] micropinna, small or absent external [illegible] eye abnormalities (including microph[illegible]thalmia); cardiovascular abnormalities; facial dysmorphia; cleft palate; thymus gland abnormality; parathyroid hormone deficiency. In some cases death has occurred with certain of the abnormalities previously noted. Cases of IQ scores less than 85 with or without obvious CNS abnormalities have also been reported. There is an increased risk of spontaneous abortion. In addition, premature births have been reported.

It is strongly recommended that a prescription for Accutane should not be issued by the prescriber until a female patient has had negative results from two urine or serum pregnancy tests, one of which is performed in the prescriber's office when the patient is qualified for Accutane therapy, the second of which is performed on the second day of the next normal menstrual period or 11 days after the last unprotected act of sexual intercourse, whichever is later. It is also recommended that pregnancy testing and counseling about contraception and behaviors associated with an increased risk of pregnancy be repeated on a monthly basis. To assure compliance, the prescriber should not issue a prescription for a female patient, until after the second negative pregnancy test result is obtained. In addition, the prescriber should prescribe no more than a 1-month supply of the drug for all Accutane patients and no automatic refills should be permitted. Roche will supply urine pregnancy test kits for female Accutane patients for the initial, second, and monthly testing during therapy.

Effective contraception must be used for at least 1 month before beginning Accutane therapy, during therapy, and for 1 month following discontinuation of therapy even where there has been a history of infertility, unless due to hysterectomy. The patient must be counseled about and understand the limitations of any chosen contraceptive method. The patient must also understand the risks associated with not using two contraceptive methods, even when one of the chosen methods is a hormonal contraceptive method.

Any birth control method can fail. Therefore, it is critically important that women of childbearing potential use two effective forms of contraception simultaneously, unless absolute abstinence is the chosen method, even when one of the forms is a hormonal contraceptive method. Although hormonal contraceptives are highly effective, there have been reports of pregnancy from women who have used oral contraceptives, as well as injectable/implantable contraceptive products. These reports are more frequent for women who use only a single method of contraception. It is not known if hormonal contraceptives differ in their effectiveness when used with Accutane.

If a pregnancy does occur during treatment, the prescriber and patient should discuss the desirability of continuing the pregnancy. Prescribers are encouraged to report all cases of pregnancy with specific information about the contraceptive forms used during Accutane therapy and for 1 month following therapy, either to the Roche Medical Services @ 1-800-526-6367 or to the Food and Drug Administration MedWatch Program @ 1-800-FDA-1088.

Accutane should be prescribed only by prescribers who have special competence in the diagnosis and treatment of severe recalcitrant nodular acne, are experienced in the use of systemic retinoids, and understand the risk of teratogenicity if Accutane is used during pregnancy.

Prescribers who prescribe Accutane should use the Pregnancy Prevention Program™ kit provided by Roche for the counseling of patients, should instruct the patient to participate in the Accutane Survey, and should receive medical education sponsored by Roche about effective contraception, the limitations of contraceptive methods and behaviors associated with an increased risk of contraceptive failure and pregnancy.

## DESCRIPTION

Isotretinoin, a retinoid, is available as Accutane in 10-mg, 20-mg and 40-mg soft gelatin capsules for oral administration. Each capsule also contains beeswax, butylated hydroxyanisole, edetate disodium, hydrogenated soybean oil flakes, hydrogenated vegetable oil, and soybean oil. Gelatin capsules contain glycerin and parabens (methyl and propyl), with the following dye systems: 10 mg — iron oxide (red) and titanium dioxide; 20 mg — C Red No. 3, FD&C Blue No. 1, and titanium dioxide; 40 mg — FD&C Yellow No. 6, D&C Yellow No. 10, and titanium dioxide.

Chemically, isotretinoin is 13-cis-retinoic acid and is related to both retinoic acid and retinol (vitamin A). It is a yellow-orange to orange crystalline powder with a molecular weight of 300.44. The structural formula is:

## CLINICAL PHARMACOLOGY

Isotretinoin is a retinoid, which when administered in pharmacologic dosages of 0.5 to 2.0 mg/kg/day, inhibits sebaceous gland function and keratinization. The exact mechanism of action of Accutane is unknown.

*Nodular Acne:* Clinical improvement in nodular acne patients occurs in association with a reduction in sebum secretion. The decrease in sebum secretion is temporary and is related to the dose and duration of treatment with Accutane, and reflects a reduction in sebaceous gland size and an inhibition of sebaceous gland differentiation.[1]

*Pharmacokinetics: Absorption:* Oral absorption of isotretinoin is optimal when taken with food or milk. After administration of a single 80-mg oral dose (two 40-mg capsules) of isotretinoin to 15 healthy male subjects, maximum blood concentrations ranged from 167 to 459 ng/mL (mean 256 ng/mL) and were achieved in 1 to 6 hours (mean 3.2 hours). The oral absorption of isotretinoin is consistent with first-order kinetics and can be described with a linear two-compartment model. Nodular acne does not alter the absorption of the drug: in a 27-day study of isotretinoin in 10 male patients with nodular acne treated with an oral dose of 40 mg bid, the mean peak concentration ranged from 95 ng/mL to 535 ng/mL (mean 262 ng/mL) and occurred at 2 to 4 hours after administration (mean 2.9 hours). In these patients, the mean ± SD minimum steady-state blood concentration of isotretinoin was 160 ± 19 ng/mL. The terminal elimination half-life was consistent with that observed in normal subjects.

*Distribution:* Isotretinoin is more than 99.9% bound to plasma proteins, primarily albumin.

*Metabolism:* After oral administration of isotretinoin, 4-oxo-isotretinoin is the major metabolite identified in the blood. Maximum concentrations of 4-oxo-isotretinoin (87 to 399 ng/mL) were achieved at 6 to 20 hours after oral administration of two 40-mg capsules; the blood concentration of the major metabolite generally exceeded that of isotretinoin after 6 hours. Isotretinoin also undergoes isomerization to the all-trans-isomer, tretinoin, which is then metabolized to its corresponding 4-oxo-metabolite; both have been detected. Both parent compound and metabolites are further metabolized into conjugates which are excreted.

*Elimination:* Following administration of an 80-mg liquid suspension oral dose of $^{14}$C-isotretinoin, $^{14}$C-activity in blood declined with a half-life of 90 hours. The metabolites of isotretinoin and any conjugates are ultimately excreted in the feces and urine in relatively equal amounts (total of 65% to 83%). The terminal elimination half-life of isotretinoin ranges from 10 to 20 hours. The mean elimination half-life of 4-oxo-isotretinoin is 25 hours (range 17 to 50 hours). After both single and multiple doses, the accumulation ratio of 4-oxo-isotretinoin to parent compound is 3 to 3.5.

## INDICATIONS AND USAGE

*Severe recalcitrant nodular acne:* Accutane is indicated for the treatment of severe recalcitrant nodular acne. Nodules are inflammatory lesions with a diameter of 5 mm or greater. The nodules may become suppurative or hemorrhagic. "Severe," by definition,[2] means "many" as opposed to "few or several" nodules. Because of significant adverse effects associated with its use, Accutane should be reserved for patients with severe nodular acne who are unresponsive to conventional therapy, including systemic antibiotics. In addition, for female patients of childbearing potential, Accutane is indicated only for those females who are not pregnant (see boxed CONTRAINDICATIONS AND WARNINGS).

A single course of therapy for 15 to 20 weeks has been shown to result in complete and prolonged remission of disease in many patients.[1,3,4] If a second course of therapy is needed, it should not be initiated until at least 8 weeks after completion of the first course, because experience has shown that patients may continue to improve while off Accutane. The optimal interval before retreatment has not been defined for patients who have not completed skeletal growth (see WARNINGS: *Skeletal: Hyperostosis* and *Premature Epiphyseal Closure*).

## CONTRAINDICATIONS

*Pregnancy:* Category X. See boxed CONTRAINDICATIONS AND WARNINGS.

*Allergic Reactions:* Accutane is contraindicated in patients who are hypersensitive to this medication or to any of its components. Accutane should not be given to patients who are sensitive to parabens, which are used as preservatives in the gelatin capsule (see PRECAUTIONS: *Hypersensitivity*).

## WARNINGS

*Psychiatric Disorders:* Accutane may cause depression, psychosis and, rarely, suicidal ideation, suicide attempts and suicide. Discontinuation of Accutane therapy may be insufficient; further evaluation may be necessary. No mechanism of action has been established for these events (see ADVERSE REACTIONS: *Psychiatric*).

*Pseudotumor Cerebri:* Accutane use has been associated with a number of cases of pseudotumor cerebri (benign intracranial hypertension), some of which involved concomitant use of tetracyclines. Concomitant treatment with tetracyclines should therefore be avoided. Early signs and symptoms of pseudotumor cerebri include papilledema, headache, nausea and vomiting, and visual disturbances. Patients with these symptoms should be screened for papilledema and, if present, they should be told to discontinue Accutane immediately and be referred to a neurologist for further diagnosis and care (see ADVERSE REACTIONS: *Neurological*).

*Pancreatitis:* Acute pancreatitis has been reported in patients with either elevated or normal serum triglyceride levels. In rare instances, fatal hemorrhagic pancreatitis has been reported. Accutane should be stopped if hypertriglyc-

*Continued on next page*



## Accutane—Cont.

eridemia cannot be controlled at an acceptable level or if symptoms of pancreatitis occur.

*Lipids:* Elevations of serum triglycerides have been reported in patients treated with Accutane. Marked elevations of serum triglycerides in excess of 800 mg/dL were reported in approximately 25% of patients receiving Accutane in clinical trials. In addition, approximately 15% developed a decrease in high-density lipoproteins and about 7% showed an increase in cholesterol levels. In clinical trials, the effects on triglycerides, HDL, and cholesterol were reversible upon cessation of Accutane therapy. Some patients have been able to reverse triglyceride elevation by reduction in weight, restriction of dietary fat and alcohol, and reduction in dose while continuing Accutane.[5]

Blood lipid determinations should be performed before Accutane is given and then at intervals until the lipid response to Accutane is established, which usually occurs within 4 weeks. Especially careful consideration must be given to risk/benefit for patients who may be at high risk during Accutane therapy (patients with diabetes, obesity, increased alcohol intake, lipid metabolism disorder or familial history of lipid metabolism disorder). If Accutane therapy is instituted, more frequent checks of serum values for lipids and/or blood sugar are recommended (see PRECAUTIONS: *Laboratory Tests*).

The cardiovascular consequences of hypertriglyceridemia associated with Accutane are unknown. *Animal Studies:* In rats given 8 or 32 mg/kg/day of isotretinoin (0.7 or 2.7 times the maximum clinical dose after normalization for total body surface area) for 18 months or longer, the incidences of focal calcification, fibrosis and inflammation of the myocardium, calcification of coronary, pulmonary and mesenteric arteries, and metastatic calcification of the gastric mucosa were greater than in control rats of similar age. Focal endocardial and myocardial calcifications associated with calcification of the coronary arteries were observed in two dogs after approximately 6 to 7 months of treatment with isotretinoin at a dosage of 60 to 120 mg/kg/day (15 to 30 times the maximum clinical dose, respectively, after normalization for total body surface area).

*Hearing Impairment:* Impaired hearing has been reported in patients taking Accutane; in some cases, the hearing impairment has been reported to persist after therapy has been discontinued. Mechanism(s) and causality for this event have not been established. Patients who experience tinnitus or hearing impairment should discontinue Accutane treatment and be referred to specialized care for further evaluation (see ADVERSE REACTIONS: *Special Senses*).

*Hepatotoxicity:* Clinical hepatitis considered to be possibly or probably related to Accutane therapy has been reported. Additionally, mild to moderate elevations of liver enzymes have been observed in approximately 15% of individuals treated during clinical trials, some of which normalized with dosage reduction or continued administration of the drug. If normalization does not readily occur or if hepatitis is suspected during treatment with Accutane, the drug should be discontinued and the etiology further investigated.

*Inflammatory Bowel Disease:* Accutane has been associated with inflammatory bowel disease (including regional ileitis) in patients without a prior history of intestinal disorders. In some instances, symptoms have been reported to persist after Accutane treatment has been stopped. Patients experiencing abdominal pain, rectal bleeding or severe diarrhea should discontinue Accutane immediately (see ADVERSE REACTIONS: *Gastrointestinal*).

*Skeletal:* *Hyperostosis:* A high prevalence of skeletal hyperostosis was noted in clinical trials for disorders of keratinization with a mean dose of 2.24 mg/kg/day. Additionally, skeletal hyperostosis was noted in 6 of 8 patients in a prospective study of disorders of keratinization.[5] Minimal skeletal hyperostosis and calcification of ligaments and tendons have also been observed by x-ray in prospective studies of nodular acne patients treated with a single course of therapy at recommended doses. The skeletal effects of multiple Accutane treatment courses for acne are unknown.

*Premature Epiphyseal Closure:* There are spontaneous reports of premature epiphyseal closure in acne patients receiving recommended doses, but it is not known if there is a causal relationship with Accutane. In clinical trials for disorders of keratinization with a mean dose of 2.24 mg/kg/day, two children showed x-ray findings suggestive of premature epiphyseal closure. The skeletal effects of multiple Accutane treatment courses for acne are unknown.

*Vision Impairment:* Visual problems should be carefully monitored. All Accutane patients experiencing visual difficulties should discontinue Accutane treatment and have an ophthalmological examination (see ADVERSE REACTIONS: *Special Senses*).

*Corneal Opacities:* Corneal opacities have occurred in patients receiving Accutane for acne and more frequently when higher drug dosages were used in patients with disorders of keratinization. The corneal opacities that have been observed in clinical trial patients treated with Accutane have either completely resolved or were resolving at follow-up 6 to 7 weeks after discontinuation of the drug (see ADVERSE REACTIONS: *Special Senses*).

*Decreased Night Vision:* Decreased night vision has been reported during Accutane therapy and in some instances because the onset in some patients was sudden, patients should be advised of this potential problem and warned to be cautious when driving or operating any vehicle at night.

### PRECAUTIONS

*Information for Patients and Prescribers:* Females of childbearing potential should be instructed that they must not be pregnant when Accutane therapy is initiated, and that they should use effective contraception while taking Accutane and for 1 month after Accutane has been stopped. They should also sign a consent form prior to beginning Accutane therapy. They should be instructed to join the Accutane Survey and to review the patient videotape provided by Roche to the prescriber that provides information about contraception, the most common reasons that contraception fails, and the importance of using effective contraception when taking teratogenic drugs. Female patients should also be seen monthly and have a urine or serum pregnancy test performed each month during treatment to confirm negative pregnancy status (see boxed CONTRAINDICATIONS AND WARNINGS).

- Patients should be informed that they must not share Accutane with anyone else because of the risk of birth defects and other serious adverse events.
- Patients should not donate blood during therapy and for 1 month following discontinuance of the drug because the blood might be given to a pregnant woman whose fetus must not be exposed to Accutane.
- Patients should be informed that transient exacerbation (flare) of acne has been seen, generally during the initial period of therapy.
- Wax epilation and skin resurfacing procedures (such as dermabrasion, laser) should be avoided during Accutane therapy and for at least 6 months thereafter due to the possibility of scarring (see ADVERSE REACTIONS: *Skin and Appendages*).
- Patients should be advised to avoid prolonged exposure to UV rays or sunlight.
- Patients should be informed that they may experience decreased tolerance to contact lenses during and after therapy.
- Patients should be informed that approximately 16% of patients treated with Accutane in a clinical trial developed musculoskeletal symptoms (including arthralgia) during treatment. In general, these symptoms were mild to moderate, but occasionally required discontinuation of the drug. Transient pain in the chest has been reported less frequently. In the clinical trial, these symptoms generally cleared rapidly after discontinuation of Accutane, but in some cases persisted (see ADVERSE REACTIONS: *Musculoskeletal*).
- Neutropenia and rare cases of agranulocytosis have been reported. Accutane should be discontinued if clinically significant decreases in white cell counts occur.

*Hypersensitivity:* Anaphylactic reactions and other allergic reactions have been reported. Cutaneous allergic reactions and serious cases of allergic vasculitis, often with purpura (bruises and red patches) of the extremities and extracutaneous involvement (including renal) have been reported. Severe allergic reaction necessitates discontinuation of therapy and appropriate medical management.

*Drug Interactions:*

- Because of the relationship of Accutane to vitamin A, patients should be advised against taking vitamin supplements containing vitamin A to avoid additive toxic effects.
- Concomitant treatment with Accutane and tetracyclines should be avoided because Accutane use has been associated with a number of cases of pseudotumor cerebri (benign intracranial hypertension), some of which involved concomitant use of tetracyclines.
- Microdosed progesterone preparations (minipills) may be an inadequate method of contraception during Accutane therapy. Although other hormonal contraceptives are highly effective, there have been reports of pregnancy from women who have used oral contraceptives, as well as injectable/implantable contraceptive products. These reports are more frequent for women who use only a single method of contraception. It is not known if hormonal contraceptives differ in their effectiveness when used with Accutane. Therefore, it is critically important that women of childbearing potential use two effective forms of contraception simultaneously, unless absolute abstinence is the chosen method, even when one of the forms is a hormonal contraceptive method (see boxed CONTRAINDICATIONS AND WARNINGS).

*Laboratory Tests:*

- *Pregnancy Test:* Female patients of childbearing potential must have negative results from two urine or serum pregnancy tests with a sensitivity of at least 50 mIU/mL before a prescription is given. The first test is to be performed at the office visit when the patient is qualified for Accutane therapy by her prescriber. The second test is to be performed on the second day of her next menstrual cycle or 11 days after her last unprotected act of sexual intercourse, whichever is later. Additional pregnancy tests are to be conducted monthly during treatment.
- *Lipids:* Pretreatment and follow-up blood lipids should be obtained under fasting conditions. After consumption of alcohol, at least 36 hours should elapse before these determinations are made. It is recommended that these tests be performed at weekly or biweekly intervals until the lipid response to Accutane is established. The incidence of hypertriglyceridemia is 1 patient in 4 on Accu-[illegible]
- *Liver Function Tests:* Since elevations [illegible] have been observed during clinical [illegible] has been reported, pretreatment and [illegible] tion tests should be performed at week[illegible] tervals until the response to Accutane [illegible] lished (see WARNINGS: *Hepatotoxicity*).
- *Glucose:* Some patients receiving Accu[illegible] enced problems in the control of their blo[illegible] dition, new cases of diabetes have been [illegible] Accutane therapy, although no causal [illegible] been established.
- *CPK:* Some patients undergoing vigorous [illegible] while on Accutane therapy have exp[illegible] CPK levels; however, the clinical signif[illegible]

*Carcinogenesis, Mutagenesis and Impair[illegible]* In male and female Fischer 344 rats given [illegible] at dosages of 8 or 32 mg/kg/day (0.7 or 2.7 [illegible] mum clinical dose, respectively, after normali[illegible] body surface area) for greater than 18 months [illegible] dose-related increased incidence of pheochro[illegible] ative to controls. The incidence of adrenal me[illegible] plasia was also increased at the higher dosage [illegible] The relatively high level of spontaneous [illegible] mas occurring in the male Fischer 344 rat [illegible] equivocal model for study of this tumor; the [illegible] vance of this tumor to the human populatio[illegible] The Ames test was conducted with isotretinoin [illegible] ratories. The results of the tests in one labo[illegible] ative while in the second laboratory a weakly [illegible] sponse (less than 1.6 x background) was noted [illegible] *murium* TA100 when the assay was con[illegible] metabolic activation. No dose-response effect [illegible] all other strains were negative. Additionally, [illegible] signed to assess genotoxicity (Chinese hamster [illegible] mouse micronucleus test, *S. cerevisiae* D7 [illegible] clastogenesis assay with human-derived lymph[illegible] unscheduled DNA synthesis assay) were all [illegible]

In rats, no adverse effects on gonadal function, [illegible] ception rate, gestation or parturition were [illegible] dosages of isotretinoin of 2, 8, or 32 mg/kg/day [illegible] 2.7 times the maximum clinical dose, respectiv[illegible] malization for total body surface area).

In dogs, testicular atrophy was noted after [illegible] oral isotretinoin for approximately 30 weeks [illegible] 20 or 60 mg/kg/day (5 or 15 times the maxim[illegible] dose, respectively, after normalization for total [illegible] area). In general, there was microscopic evide[illegible] ciable depression of spermatogenesis but some [illegible] observed in all testes examined and in no [illegible] completely atrophic tubules seen. In studies of [illegible] whom were patients with nodular acne und[illegible] with oral isotretinoin, no significant changes [illegible] the count or motility of spermatozoa in the [illegible] study of 50 men (ages 17 to 32 years) receiv[illegible] (isotretinoin) therapy for nodular acne, no sign[illegible] were seen on ejaculate volume, sperm count, [illegible] motility, morphology or seminal plasma fru[illegible]

*Pregnancy:* Category X. See boxed CONTRA[illegible]TIONS AND WARNINGS.

*Nursing Mothers:* It is not known whether this [illegible] creted in human milk. Because of the potential [illegible] effects, nursing mothers should not receive Ac[illegible]

### ADVERSE REACTIONS

*Clinical Trials and Postmarketing Surveillance* [illegible] verse reactions listed below reflect the exper[illegible] vestigational studies of Accutane, and the po[illegible] experience. The relationship of some of these [illegible] cutane therapy is unknown. Many of the side [illegible] verse reactions seen in patients receiving Ac[illegible] lar to those described in patients taking very [illegible] vitamin A (dryness of the skin and mucous [illegible] of the lips, nasal passage, and eyes).[illegible]

*Dose Relationship:* Cheilitis and hypertrig[illegible] usually dose related. Most adverse reactions [illegible] clinical trials were reversible when therapy [illegible] ued; however, some persisted after cessation [illegible] WARNINGS and ADVERSE REACTIONS).

*Body as a Whole:* allergic reactions, includ[illegible] systemic hypersensitivity (see PRECAUTIONS [illegible] tivity), edema, fatigue, lymphadenopathy, [illegible]

*Cardiovascular:* palpitation, tachycardia, [illegible] bone disease, stroke

*Endocrine/Metabolic:* hypertriglyceridemia [illegible] INGS: *Lipids*), alterations in blood sugar [illegible] CAUTIONS: *Laboratory Tests*)

*Gastrointestinal:* inflammatory bowel disease [illegible] INGS: *Inflammatory Bowel Disease*), hepa[illegible] INGS: *Hepatotoxicity*), pancreatitis (see [illegible] tis), bleeding and inflammation of the gu[illegible] nausea, other nonspecific gastrointestinal [illegible]

*Hematologic:* allergic reactions (see PREC[illegible] persensitivity), anemia, thrombocytopenia, [illegible] rare reports of agranulocytosis (see PRECAU[illegible] mation for Patients and Prescribers). See PR[illegible] *Laboratory* for other hematological param[illegible]

*Musculoskeletal:* skeletal hyperostosis, [illegible] dons and ligaments, premature epiphyseal [illegible] WARNINGS: *Skeletal*), mild to moderate [illegible] symptoms including arthralgia (see PRECAU[illegible] mation for Patients and Prescribers), [illegible] thest (see PRECAUTIONS: *Information* [illegible]

...[illegible]), arthritis, tendonitis, other types of bone ab[normal]ities.

...: pseudotumor cerebri (see WARNINGS: ...or Cerebri), dizziness, drowsiness, headache, in[somnia], lethargy, malaise, nervousness, paresthesias, sei[zures], stroke, syncope, weakness

...: suicidal ideation, suicide attempts, suicide, [depress]ion, psychosis (see WARNINGS: *Psychiatric Disor[ders]*), emotional instability

...patients reporting depression, some reported that the [depress]ion subsided with discontinuation of therapy and re[curred] with reinstitution of therapy.

[Reprod]uctive System: abnormal menses

[Respirat]ory: bronchospasms (with or without a history of [asthma]), respiratory infection, voice alteration

[Skin] and Appendages: acne fulminans, alopecia (which in [some c]ases persists), bruising, cheilitis (dry lips), dry [mouth], dry nose, dry skin, epistaxis, eruptive xanthomas, [...] fragility of skin, hair abnormalities, hirsutism, hy[perpig]mentation and hypopigmentation, infections includ[ing dis]seminated herpes simplex), nail dystrophy, paro[nychia], peeling of palms and soles, photoallergic/photosen[sitivity] reactions, pruritus, pyogenic granuloma, rash [(includ]ing facial erythema, seborrhea, and eczema), sun[burn] susceptibility increased, sweating, urticaria, vasculitis [(includ]ing Wegener's granulomatosis; see PRECAU[TIONS: ]Hypersensitivity), abnormal wound healing (de[layed he]aling or exuberant granulation tissue with crust[ing; see] PRECAUTIONS: *Information for Patients and Pre[scribers]*).

[Special] Senses: Hearing: hearing impairment (see WARN[INGS: ]*Hearing Impairment*), tinnitus. *Vision*: corneal opac[ities (see] WARNINGS: *Corneal Opacities*), decreased night [vision w]hich may persist (see WARNINGS: *Decreased Night [Vision]*), cataracts, color vision disorder, conjunctivitis, dry [eyes, e]yelid inflammation, keratitis, optic neuritis, photo[phobia, v]isual disturbances

[Urinary] System: glomerulonephritis (see PRECAUTIONS: [Hypersen]sitivity), nonspecific urogenital findings (see PRE[CAUTIO]NS: *Laboratory* for other urological parameters)

[Laborator]y: Elevation of plasma triglycerides (see WARN[INGS: ]*Lipids*), decrease in serum high-density lipoprotein [(HDL) le]vels, elevations of serum cholesterol during treat[ment].

[...] alkaline phosphatase, SGOT (AST), SGPT (ALT), [G]GTP or LDH (see WARNINGS: *Hepatotoxicity*)

[...]d of fasting blood sugar, elevations of CPK (see [PRECAU]TIONS: *Laboratory Tests*), hyperuricemia

[...] in red blood cell parameters, decreases in white [cell] counts (including severe neutropenia and rare re[ports of a]granulocytosis; see PRECAUTIONS: *Information [for Patie]nts and Prescribers*), elevated sedimentation rates, [...] platelet counts, thrombocytopenia

[...] in the urine, proteinuria, microscopic or gross [hematuria]

[OVERDOS]AGE

[The oral] $LD_{50}$ of isotretinoin is greater than 4000 mg/kg in [rats and] mice (>300 times the maximum clinical dose after [normalizat]ion of the rat dose for total body surface area and [...] the maximum clinical dose after normalization [of the mou]se dose for total body surface area) and is approx[imately 1]960 mg/kg in rabbits (327 times the maximum [clinical d]ose after normalization for total body surface area). [...] overdosage has been associated with vomiting, [facial fl]ushing, cheilosis, abdominal pain, headache, dizzi[ness, and at]axia. All symptoms quickly resolved without ap[parent resid]ual effects.

[DOSAGE A]ND ADMINISTRATION

[The recomm]ended dosage range for Accutane is 0.5 to 2 [mg/kg give]n in 2 divided doses daily for 15 to 20 weeks. In [studies com]paring 0.1, 0.5, and 1 mg/kg/day,[8] it was found [that all d]osages provided initial clearing of disease, but [there was a g]reater need for retreatment with the lower [dosages].

[It is recomm]ended that for most patients the initial dosage [of Accutane be] 0.5 to 1 mg/kg/day. Patients whose disease is [very severe or i]s primarily manifested on the trunk may re[quire up to] the maximum recommended dosage, 2 mg/kg/[day. During] treatment, the dose may be adjusted according [to response of] the disease and/or the appearance of clinical [side effects, s]ome of which may be dose related.

[If the total nodu]le count has been reduced by more than [70% prior to co]mpleting 15 to 20 weeks of treatment, the [drug may be] discontinued. After a period of 2 months or [more off ther]apy, and if warranted by persistent or recur[ring severe nod]ular acne, a second course of therapy may be [initiated. The o]ptimal interval before retreatment has not [been defined fo]r patients who have not completed skeletal [growth (see WA]RNINGS: *Skeletal: Hyperostosis* and *Prema[ture Epiphyseal] Closure*).

[Contraceptive m]easures must be followed for any subse[quent course of] therapy (see boxed CONTRAINDICATIONS [AND WARNINGS]).

[Accutane should] be administered with food.

[HOW SUPPLIE]D

[Soft gelatin caps]ules, 10 mg (light pink), imprinted ACCU[TANE 10 ROC]HE. Boxes of 100 containing 10 Prescription [Paks of 10 caps]ules (NDC 0004-0155-49).

[Soft gelatin caps]ules, 20 mg (maroon), imprinted ACCU[TANE 20 ROCHE]. Boxes of 100 containing 10 Prescription [Paks of 10 capsul]es (NDC 0004-0169-49).

**ACCUTANE DOSING BY BODY WEIGHT**

| Body Weight: kilograms | Body Weight: pounds | Total Mg/Day: 0.5 mg/kg | Total Mg/Day: 1 mg/kg | Total Mg/Day: 2 mg/kg |
|---|---|---|---|---|
| 40 | 88 | 20 | 40 | 80 |
| 50 | 110 | 25 | 50 | 100 |
| 60 | 132 | 30 | 60 | 120 |
| 70 | 154 | 35 | 70 | 140 |
| 80 | 176 | 40 | 80 | 160 |
| 90 | 198 | 45 | 90 | 180 |
| 100 | 220 | 50 | 100 | 200 |

Soft gelatin capsules, 40 mg (yellow), imprinted ACCUTANE 40 ROCHE. Boxes of 100 containing 10 Prescription Paks of 10 capsules (NDC 0004-0156-49).

Store at controlled room temperature (59° to 86°F, 15° to 30°C). Protect from light.

REFERENCES

1. Peck GL, Olsen TG, Yoder FW, et al. Prolonged remissions of cystic and conglobate acne with 13-*cis*-retinoic acid. *N Engl J Med* 300:329–333, 1979. 2. Pochi PE, Shalita AR, Strauss JS, Webster SB. Report of the consensus conference on acne classification. *J Am Acad Dermatol* 24:495–500, 1991. 3. Farrell LN, Strauss JS, Stranieri AM. The treatment of severe cystic acne with 13-*cis*-retinoic acid: evaluation of sebum production and the clinical response in a multiple-dose trial. *J Am Acad Dermatol* 3:602–611, 1980. 4. Jones H, Blanc D, Cunliffe WJ. 13-*cis*-retinoic acid and acne. *Lancet* 2:1048–1049, 1980. 5. Katz RA, Jorgensen H, Nigra TP. Elevation of serum triglyceride levels from oral isotretinoin in disorders of keratinization. *Arch Dermatol* 116:1369–1372, 1980. 6. Ellis CN, Madison KC, Pennes DR, Martel W, Voorhees JJ. Isotretinoin therapy is associated with early skeletal radiographic changes. *J Am Acad Dermatol* 10:1024–1029, 1984. 7. Dicken CH, Connolly SM. Eruptive xanthomas associated with isotretinoin (13-*cis*-retinoic acid). *Arch Dermatol* 116:951–952, 1980. 8. Strauss JS, Rapini RP, Shalita AR, et al. Isotretinoin therapy for acne: results of a multicenter dose-response study. *J Am Acad Dermatol* 10:490–496, 1984.

PATIENT CONSENT FORM:

**To be completed by the patient, her parent/guardian* and signed by her prescriber.**

Please read each item below and initial in the space provided to indicate that you understand each item and agree to follow your prescriber's instructions. DO NOT SIGN THIS CONSENT AND DO NOT TAKE ACCUTANE IF THERE IS ANYTHING THAT YOU DO NOT UNDERSTAND. A parent or guardian of a minor patient must also read and understand each item before signing the consent.

1. I, ______________________________ (Patient's Name) understand that Accutane is a very powerful medicine with the potential for serious Adverse Effects that is used to treat severe nodular acne that did not get better with other treatments including oral antibiotics.

INITIALS: ________

2. I understand that I must not take Accutane (isotretinoin) if I am pregnant. I understand that I must not take Accutane if I am able to become pregnant and I am not using the required two separate forms of effective methods of birth control.

INITIALS: ________

3. I understand from my prescriber that although not every fetus exposed to Accutane has resulted in a deformed child, there is an extremely high risk that my unborn baby could have severe birth defects if I am pregnant or become pregnant while taking Accutane in any amount even for short periods of time. Potentially any fetus exposed during pregnancy can be affected.

INITIALS: ________

4. I understand that I must avoid pregnancy during the entire time of my treatment and for 1 month after the end of my treatment with Accutane.

INITIALS: ________

5. I understand that if I am able to become pregnant and unless I absolutely and consistently abstain from sexual intercourse, I must use two separate, effective forms of birth control (contraception) AT THE SAME TIME.

INITIALS: ________

6. I understand from discussions with my prescriber that birth control pills and injectable/implantable birth control products are the most effective forms of birth control. I understand that there have been reports of pregnancy from women who have used birth control pills, as well as women who have used injectable/implantable birth control products and I understand that pregnancies occur more often when only a single method of birth control is used. Therefore, I understand that it is essential that I use two different methods, even if one of the methods I choose is birth control pills or injectable/implantable birth control products.

INITIALS: ________

7. I understand that the following are considered effective forms of contraception:

Primary: Tubal ligation, partner's vasectomy, birth control pills, injectable/implantable birth control products, and an IUD

Secondary: Diaphragms, latex condoms, and cervical caps; each must be used with a spermicide.

I understand that at least one of my two chosen methods of birth control must be a primary method, and that any birth control method can fail, even when two forms are used at the same time.

INITIALS: ________

8. I understand that I may receive free initial contraceptive counseling and pregnancy testing from a consulting physician or family planning center. I understand that my Accutane prescriber can provide me with an Accutane Patient Referral Form for this consultation.

INITIALS: ________

9. I understand that I must begin actively avoiding pregnancy as described above at least 1 month before taking the first dose of Accutane, throughout treatment with Accutane and for 1 month after I have completed Accutane treatment.

INITIALS: ________

10. I understand that I cannot receive a prescription for Accutane unless I have 2 negative pregnancy test results. The first pregnancy test should be during the office visit when my prescriber decides to prescribe Accutane. The second test should be on the second day of my next menstrual cycle or 11 days after the last time I had unprotected sexual intercourse, whichever is later. I understand that I will have additional pregnancy testing, monthly, throughout my Accutane therapy.

INITIALS: ________

11. I understand that I should not start Accutane until I am sure that I am not pregnant and have negative results from 2 pregnancy tests.

INITIALS: ________

12. I have read and understand the materials my prescriber has given to me, including the brochure *Important Information Concerning Your Treatment with Accutane® (isotretinoin)*. I have watched and understand the Roche video provided to me by my prescriber about contraception. I have also been told about a confidential counseling line that I may call for additional information about birth control and I have received information on emergency contraception.

INITIALS: ________

13. I understand that I must not share my medication with anyone else and that I should not give blood until 1 month after taking my last dose of Accutane, because if I do, someone else's unborn baby may be exposed to Accutane.

INITIALS: ________

14. I understand that I must immediately stop taking Accutane and inform my prescriber if I become pregnant, miss my menstrual period, or stop using birth control.

INITIALS: ________

15. I have been given information about the confidential Accutane Survey by my prescriber and he/she has explained to me how important it is to join the Accutane Survey.

My prescriber has answered all my questions about Accutane and the Accutane information provided to me. I understand all the information I have received and that avoiding pregnancy during Accutane treatment is my responsibility.

INITIALS: ________

I now authorize my prescriber ______________________ to begin my treatment with Accutane.

______________________________
Patient signature                                        Date

______________________________
Parent/guardian signature                                Date

______________________________
Please print: Patient name and address

______________________________
Telephone (area code)

I have fully explained to the patient, ______________________, the nature and purpose of the treatment described above and the risks to females of childbearing potential. I have asked the patient if she has any questions regarding her treatment with Accutane and have answered those questions to the best of my ability.

______________________________
Prescriber signature                                     Date

*If patient is a minor under the age of 18.

Roche Pharmaceuticals
Roche Laboratories Inc., 340 Kingsland Street, Nutley, New Jersey 07110-1199

Revised: May 2000

*Shown in Product Identification Guide, page 332*

*Continued on next page*

# APPENDIX C

Copy 1
Volume I of II

VERBATIM

# RECORD OF TRIAL

(and accompanying papers)

Of

ROESELER, David M. — (Name: Last, First, Middle Initial)
[redacted] — (Social Security Number)
Specialist — (Rank)

A Company, 127th Aviation Support Battalion — (Unit/Command Name)
U S Army — (Branch of Service)
APO AE 09165 — (Station or Ship)

By

## GENERAL COURT-MARTIAL

Convened by THE COMMANDER
(Title of Convening Authority)

V CORPS
(Command of Convening Authority)

Tried At

Hanau, Federal Republic of Germany — (Place or Places of Trial)
On
28 July 1999 — (Date or Dates of Trial)

ALLIED PAPERS

C MPANION CASES:

TARBOX, Roy P. ARMY 9900180-P3
[redacted]
A Co, 127th ASB , US Army
APO AE 09165

LUND, Jeremy J. ARMY 9900116-P3
PVT, [redacted]
A Co, 127th ASB , US Army
APO AE 09165

ARMANN, Kurtis E. ARMY 9900316-P3
[redacted]
A Co, 127th ASB, US Army
APO AE 09165

OIE, Monica S. ARMY 9900436-P3
[redacted]
B Co, 127th ASB, US Army
APO AE 09165

GIBSON, Scott D. ARMY 9900573-P3
PV1 [redacted]2
B Co, 127th ASB, US Army
APO AE 09165

RECEIVED

Se side back cover for instructions as to preparation and arrangement

Copy 1
Volume I of II

D Form 490, OCT 84 — Previous editions are obsolete — Front Cover

DEPARTMENT OF THE ARMY
Headquarters, V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER
NUMBER 47

10 December 1999

SPC David M. Roeseler, [redacted]0, U.S. Army, A Company, 127th Aviation Support Battalion, APO AE 09165, was arraigned at Hanau, Germany, on the following offenses at a general court-martial convened by Commander, V Corps.

Charge I. Article 80. Plea: Guilty. Finding: Guilty.

Specification 1: Attempted premeditated murder with a firearm, at or near Hanau, Germany, on or about 10 October 1998. Plea: Guilty. Finding: Guilty.

Specification 2: Attempted conspiracy to commit premeditated murder, at or near Hanau, Germany, between on or about 1 February 1998 and 1 April 1998. Plea: Guilty. Finding: Guilty

Charge II. Article 81. Plea: Guilty. Finding: Guilty.

The Specification: Conspiracy to commit premeditated murder, at or near Hanau, Germany, between on or about 1 March 1998 and 10 October 1998. Plea: Guilty, except the words "and gather information on Private First Class Toni A. Bell's schedule", substituting therefore the words "and provide information on Private First Class Toni A. Bell". To the excepted words: Not Guilty. To the substituted words: Guilty. Finding: Guilty.

SENTENCE

Sentence was adjudged on 28 July 1999. To forfeit all pay and allowances, to be reduced to the grade of Private E1, to be confined for a period of 19 years, and to be discharged from the United States Army with a dishonorable discharge.

ACTION

Only so much of the sentence as provides for forfeiture of all pay and allowances, reduction to

the grade of E1, confinement for fifteen years, and a dishonorable discharge is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL RILEY:

EVAN B. WYNN
SFC, USA
NCOIC, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 LTC Wright (MJ)
1 CPT Coyne (TC)
1 CPT Zipf (DC)
1 Cdr, U.S. Army Discplinary Barracks, Ft. Leavenworth, KS 66027-1363
1 Cdr, A Co, 127th Avn Sup Bn, APO AE 09165
1 Cdr, 127th Avn Sup Bn, APO AE 09165
1 Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE 09165
2 SJA, V Corps, APO AE 09014
1 Record Set
1 Reference Set
1 Cdr, HQ Det, 39th Finance Battalion, APO AE 09165
1 Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN 46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA 22041-5013

Copy 1
Volume I of III

VERBATIM

# RECORD OF TRIAL

(and accompanying papers)

Of

| TARBOX, Roy P. | | Specialist |
|---|---|---|
| (Name: Last, First, Middle Initial) | (Social Security Number) | (Rank) |

| A Company, 127th Aviation | Support Battalion, US Army, | APO AE 09165 |
|---|---|---|
| (Unit/Command Name) | (Branch of Service) | (Station or Ship) |

By

## GENERAL COURT-MARTIAL

Convened by THE COMMANDER
(Title of Convening Authority)

V CORPS
(Command of Convening Authority)

Tried At

| Hanau, Federal Republic of Germany | on | 6, 28 and 29 January 1999 |
|---|---|---|
| (Place or Places of Trial) | | (Date or Dates of Trial) |

COMPANION CASES:

ARMY 9900316-CMCR
ARMANN, Kurtis E.
Private,
A Co, 127th ASB
APO AE 09165

ARMY 9900116 - P. 3
LUND, Jeremy J.
Specialist, 2
A Co, 127th ASB
APO AE 09165

Other Companion Cases To Follow Pending Referral

1999 JUN 16 P 3:31
CLERK OF COURT
RECEIVED

See inside back cover for instructions as to preparation and arrangement.

Copy 1
Volume I of III

DEPARTMENT OF THE ARMY
Headquarters V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER
NUMBER 22

25 May 1999

SPC Roy P. Tarbox, [redacted] U.S. Army, A Company, 127th Aviation Support Battalion, APO AE 09165, was arraigned at Hanau, Germany, on the following offenses at a general court-martial convened by Commander V Corps.

Charge I. Article 80. Plea: Not Guilty. Finding: Guilty.

The Specification: Attempted premeditated murder with a firearm, at Hanau, Germany, on or about 10 October 1998. Plea: Not Guilty. Finding: Guilty.

Charge II. Article 81. Plea: Not Guilty. Finding: Not Guilty of conspiracy to commit premeditated murder, but Guilty of conspiracy to commit aggravated assault.

The Specification: Conspiracy to commit premeditated murder, at Hanau, Germany, between on or about 1 July 1998 and 10 October 1998. Plea: Not Guilty. Finding: Not Guilty of conspiracy to commit premeditated murder, but Guilty of conspiracy to commit aggravated assault.

SENTENCE

Sentence was adjudged on 29 January 1999. To be reduced to the grade of E1, to total forfeiture of all pay and allowances, to be confined for two (2) years, and to be dishonorably discharged from the service.

ACTION

The Sentence is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL HENDRIX:

Amy M. Frisk

AMY M. FRISK
LTC, JA
Chief, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 LTC Donna Wright (MJ)

GCMO No 22, HQ V Corps, APO AE 09014, dated 25 May 1999

1  CPT Carlene K. Christie (TC)
1  MAJ Craig A. Meredith (ATC)
1  CPT Jason B. Libby (DC)
1  Cdr, A Co, 127th Avn Spt Bn, APO AE 09165
1  Cdr, 127th Avn Spt Bn, APO AE 09165
1  Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE 09165
2  SJA, V Corps, APO AE 09014
1  Record Set
1  Reference Set
1  Cdr, Hqs Det, 39th Finance Battalion, APO AE 09165
1  Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN 46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA 22041-5013

COPY ONE

Copy 1

VOL I OF III

VERBATIM [1]

# RECORD OF TRIAL [2]

(and accompanying papers)

of

LUND, Jeremy J. [redacted] Specialist
(Name: Last, First, Middle Initial) (Rank)

Co A, 127th Avn Spt Bn — United States Army — APO AE 09165
(Unit/Command Name) (Branch of Service) (Station or Ship)

By

GENERAL COURT-MARTIAL

Convened by THE COMMANDER
(Title of Convening Authority)

V CORPS
(Unit/Command of Convening Authority)

Tried at

Mannheim & Hanau, Federal Republic of Germany on 16 & 30 December, 1998 14 January, 1999
(Place or Places of Trial) (Date or Dates of Trial)

## ALLIED PAPERS

COMPANION CASES: PVT Kurtis Armann, SPC Roy P. Tarbox, [redacted] my 9900316-GMCR my 9900180-A3

JUDICIARY
1999 JUN 16 P 3 27
CLERK OF COURT RECEIVED

[1] Use "verbatim" or summarized" as appropriate. (This form will be used by the Army and Navy for verbatim records of trial only.)

[2] See inside back cover for instructions as to preparation and arrangement.

Form 490, OCT 84 Previous editions are obsolete.

COPY ONE

Front Cover

VOL I OF III

DEPARTMENT OF THE ARMY
Headquarters V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER
NUMBER 23

25 May 1999

SPC Jeremy J. Lund, [redacted] U.S. Army, A Company, 127th Aviation Support Battalion, APO AE 09165, was arraigned at Mannheim, Germany, on the following offenses at a general court-martial convened by Commander V Corps.

Charge I. Article 80. Plea: Guilty. Finding: Guilty.

The Specification. Attempted premeditated murder with a firearm, at Hanau, Germany, on or about 10 October 1998. Plea: Guilty. Finding: Guilty.

Charge II. Article 81. Plea: Guilty. Finding: Guilty.

The Specification. Conspiracy to commit premeditated murder, at Hanau, Germany, between on or about 1 March 1998 and on or about 10 October 1998. Plea: Guilty. Finding: Guilty.

SENTENCE

Sentence was adjudged on 14 January 1999. To be reduced to the grade of E1, to forfeit all pay and allowances, to be confined for 25 years, and to be discharged from the service with a dishonorable discharge.

ACTION

Only so much of the sentence as provides for reduction to the grade of E1, forfeiture of all pay and allowances, confinement for 14 years, and a dishonorable discharge is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL HENDRIX:

Amy M. Frisk
AMY M. FRISK
LTC, JA
Chief, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 COL Peter E. Brownback III (MJ)
1 CPT Carlene Christie (TC)
1 MAJ Craig Meredith (ATC)

GCMO No 23, HQ V Corps, APO AE  09014, dated 25 May 1999

1  MAJ Steven Brodsky (DC)
1  CPT Richard Raleigh Jr. (ADC)
1  Cdr, 127th AVN SPT BN, APO AE  09165
1  Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE  09165
2  SJA, V Corps, APO AE  09014
1  Record Set
1  Reference Set
1  Cdr, HQ Det 39th Finance Battalion, APO AE  09165
1  Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN  46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA   22041-5013

Copy 1
Volume I of II

VERBATIM

# RECORD OF TRIAL

(and accompanying papers)

Of

OIE, Monica S. (Name: Last, First, Middle Initial) — [redacted] (Social Security Number) — Private E1 (Rank)

B Company, 127th Aviation Support Battalion (Unit/Command Name), U S Army (Branch of Service), APO AE 09165 (Station or Ship)

By

GENERAL COURT-MARTIAL

Convened by THE COMMANDER (Title of Convening Authority)

V CORPS (Command of Convening Authority)

Tried At

Hanau, Federal Republic of Germany (Place or Places of Trial) on 26 April and 4 May 1999 (Date or Dates of Trial)

COMPANION CASES:

TARBOX, Roy P., Army 9900180
SPC, [redacted]
A Co, 127th ASB, US Army
APO AE 09165

LUND, Jeremy J. Army 9900116
[redacted]
A Co, 127th ASB, US Army
APO AE 09165

ROESELER, David M.
SPC, [redacted]
A Co, 127th ASB, US Army
APO AE 09165

OIE, Monica S.
PVT, [redacted]
B Co, 127th ASB, US Army
APO AE 09165

GIBSON, Scott D. Army 9900573
PV1, [redacted]
B Co, 127th ASB, US Army
APO AE 09165

ARMANN, Kurtis E. Army 9900316
PVT, [redacted]
A Co, 127th ASB, US Army
APO AE 09165

RECEIVED CLERK OF COURT 1999 JUL 20

See inside back cover for instructions as to preparation and arrangement

Copy 1
Volume I of II

DEPARTMENT OF THE ARMY
Headquarters V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER NUMBER 28

8 July 1999

Private Monica S. Oie, [redacted] S. Army, B Company, 127th Aviation Support Battalion, APO AE 09165, was arraigned at Hanau, Germany, on the following offenses at a general court-martial convened by Commander V Corps.

Charge I. Article 81. Plea: Guilty. Finding: Guilty.

The Specification: Conspiracy to commit premeditated murder, at or near Erlensee, Germany, between on or about 1 February 1998 and 10 October 1998. Plea: Guilty. Finding: Guilty.

Charge II. Article 92. Plea: Guilty. Finding: Dismissed.

The Specification: Violate a lawful general regulation by wrongfully possessing drug abuse paraphernalia, at or near Erlensee, Germany, on or about 1 February 1999. Plea: Guilty. Finding: Dismissed.

Charge III [renumbered as Charge II]. Article 107. Plea: Guilty. Finding: Guilty.

The Specification: Render false statements, at or near Hanau, Germany, on or about 11 October 1998. Plea: Guilty. Finding: Guilty.

Charge IV [renumbered as Charge III]. Article 112a. Plea: Guilty. Finding: Guilty.

Specification 1: Wrongfully used marijuana, at or near Erlensee, Germany, on or about 11 October 1998. Plea: Guilty. Finding: Guilty.

Specification 2: Wrongfully used and possessed marijuana, at or near Erlensee, Germany, on or about 1 February 1999. Plea: Guilty. Finding: Guilty.

Charge V [renumbered as Charge IV]. Article 134. Plea: Guilty. Finding: Guilty.

Specification: Wrongfully solicit PVT Kurtis E. Armann and SPC David M. Roeseler to commit murder, at or near Erlensee, Germany, between on or about 1 February 1998 and 10 October 1998. Plea: Guilty. Finding: Guilty.

GCMO No 28, HQ V Corps, APO AE 09014, dated 8 July 1999

SENTENCE

Sentence was adjudged on 4 May 1999. To forfeit all pay and allowances, to be dishonorably discharged from the United States Army, and to be confined for a period of ten (10) years.

ACTION

Only so much of the sentence as provides for forfeiture of all pay and allowances, confinement for two years, and a dishonorable discharge is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL HENDRIX:

EVAN B. WYNN
SFC, USA
NCOIC, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 COL Brownback III (MJ)
1 CPT Christie (TC)
1 CPT Grason (DC)
1 Cdr, B Co, 127th Avn Sup Bn, APO AE 09165
1 Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE 09175
2 SJA, V Corps, APO AE 09014
1 Record Set, 1 Reference Set
1 Cdr, HQ Det, 39th Finance Battalion, APO AE 09175
1 Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN 46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA 22041-5013

Copy 1
Volume I of III

VERBATIM

# RECORD OF TRIAL

(and accompanying papers)

Of

GIBSON, Scott D. (Name: Last, First, Middle Initial)

(Social Security Number)

Private E1 (Rank)

B Company, 127th Aviation Support Battalion, US Army, APO AE 09165
(Unit/Command Name) (Branch of Service) (Station or Ship)

By

## GENERAL COURT-MARTIAL

Convened by THE COMMANDER
(Title of Convening Authority)

V CORPS
(Command of Convening Authority)

Tried At

Hanau and Mannheim, Federal Republic of Germany
(Place or Places of Trial)

on 26 April, 6 May, 14 May and 1, 2 & 3 June 1999
(Date or Dates of Trial)

COMPANION CASES:

CLERK OF COURT
RECEIVED

Copy 1
Volume I of III

See inside back cover for instructions as to preparation and arrangement



DEPARTMENT OF THE ARMY
Headquarters, V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER
NUMBER 41

8 October 1999

PVT Scott D. Gibson, [redacted], U.S. Army, B Company, 127th Aviation Support Battalion, APO AE 09165, was arraigned at Hanau, Germany, on the following offenses at a general court-martial convened by Commander, V Corps.

Charge I. Article 81. Plea: Not Guilty. Finding: Guilty.

The Specification: Conspiracy to commit premeditated murder, at or near Hanau, Germany, between on or about 1 July 1998 and on or about 10 October 1998. Plea: Not Guilty. Finding: Guilty, except the words, "the said Private Gibson and Private Armann did reconnoiter trails adjacent to PFC Bell's quarters, at or near Pioneer Kaserne, Hanau, Germany, for the purpose of determining the best method of shooting PFC Bell while she walked her dog." Of the excepted words: Not Guilty.

Charge II. Article 92. Plea: Not Guilty. Finding: Guilty.

The Specification: Violation of lawful general regulation by wrongfully using and possessing drug abuse paraphernalia, at or near Erlensee, Germany, on or about 1 February 1999. Plea: Not Guilty. Finding: Guilty.

Charge III. Article 107. Plea: Not Guilty. Finding: Guilty.

The Specification: False official statement, at or near Hanau, Germany, on or about 11 October 1998. Plea: Not Guilty. Finding: Guilty.

Charge IV. Article 112a. Plea: Not Guilty. Finding: Guilty.

The Specification: Possession and use of marijuana, at or near Erlensee, Germany, on or about 1 February 1999. Plea: Not Guilty. Finding: Guilty.

SENTENCE

Sentence was adjudged on 3 June 1999. To total forfeiture of all pay and allowances, to be confined for a period of five years, and to be dishonorably discharged from the Army.

GCMO No 41, HQ, V Corps, APO AE 09014, dated 8 October 1999

ACTION

The sentence is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL HENDRIX:

EVAN B. WYNN
SFC, USA
NCOIC, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 COL Peter E. Brownback III (MJ)
1 CPT Krista K. Bush (TC)
1 CPT Jonathan Howard (DC)
1 Cdr, B Company, 127th Aviation Battalion, APO AE 09165
1 Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE 09165
2 SJA, V Corps, APO AE 09014
1 Record Set
1 Reference Set
1 Cdr, HQ Det, 39th Finance Battalion, APO AE 09165
1 Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN 46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA 22041-5013

CERTIFICATE OF SERVICE

UNITED STATES v. Armann

Army No. 9900316

____ ASSIGNMENT OF ERROR

✓ MOTION

I certify that a copy of the foregoing was delivered to the Government Appellate Division on July 19, 2000.

Sherri L. Goff
SHERRI L. GOFF
Paralegal Specialist
Defense Appellate Division
U.S. Army Legal Services Agency

## INSTRUCTIONS FOR PREPARING AND ARRANGING RECORD OF TRIAL

**USE OF FORM** - This form and MCM, 1984, Appendix 14, will be used by the trial counsel and the reporter as a guide to the preparation of the record of trial in general and special court-martial cases in which a verbatim record is prepared. Air Force uses this form and departmental instructions as a guide to the preparation of the record of trial in general and special court-martial cases in which a summarized record is authorized. Army and Navy use DD Form 491 for records of trial in general and special court-martial cases in which a summarized record is authorized. Inapplicable words of the printed text will be deleted.

**COPIES** - See MCM, 1984, RCM 1103(g) The convening authority may direct the preparation of additional copies.

**ARRANGEMENT** - When forwarded to the appropriate Judge Advocate General or for judge advocate review pursuant to Article 64(a), the record will be arranged and bound with allied papers in the sequence indicated below Trial counsel is responsible for arranging the record as indicated, except that items 6, 7, and 15e will be inserted by the convening or reviewing authority, as appropriate, and items 10 and 14 will be inserted by either trial counsel or the convening or reviewing authority, whichever has custody of them

1. Front cover and inside front cover *(chronology sheet)* of DD Form 490.

2 Judge advocate's review pursuant to Article 64(a), if any.

3 Request of accused for appellate defense counsel, or waiver/withdrawal of appellate rights, if applicable.

4. Briefs of counsel submitted after trial, if any (Article 38(c)).

5 DD Form 494, "Court-Martial Data Sheet."

6 Court-martial orders promulgating the result of trial as to each accused, in 10 copies when the record is verbatim and in 4 copies when it is summarized.

7 When required, signed recommendation of staff judge advocate or legal officer, in duplicate, together with all clemency papers, including clemency recommendations by court members

8. Matters submitted by the accused pursuant to Article 60 (MCM, 1984, RCM 1105).

9. DD Form 458, "Charge Sheet" *(unless included at the point of arraignment in the record).*

10. Congressional inquiries and replies, if any.

11. DD Form 457, "Investigating Officer's Report," pursuant to Article 32, if such investigation was conducted, followed by any other papers which accompanied the charges when referred for trial, unless included in the record of trial proper.

12. Advice of staff judge advocate or legal officer, when prepared pursuant to Article 34 or otherwise

13. Requests by counsel and action of the convening authority taken thereon *(e.g., requests concerning delay, witnesses and depositions).*

14 Records of former trials

15. Record of trial in the following order:

a Errata sheet, if any

b Index sheet with reverse side containing receipt of accused or defense counsel for copy of record or certificate in lieu of receipt

c Record of proceedings in court, including Article 39(a) sessions, if any

d Authentication sheet, followed by certificate of correction, if any

e Action of convening authority and, if appropriate, action of officer exercising general court-martial jurisdiction.

f Exhibits admitted in evidence

g Exhibits not received in evidence The page of the record of trial where each exhibit was offered and rejected will be noted on the front of each exhibit.

h Appellate exhibits, such as proposed instructions, written offers of proof or preliminary evidence *(real or documentary)*, and briefs of counsel submitted at trial