# MEDICATION LOG

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Amman Kurtis | Compazine | Suppository w/rect a headache as needed |

| DOCTORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|
| Kobularz | 04Mar99 | 10 | Linda | KA |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990304 | 1638 | — | 10 | Linda | INVENTORY/ |
| 990304 | 2220 | — | 10 | Pliley | INVENTORY/ |
| 990305 | 0600 | — | 10 | RL | INVENTORY/ |
| 990305 | 1400 | — | 10 | Stu | INVENTORY/ |
| 990305 | 2200 | INV | 10 | NORTH | INVENTORY/ |
| 990306 | 0600 | INV | 10 | Smith | INVENTORY/ |
| 990306 | 1400 | — | 1BAG(10) | Jackso | INVENTORY/ |
| 990306 | 2200 | INV | 1BAG(10) | STUMM | INVENTORY/ |
| 990307 | 0600 | — | 1BAG(10) | DL | INVENTORY/ |
| 990307 | 1400 | — | 1BAG(10) | GGK | INVENTORY/ |
| 990307 | 2200 | Ø | 1BAG(10) | IZL | INVENTORY/ |
| 990308 | 0600 | — | 1BAG(10) | | INVENTORY/ |
| 990308 | 1215 | -1 | 9 | Kaiser | INVENTORY/ KA |
| 990308 | 1400 | — | 1BAG(9) | SGT Easley | INVENTORY/ |
| 990308 | 1600 | — | 1BAG(9) | rulis | INVENTORY/ |
| 990308 | 2300 | — | 1BAG(9) | (N) | INVENTORY/ |
| 990309 | 0600 | — | 9 | LAK | INVENTORY/ |
| 990309 | 1400 | — | 9 | Pliley | INVENTORY/ |
| 990309 | 2200 | — | 9 | (N) | INVENTORY/ |
| 990310 | 0600 | — | 9 | Pihos | INVENTORY/ |
| 990310 | 1400 | — | 9 | STUMM | INVENTORY/ |
| 990310 | 2200 | — | 9 | (N) | INVENTORY/ |
| 990311 | 0600 | — | 9 | David | INVENTORY/ KA |
| 990311 | 020 | -1 | 8 | Mosco | INVENTORY/ |
| 990311 | 1400 | — | 8 | | INVENTORY/ |
| 990311 | 2200 | Ø | 8 | | INVENTORY/ |
| 990311 | 0555 | — | 8 | RAK | INVENTORY/ |
| 990312 | 1400 | Ø | 8 | DG | INVENTORY/ KA |
| 990312 | 1432 | -1 | 7 | | INVENTORY/ |
| 990312 | 1555 | — | 7 | | INVENTORY/ |
| 990313 | 0600 | INV | 7 | SSG Webb | INVENTORY/ |
| 990313 | 1722 | NA | 7 | BJF | INVENTORY/ |
| 990313 | 2205 | INV | 7 | NORTH | INVENTORY/ |
| 990314 | 0600 | INV | 7 | Jackson | INVENTORY/ |
| 990314 | 1400 | — | 7 | Moses | INVENTORY/ |
| 990314 | 2222 | INV | 7 | NORTH | INVENTORY/ |
| 990315 | 0602 | INV | 7 | DG | INVENTORY/ |
| 990315 | 1215 | -1 | 6 | SSG Well | INVENTORY/ KA |
| 990315 | 1400 | INV | 6 | SGT C | INVENTORY/ |
| 990315 | 2230 | — | 6 | (N) | INVENTORY/ |
| 990316 | 0600 | — | 6 | Jenkins | INVENTORY/ |
| 990316 | 1400 | — | 6 | CL | INVENTORY/ |
| 990316 | 2200 | — | 6 | (N) | INVENTORY/ |
| 990317 | 0600 | — | 6 | DEC | INVENTORY/ KA |
| 990318 | 1215 | -1 | 5 | DEC | INVENTORY/ |
| 990320 | 1628 | — | 5 | | |

LTCDR Lipusos evel

## MEDICATION LOG

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Ammon Kurtis L | Compazine | Con't |

| DOCTORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|
| Kobularz | 990320 | 16 | Linda | KA |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | INVENTORY / RECVD BY |
|---|---|---|---|---|---|
| 990316 | 1400 | INV | 16 | Clontz | INVENTORY / |
| 990316 | 2200 | — | 16 | CL | INVENTORY / |
| 990317 | 0600 | — | 16 | CL | INVENTORY / |
| 990318 | 0715 | -2 | 14 | DEC | INVENTORY / KA |
| 990318 | 1010 | -2 | 12 | DEC | INVENTORY / KA |
| 990319 | 0523 | -2 | 10 | DEC | INVENTORY / KA |
| 990319 | 1112 | -2 | 8 | DEC | INVENTORY / KA |
| 990319 | 1800 | INV | 8 | DEC | INVENTORY / |
| 990320 | 2535 | -2 | 6 | ml | INVENTORY / KA |
| 990321 | 0600 | — | 6 | Stepe | INVENTORY / |
| 990321 | 0600 | -1 | 5 | Skipe | INVENTORY / KA |
| 990321 | 1400 | — | 5 | ink | INVENTORY / |
| 990122 | 0001 | -1 | 4 | Gatchis | INVENTORY / KA |
| 990122 | 0600 | INV | 4 | Christian | INVENTORY / |
| 990122 | 1400 | — | 4 | STC | INVENTORY / |
| 990322 | 2200 | — | 4 | JT | INVENTORY / |
| 990323 | 0600 | — | 4 | N | INVENTORY / |
| 990323 | 1444 | INV | 4 | BJF | INVENTORY / |
| 990323 | 2230 | INV | 4 | ml | INVENTORY / |
| 990323 | 0000 | — | 4 | N | INVENTORY / |
| 990324 | 1400 | — | 4 | PO GRIFFIN | INVENTORY / |
| 990324 | 2200 | — | (4) | SGT | INVENTORY / |
| 990325 | 0600 | — | (4) | N | INVENTORY / |
| 990325 | 0700 | -1 | (3) | N | INVENTORY / KA |
| 990325 | 1400 | — | (3) | STFresh | INVENTORY / |
| 990325 | 2200 | — | (3) | N | INVENTORY / |
| 990326 | 0600 | — | (3) | N | INVENTORY / |
| 990326 | 2230 | — | 3 | Kelley | INVENTORY / |
| 990327 | 0600 | — | 3 | N | INVENTORY / |
| 990327 | 1400 | — | 3 | Johnson | INVENTORY / |
| 990327 | 2100 | -1 | 2 | Johnson | INVENTORY / KA |
| 990327 | 2200 | — | 2 | ml | INVENTORY / |
| 990328 | 0600 | INV | 2 | Sguett | INVENTORY / |
| 990328 | 1800 | — | 2 | STG | INVENTORY / |
| 990329 | 0600 | — | 2 | N | INVENTORY / |
| 990329 | 1800 | 0 | 2 | Knopp | INVENTORY / |
| 990330 | 0100 | 0 | 2 | Keller | INVENTORY / |
| 990330 | 0600 | 0 | 2 | Ransi | INVENTORY / |
| 990330 | 1131 | -1 | 1 | Linsey | INVENTORY / KA |
| 990320 | 1800 | — | 1 | Johnson | INVENTORY / |
| 990331 | 0600 | 0 | 1 | Ransi | INVENTORY / |
| 990331 | 1220 | -1 | 0 | Mindey | INVENTORY / KA |
| | | | | | INVENTORY / |
| | | | | | INVENTORY / |
| | | | | | INVENTORY / |

**RED!!**

## MEDICATION LOG

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Armann Kurtis | Amitriptyline | 6 tab by mouth at bedtime |

| DOCTORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|
| Kobularz | 04Mar99 | 180 | Zinda | KA |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990304 | 1147 | — | 180 | Zinda | INVENTORY/ |
| 990304 | 2220 | — | 158 | Plito | INVENTORY/ |
| 990305 | 1400 | — | 158 | — | INVENTORY/ |
| 990305 | 2200 | Inv | 158 | North | INVENTORY/ |
| 990306 | 0600 | — | 158 | Stur | INVENTORY/ |
| 990306 | 1400 | — | 158 | Johnso | INVENTORY/ |
| 990306 | 2200 | Inv | 158 | Sturm | INVENTORY/ |
| 990307 | 0600 | — | 158 | DL | INVENTORY/ |
| 990307 | 1400 | — | 158 | MK | INVENTORY/ |
| 990308 | 2200 | Ø | 158 | — | INVENTORY/ |
| 990308 | 0600 | — | 158 | — | INVENTORY/ |
| 990308 | 1400 | — | 158 | WDX | INVENTORY/ |
| 990308 | 2300 | — | 158 | mln | INVENTORY/ |
| 990309 | 0600 | — | 158 | (N) | INVENTORY/ |
| 990309 | 14— | — | 158 | Lake | INVENTORY/ |
| 990309 | 2300 | — | 158 | Plito | INVENTORY/ |
| 990310 | 0600 | — | 158 | (N) | INVENTORY/ |
| 990310 | 1400 | — | 158 | Johnson | INVENTORY/ |
| 990310 | 2200 | — | 158 | Sturm | INVENTORY/ |
| 990311 | 0600 | — | 158 | (N) | INVENTORY/ |
| 990311 | 1400 | — | 158 | Moses | INVENTORY/ |
| 990311 | 2200 | Ø | 158 | — | INVENTORY/ |
| 990312 | 0555 | — | 158 | — | INVENTORY/ |
| 990312 | 1400 | Ø | 158 | RNK | INVENTORY/ |
| 990312 | 2200 | — | 158 | — | INVENTORY/ |
| 990313 | 0600 | INV | 158 | SSG Weber | INVENTORY/ |
| 990313 | 1722 | NA | 1-SB | BJF | INVENTORY/ |
| 990313 | 2207 | Inv | 1-SB | North | INVENTORY/ |
| 990314 | 06— | Inv | 1-SB | Jackson | INVENTORY/ |
| 990314 | 1420 | — | 1-SB | Moses | INVENTORY/ |
| 990314 | 2222 | Inv | 1-SB | North | INVENTORY/ |
| 990315 | 0600 | Inv | 1SB | DW | INVENTORY/ |
| 990315 | 1700 | INV | 1SB | SGT C | INVENTORY/ |
| 990315 | 2250 | — | 1SB | — | INVENTORY/ |
| 990316 | 0600 | — | 1SB | (N) | INVENTORY/ |
| 990316 | 1400 | — | 1SB | Johns | INVENTORY/ |
| 990316 | 2200 | — | 1SB | GG | INVENTORY/ |
| 990317 | 0600 | — | 1SB | (N) | INVENTORY/ |
| 990317 | 2100 | X6 | 158 164 | M White | INVENTORY/ KA |
| 990318 | 2125 | 6 | 158 | — | INVENTORY/ KA |
| 990319 | 2130 | 6 | 152 | PEC | INVENTORY/ KA |
| 990320 | 1633 | 6 | 146 | DEC | INVENTORY/ KA |
| 990320 | 1755 | 6 | 140 | Zinda | INVENTORY/ KA |
| 990320 | 2130 | 6 | 140 | Moses | INVENTORY/ — |
| — | — | 6 | — | — | INVENTORY/ KA |

LTCPR  
Caruso's  
eval  

Day of Trial

MEDICATION  6 hrs DOSAGE

Broadwell        990312      24       RHK

| DOCTORS NAME | | | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|---|---|
| DATE | TIME | DOSE | BALANCE | | ISSUED BY | RECVD BY |
| 990312 | | | 24 | | RHK | INVENTORY |
| 990312 | 1413 | -2 | 22 | | RHK | INVENTORY KA |
| 990313 | 1000 | | 22 | | | INVENTORY KA |
| 990313 | 0800 | | 22 | | SSGWells | INVENTORY |
| 990313 | 0800 | -2 | 20 | | SSGWells | INVENTORY KA |
| 990313 | 1722 | -2 | 18 | | BJF | INVENTORY KA |
| 990313 | 2208 | Inv | 18 | | NORTH | INVENTORY |
| 990314 | 0600 | Inv | 18 | | Jackson | INVENTORY |
| 990314 | 1430 | | 18 | | Mc... | INVENTORY |
| 990314 | 2222 | Inv | 18 | | NORTH | INVENTORY |
| 990315 | 0602 | Inv | 18 | | D... | INVENTORY |
| 990315 | 1215 | -2 | 16 | | SSGWells | INVENTORY KA |
| 990315 | 1402 | | 16 | | SGT C | INVENTORY |
| 990315 | 2230 | | 16 | | | INVENTORY |
| 990316 | 0600 | | 16 | | (W) | INVENTORY |
| 990316 | 1400 | Inv | 16 | | | INVENTORY |
| 990316 | 2200 | | 16 | | | INVENTORY |
| 990317 | 0600 | | 16 | | (W) | INVENTORY |
| 990318 | 0715 | -2 | 14 | | | INVENTORY |
| 990318 | 1010 | -2 | 12 | | DEC | INVENTORY KA |
| 990319 | 0923 | -2 | 10 | | DEC | INVENTORY KA |
| 990319 | 1420 | -2 | 8 | | DEC | INVENTORY KA |
| 990319 | 1800 | Inv | 8 | | DEC | INVENTORY |
| 990320 | 2230 | -2 | 6 | | ML | INVENTORY KA |
| 990321 | 0600 | | 6 | | Stude | INVENTORY |
| 990321 | 0600 | -1 | 5 | | Sk... | INVENTORY KA |
| 990321 | 1441 | | 5 | | CAK | INVENTORY |
| 990322 | 0001 | -1 | 4 | | Gatchis | INVENTORY KA |
| 990322 | 0600 | Inv | 4 | | Christian | INVENTORY |
| 990322 | 1400 | | 4 | | SGT C | INVENTORY |
| 990322 | 2200 | | 4 | | Jones | INVENTORY |
| 990323 | 0600 | | 4 | | (W) | INVENTORY |
| 990323 | 1444 | Inv | 4 | | BJF | INVENTORY |
| 990323 | 2230 | Inv. | 4 | | ML | INVENTORY |
| 990323 | 0000 | | 4 | | (W) | INVENTORY |
| 990324 | 1400 | | 4 | | PO-GRIFFIN | INVENTORY |
| 990324 | 2200 | | (4) | | SGT | INVENTORY |
| 990325 | 0600 | | (4) | | (W) | INVENTORY |
| 990325 | 0700 | -1 | (3) | | (W) | INVENTORY KA |
| 990325 | 1400 | | (3) | | Y.T... | INVENTORY |
| 990325 | 2200 | | (3) | | H... | INVENTORY |
| 990326 | 0600 | | (3) | | (W) | INVENTORY |
| 990326 | 2200 | | 3 | | S.P.Riley | INVENTORY |
| 990327 | 0600 | | 3 | | (W) | INVENTORY |
| 990327 | 1400 | | 3 | | Totter | INVENTORY |

X

CDR
eval
Trial

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| William Hughes | Fironal | Cont |

| DOCTORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT RECVD BY |
|---|---|---|---|---|
| Kobularz | 990320 | 16 | Finch | N.A. |

| | DATE | TIME | DOSE | BALANCE | ISSUED BY | INVENTORY/ RECVD BY |
|---|---|---|---|---|---|---|
| | 990315 | 1400 | INV | 16 | (sig) | INVENTORY/ |
| | 990316 | 2200 | | 16 | GL | INVENTORY/ |
| LTCDR Caruso eval | 990317 | 0600 | | 16 | (sig) | INVENTORY/ |
| | 990318 | 0715 | -2 | 14 | DEC | INVENTORY/ KA |
| | 990318 | 1010 | -2 | 12 | DEC | INVENTORY/ KA |
| | 990319 | 0823 | -2 | 10 | DEC | INVENTORY/ KA |
| Trial → | 990319 | 1410 | -2 | 8 | DEC | INVENTORY/ KA |
| | 990319 | 1800 | INV | 8 | DEC | INVENTORY/ |
| | 990320 | 2230 | -2 | 6 | ml | INVENTORY/ KA |
| | 990321 | 0600 | | 6 | Stra | INVENTORY/ |
| | 990321 | 0600 | -1 | 5 | Skin | INVENTORY/ KA |
| ◯ | 990321 | 1441 | | 5 | chk | INVENTORY/ |
| | 990122 | 0001 | -1 | 4 | Gatchis | INVENTORY/ KA |
| | 990122 | 0600 | INV | 4 | Christian | INVENTORY/ |
| | 990122 | 1400 | | 4 | STC | INVENTORY/ |
| ‖‖ | 990322 | 2200 | | 4 | Jean | INVENTORY/ |
| | 990323 | 0600 | | 4 | (N) | INVENTORY/ |
| | 990323 | 1444 | INV | 4 | BJF | INVENTORY/ |
| | 990323 | 2230 | INV | 4 | ml | INVENTORY/ |
| | 990323 | 0000 | | (4) | (N) | INVENTORY/ |
| | 990324 | 1400 | | 4 | PO Griffin | INVENTORY/ |
| | 990324 | 2200 | | (4) | SGT | INVENTORY/ |
| | 990325 | 0600 | | (4) | (N) | INVENTORY/ |
| | 990325 | 0700 | -1 | (3) | (N) | INVENTORY/ KA |
| | 990325 | 1400 | | (3) | J Frisk | INVENTORY/ |
| | 990325 | 2200 | | (3) | (sig) | INVENTORY/ |
| | 990326 | 0600 | | (3) | (N) | INVENTORY/ |
| | 990326 | 2200 | | 3 | Riley | INVENTORY/ |
| | 990327 | 0600 | | 3 | (N) | INVENTORY/ |
| | 990327 | 1400 | | 3 | JHHm | INVENTORY/ |
| | 990327 | 2100 | 1 | 2 | Johnson | INVENTORY/ KA |
| | 990327 | 2200 | | 2 | ml | INVENTORY/ |
| | 990328 | 0600 | INV | 2 | SSmith | INVENTORY/ |
| | 990328 | 1800 | | 2 | SG | INVENTORY/ |
| | 990329 | 0600 | | (2) | (N) | INVENTORY/ |
| | 990329 | 1800 | 0 | 2 | Knop | INVENTORY/ |
| | 990330 | 0100 | 0 | 2 | Keer | INVENTORY/ |
| | 990330 | 0600 | 0 | 2 | Ransi | INVENTORY/ |
| | 990330 | 1131 | 1 | 1 | Lansey | INVENTORY/ KA |
| | 990330 | 1800 | | 1 | Johns | INVENTORY/ |
| | 990331 | 0600 | 0 | 1 | Ransey | INVENTORY/ |
| | 990331 | 1220 | -1 | 0 | (sig) | INVENTORY/ KA |
| | | | | | | INVENTORY/ |
| | | | | | | INVENTORY/ |
| | | | | | | INVENTORY/ |

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Amman, Kurtis | Promethazine | Suppository w/ onset of headache as needed |

| DOCTORS NAME | DATE | QTY | VERIFIED BY | INMATES INIT |
|---|---|---|---|---|
| Kobylarz | 04Mar99 | 10 | Linda | KA |

| DATE | TIME | DOSE | BALANCE | ISSUED BY | RECVD BY |
|---|---|---|---|---|---|
| 990304 | 1638 | — | 10 | Linda | INVENTORY/ |
| 990304 | 2220 | — | 10 | Pliley | INVENTORY/ |
| 990305 | 0600 | — | 10 | RK | INVENTORY/ |
| 990305 | 1400 | — | 10 | Slee | INVENTORY/ |
| 990305 | 2200 | INV | 10 | NORTH | INVENTORY/ |
| 990306 | 0600 | INV | 10 | Strum | INVENTORY/ |
| 990306 | 1400 | — | 1 BAG (10) | Johnson | INVENTORY/ |
| 990306 | 2200 | INV | 1 BAG (10) | Strum | INVENTORY/ |
| 990307 | 0600 | — | 1 BAG (10) | IZL | INVENTORY/ |
| 990307 | 1400 | — | 1 BAG (10) | WLK | INVENTORY/ |
| 990307 | 2200 | — | 1 BAG (10) | | INVENTORY/ |
| 990308 | 0600 | — | 1 BAG (10) | IZL | INVENTORY/ |
| 990308 | 1211 | -1 | 9 | Kosey | INVENTORY/ KA |
| 990308 | 1400 | — | 1 BAG (9) | Fsee | INVENTORY/ |
| 990308 | 2300 | — | 1 BAG (9) | nich | INVENTORY/ |
| 990309 | 0600 | — | 9 | (N) | INVENTORY/ |
| 990309 | 1400 | — | 9 | LAK | INVENTORY/ |
| 990309 | 2200 | — | 9 | Pliley | INVENTORY/ |
| 990310 | 0600 | — | 9 | (N) | INVENTORY/ |
| 990310 | 1400 | — | 9 | Johnson | INVENTORY/ |
| 990310 | 2200 | — | 9 | Strum | INVENTORY/ |
| 990311 | 0600 | — | 9 | (N) | INVENTORY/ |
| 990311 | 0200 | -1 | 8 | Davis | INVENTORY/ KA |
| 990311 | 1400 | — | 8 | Moses | INVENTORY/ |
| 990311 | 2200 | — | 8 | | INVENTORY/ |
| 990311 | 0555 | — | 8 | | INVENTORY/ |
| 990312 | 1400 | — | 8 | RHK | INVENTORY/ |
| 990312 | 1430 | -1 | 7 | RHK | INVENTORY/ KA |
| 990312 | 2200 | — | 7 | | INVENTORY/ |
| 990313 | 0600 | INV | 07 | SSG Webb | INVENTORY/ |
| 990313 | 1722 | NA | 7 | BJF | INVENTORY/ |
| 990313 | 2200 | INV | 7 | NORTH | INVENTORY/ |
| 990314 | 0600 | INV | 7 | Jackson | INVENTORY/ |
| 990314 | 1400 | — | 7 | Moses | INVENTORY/ |
| 990314 | 2222 | INV | 7 | NORTH | INVENTORY/ |
| 990315 | 0602 | INV | 7 | Dee | INVENTORY/ |
| 990315 | 1215 | -1 | 6 | SSG Well | INVENTORY/ KA |
| 990315 | 1400 | INV | 6 | SSG | INVENTORY/ |
| 990315 | 2200 | — | 6 | | INVENTORY/ |
| 990316 | 0600 | — | 6 | (N) | INVENTORY/ |
| 990316 | 1400 | — | 6 | | INVENTORY/ |
| 990316 | 2200 | — | 6 | | INVENTORY/ |
| 990317 | 0600 | — | 6 | | INVENTORY/ |
| 990318 | 0747 | -1 | 5 | DEC | INVENTORY/ KA |
| 990318 | 1010 | -1 | 4 | DEC | INVENTORY/ KA |
| 990319 | 0925 | -1 | -3 | DEC | INVENTORY/ KA |
| 990319 | 1510 | -1 | -2 | DEC | INVENTORY/ KA |

JCRR of USOS oral → 
Trial →

| INMATES NAME | MEDICATION | | | | | |
|---|---|---|---|---|---|---|
| Brown | Midrin | | | 2 Tabs at onset / every Hour NO DOSAGE exceed 5 per day | | |
| DOCATORS NAME | | DATE | QTY | VERIFIED BY | INMATES INIT | |
| Broadwell | | 990312 | 40 | RHK | | |
| DATE | TIME | DOSE | BALANCE | ISSUED BY | | RECVD BY |
| 990312 | 1100 | — | 40 | RHK | INVENTORY | |
| 990312 | 1143 | -2 | 39 | BJF | INVENTORY/ | KA |
| 990313 | 0300 | -1 | 38 | | INVENTORY | |
| 990313 | 0600 | -0 | 38 | SSGWells | INVENTORY | |
| 990313 | 0800 | -2 | 36 | SSGWells | INVENTORY/ | KA |
| 990313 | 1722 | -1 | 35 | BJF | INVENTORY/ | KA |
| 990313 | 2205 | INV | 35 | NORTH | INVENTORY | |
| 990314 | 0600 | | 35 | Jackson | INVENTORY | |
| 990314 | 1430 | | 35 | TMcGee | INVENTORY | |
| 990314 | 2222 | -0 | 35 | NORTH | INVENTORY | |
| 990315 | 0602 | | 35 | DW | INVENTORY | |
| 990315 | 1215 | -2 | 33 | SSGWell | INVENTORY/ | KA |
| 990315 | 1402 | INV | 33 | SGT | INVENTORY | |
| | 2250 | | 33 | | INVENTORY | |
| 990316 | 0600 | INV | 33 | | INVENTORY | |
| 990316 | 1400 | | 33 | Smith | INVENTORY | |
| 990316 | 2200 | | 33 | | INVENTORY | |
| LTCDR 990317 | 0600 | INV | 33 | | INVENTORY | |
| Carries 990318 | 0715 | -2 | 31 | DEC | INVENTORY | KA |
| eval 990318 | 1010 | -1 | 30 | DEC | INVENTORY | KA |
| 990319 | 0523 | -2 | 28 | DEC | INVENTORY/ | KA |
| Trn 990319 | 1114 | -1 | 27 | DEC | INVENTORY/ | KA |
| 990319 | 1800 | | 27 | DEC | INVENTORY/ | |
| | 2230 | INV | 27 | ML | INVENTORY/ | KA |
| 990321 | 0600 | | 27 | Stute | INVENTORY/ | |
| 990321 | 0800 | -2 | 25 | Shaw | INVENTORY/ | KA |
| 990321 | 1441 | | 25 | | INVENTORY | |
| 990322 | 0001 | -2 | 23 | Gathris | INVENTORY/ | KA |
| 990322 | 0600 | INV | 23 | Christian | INVENTORY | |
| 990322 | 1800 | | 23 | SGT | INVENTORY | |
| 990322 | 2200 | INV | 23 | | INVENTORY | |
| 990323 | 0600 | -2 | 21 | | INVENTORY | KA |
| 990323 | 1444 | -2 | 19 | BJF | INVENTORY | KA |
| 990323 | 2230 | -1 | 18 | ML | INVENTORY | KA |
| 990323 | 0600 | | 16 | N | INVENTORY | |
| 990324 | 1400 | | 18 | P.Griffin | INVENTORY | |
| 990324 | 2200 | -2 | 16 | SGT | INVENTORY/ | KA |
| 990325 | 0600 | -2 | 14 | N | INVENTORY | KA |
| 990325 | 0700 | -1 | 13 | N | INVENTORY/ | KA |
| 990325 | 1400 | | 13 | | INVENTORY | |
| 990325 | 2200 | -2 | 11 | | INVENTORY | KA |
| 990325 | | INV | 11 | N | INVENTORY | |
| | | | 11 | | INVENTORY | |
| | | | 11 | | INVENTORY | |
| | | INV | 11 | | INVENTORY | |

Midrin

| INMATES NAME | MEDICATION | DOSAGE |
|---|---|---|
| Hmmm Kurtis | Seconal | 1-2 tablets at onset |

DOCTORS NAME: Kobylarz
DATE: 990315   QTY: 20   VERIFIED BY: SSG Webb   INMATES INIT RECVD BY: KA

| DATE | TIME | DOSE | BALANCE | ISSUED BY | VERIFIED BY | INMATES INIT RECVD BY |
|---|---|---|---|---|---|---|
| 990315 | 0800 | -2 | 20 | SSG Webb | INVENTORY/ | KA |
| 990315 | 1722 | -2 | 18 | BJF | INVENTORY/ | KA |
| 990313 | 2203 | Inv | 18 | NORTH | INVENTORY/ | |
| 990314 | 0600 | Inv | 18 | Jackson | INVENTORY/ | |
| 990314 | 1400 | | 18 | Moses | INVENTORY/ | |
| 990314 | 2222 | Inv | 18 | NORTH | INVENTORY/ | |
| 990315 | 0602 | Inv | 18 | DJ | INVENTORY/ | |
| 990315 | 1215 | -2 | 16 | SSG Well | INVENTORY/ | KA |
| 990315 | 1722 | | 16 | SGC | INVENTORY/ | |
| 990315 | 2230 | | 16 | ML | INVENTORY/ | |
| 990316 | 0600 | | 16 | W | INVENTORY/ | |
| 990316 | 1450 | Inv | 16 | Christie | INVENTORY/ | |
| 990316 | 2200 | | 16 | CC | INVENTORY/ | |
| 990317 | 0600 | | 16 | W | INVENTORY/ | |
| 990318 | 0715 | -2 | 14 | DEC | INVENTORY/ | KA |
| 990318 | 1010 | -2 | 12 | DEC | INVENTORY/ | KA |
| 990319 | 0523 | -2 | 10 | DEC | INVENTORY/ | KA |
| 990319 | 1412 | -2 | 8 | DEC | INVENTORY/ | KA |
| 990319 | 1800 | Inv | 8 | DEC | INVENTORY/ | |
| 990319 | 2230 | -2 | 6 | ML | INVENTORY/ | KA |
| 990321 | 0600 | | 6 | Stack | INVENTORY/ | |
| 990321 | 0600 | -2 | 4 | Skywr | INVENTORY/ | KA |
| 990321 | 1441 | | 4 | MK | INVENTORY/ | |
| 990122 | 0001 | | (4) | Gatchis | INVENTORY/ | KA |
| 990122 | 0600 | | (4) | Christian | INVENTORY/ | |
| 990122 | 1800 | Inv | (4) | SGC | INVENTORY/ | |
| 990322 | 2200 | | 4 | Strom | INVENTORY/ | |
| 990323 | 0600 | | 4 | W | INVENTORY/ | |
| 990323 | 1444 | -2 | 2 | BJF | INVENTORY/ | KA |
| 990323 | 2230 | Inv | (2) | ML | INVENTORY/ | |
| 990323 | 0600 | | (2) | W | INVENTORY/ | |
| 990324 | 1400 | | (2) | PO Griffin | INVENTORY/ | |
| 990324 | 2200 | | 2 | SGT | INVENTORY/ | |
| 990325 | 0600 | | 2 | W | INVENTORY/ | |
| 990325 | 0700 | -2 | (0) | W | INVENTORY/ | KA |

Margin notes: ※ JCPR Caruso nal, Trial ※

Secobarbital