NSN 7540-00-634-4176                                                                                                                                      600-1

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**Mental Health Section, United States Army Confinement Facility-Europe**

16 OCT 98 — **MENTAL HEALTH INTAKE INTERVIEW**

**Identifying Information:**

Age: 23   Marital: (Sing) Mar Div Sep Wid   Race: (White) Black Hisp Other   Sex: (M) F

Educational Level: 12   Military Status: CONFINED   Referral Source:

**Presenting Problems & History:** DETAINEE STATED THAT HE IS HERE FOR AWAITING TRIAL FOR SEVERAL CHARGES, ONE BEING ATTEMPTED MURDER. DETAINEE IS NOT VERY EMOTIONALLY STABLE BY HIS OWN ACCOUNTS. HE STATED THAT HE IS NOT CONSIDERING SUICIDE. DETAINEE CRIED A GREAT DEAL DURING THE INTERVIEW. HE STATED HE FEELS VERY GUILTY FOR WHAT HE HAS DONE. HE ALSO STATED THAT HE HAS A GIRLFRIEND, BUT HAS NOT BEEN ABLE TO TALK TO HER FOR A COUPLE OF DAYS AND DESPERATELY WAN TO. DETAINEE STATED THAT HIS CHILDHOOD WAS TENSE AND DISRUPTIVE. HE STATED HIS PARENTS DIVORCED AT AN EARLY AGE AND SOON (SEE

Military History: 4 YRS   68J (WEAPONS SPECIALIST)

Smoking, ETOH/Drug Use: 1PPD / NONE / MARIJUANA + HASH (1/4 OZ PER WK)

Current Medical Problems: MIGRAIN HEADACHES   Medications: SECONAL, CIROCET, ELIML, COMPAZINE (SEE

Personal & Family Psychiatric/Substance Use History:

DETAINEE SAW DR SOGRAD JULY-SEPT 97 FOR DEPRESSION. FAMI HAS NO HISTORY PER INMATE.

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: |
|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial): ARMANN, KURTIS   SEX: ♂ |
| | RELATIONSHIP TO SPONSOR:    STATUS: CONFINED   RANK/GRADE: |
| | SPONSOR'S NAME:   ORGANIZATION: |
| | DEPART./SERVICE: RA   SSN/IDENTIFICATION NO.: 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   DATE OF BIRTH: 27 DEC 74 |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

**Mental Status Exam:** Appearance: TIRED, CLEAN

Cooperative: YES  Alert: YES  Oriented: x3  Mood: DEPRESSED (MILD)

Affect: Range- FULL  Appropriate to Situation- YES

Suicidal/Homicidal Ideation: NO  Plan- NO  Intent- NO

Thought Disorder: WNL  Judgment: GOOD  Insight: GOOD

Speech: WNL

**Neurovegetative Symptoms:**

Sleep: ↓  Energy: GOOD  Interest: GOOD

Concentration: GOOD  Appetite: ↓  Guilt: ↑

**Diagnostic Impression (DSM IV):**

Axis I: ADULT ANTI-SOCIAL BEHAVIOR

Axis II: DEFERRED

Axis III: MIGRAINE HEADACHES

Axis IV: ADJUSTMENT TO CONFINEMENT

Axis V: GAF 63 (CURRENT)

**Treatment Plan / Disposition:** THIS DETAINEE WILL NEED TO BE WATCHED CLOSELY FOR POSSIBLE DOWN SHIFTS IN MOOD. THIS COULD PRESENT A PROBLEM IN THE FUTURE. ALSO WATCH FOR VIOLENT OUTBURSTS. SEE DETAINEE EVERY 5-7 DAYS.

JOHN E. CARLSON
SPC, USA
Mental Health Specialist

JOHN G. SANCHEZ, LISW
CPT, MS
Chief, Correctional Treatment Branch

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| (CONT) | MEDICATIONS: <br> SECONAL — BARBITUATE / 100-200 MG AS REQUIRED <br> ELAVIL — ANTI-DEPRESSANT / 75-150 MG DAILY <br> COMPAZINE — TRANQUILIZER / 5-10 MG 3-4 PO BO |
| 16 OCT 98 | REMARRIED. HE STATED HE LIVED IN BOTH HOUSEHOLDS GROWING UP. HE STATED HE WOULD FIGHT A GREAT DEAL WITH HIS OLDER SISTER. DETAINEE STATED HE HAS A VERY HARD TIME CONTROLLING HIS TEMPER AND CAN HAVE VIOLENT OUTBURSTS. <br> JOHN E. CARLSON <br> SPC, USA <br> MENTAL HEALTH SPECIALIST |
| 16 OCT 98 1330 | DETAINEE WAS FOUND IN HIS CELL BY A GAURD AND DETAINEE WAS CRYING UNCONTROLLABLY. I, SPC CARLSON, WAS CONTACTED AND REPORTED THERE IMMEDIATELY. I FOUND DETAINEE [~~INMATE~~] CRYING IN HIS CELL. HE STATED THAT HE "JUST DOESN'T KNOW IF HE CAN TAKE IT HERE." HE STATED THAT HE DID NOT WANT TO KILL HIMSELF AND HE HAD NO PLAN OR INTENT. DETAINEE AND MYSELF TALKED FOR ABOUT 30 MIN, AND I HAD HIM SIGN A "CONTRACT FOR LIFE" (SEE RECORD) DETAINEE STATED THAT HE WAS FEELING MUCH BETTER. <br> JOHN E. CARLSON <br> SPC, USA <br> MENTAL HEALTH SPECIALIST |

PATIENT'S NAME (Last, First, Middle initial): ARMANN, KURTIS
SEX: M
STATUS: CONFINED
DEPART./SERVICE: RA
SSN/IDENTIFICATION NO.: 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
DATE OF BIRTH: 27 DEC 74

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505