| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

**DTP ON CALL NOTE**

12Aug99
2200

(S) Undersigned was called in at ~2200 hrs to eval new (P) from Germany č reported suicidal attempts. (P) was seen and reported that he is happy to be here and feels safe here. (P) reports that he has been seen on & off since 9yr for Ψ problems, however no hx of SI/HI prior to 9yr. (P) reports that at present he does not feel any SI/HI, however reports when he has tried to commit suicide that he can not remember the event and just wakes up in the hospital. (P) reports that he has attempted suicide at least 3 times, however does not really wish to kill himself due to knowing his mother and the shame it would bring to his family, however (P) reports that w/o the meds he can not control himself and the times he has tried to kill himself was due to being off his meds. In addition, (P) suffers from extreme headaches and has about 12 different types of meds that he arrived č to the DQ.

(O) (P) was alert and responsive, good eye contact, both wrists fresh and several healed slice marks, vertical/horizontal and across the wrist in which appeared to be within the last 2 weeks. (P) appeared nervous, thought process was linear and no S/I/HI.

(A) (P) appears to be seeking attention and would like to address past issues, seems interest in being seen regularly, denies SI/HI, ads drug, sleeping meds reported not working as expected, R/O borderline features. (P) seems to manipulating and grandiose and untruthfulness of trying suicidal attempt

---

#77/62

| PATIENT'S IDENTIFICATION | RECORDS MAINTAINED AT: | | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) Amann, Curtis | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-8)