*United States Court of Appeals for the Armed Forces*
*Washington, D.C. 20442-0001*

| | | |
|---|---|---|
| UNITED STATES, | ) | USCA Dkt. No. 01-0749/AR |
| | ) | Crim.App. No. 9900316 |
| Appellee | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | And |
| | ) | <u>Order Denying Petition</u> |
| Kurtis E. | | <u>For New Trial</u> |
| ARMANN (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), | ) | |
| Appellant | ) | |

On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, and the petition for new trial, it is, by the Court, this 24th day of July, 2002,

ORDERED:

That said petition is hereby granted;

That the decision of the United States Army Court of Criminal Appeals is affirmed; and,

That the petition for new trial is denied.

For the Court,

/s/ William A. DeCicco
Clerk of the Court

cc:   The Judge Advocate General of the Army
      Appellate Defense Counsel (SHELTON, Esq.)
      Appellate Government Counsel (WATKINS)