DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON VA 22203-1837

REPLY TO
ATTENTION OF

JALS-GA                                            October 19, 2001

MEMORANDUM FOR CLERK OF THE COURT, U.S. COURT OF APPEALS FOR
    THE ARMED FORCES, 450 E STREET, N.W.,
    WASHINGTON, D.C.  20442

SUBJECT: Private E-1 KURTIS E. ARMANN, 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, ARMY 9900316, Docket No. 01-0749/AR

1. The United States will not submit a formal reply to the supplement to the petition in this case.

2. The United States opposes the granting of a petition for grant of review on the Issues and relies on its briefs filed with the Army Court of Criminal Appeals, attached hereto.

3. Appellant submits additional new matters to this Honorable Court in Appendix B to his Supplement to Petition for Grant of Review. However, in the absence of good cause showing why these matters should now be raised for the first time before this Honorable Court, the United States opposes this Court's consideration of the same. See Murphy v. Judges of the United States Army Court of Military Review, 34 M.J. 310, 311 (C.M.A. 1992).

4. The United States will respond to appellant's concern regarding new information about the drug, Accutane, as it has been presented in appellant's Article 75, Uniform Code of Military Justice Petition for New Trial.

SUSANA E. WATKINS
Captain, JA
Appellate Government Counsel

CF:
DAVID M. ABDALLA
Captain, JA
Appellate Defense Counsel

Printed on Recycled Paper

RC & A COPY