IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KURTIS E. ARMANN, | ) | |
| Petitioner | ) | C.A. No. 04-118 Erie |
| | ) | |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| WARDEN - FCI-McKEAN, | ) | |
| Respondent | ) | |

## ORDER

On July 7, 2005, Respondent filed a "Motion to Unseal and to Strike Plaintiff's Exhibits." [Document # 32]. Petitioner has since filed a response to Respondent's motion agreeing that the sealed documents should be stricken from the record. [Document # 36].

AND NOW, this 3rd day of January, 2006;

IT IS HEREBY ORDERED that Plaintiff's "Motion to Unseal and to Strike Plaintiff's Exhibits" [Document # 32] is GRANTED and the exhibits submitted by Petitioner to this Court on October 28, 2005, shall be stricken from the record.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge