IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN, FCI McKEAN, )<br>)<br>Respondent. ) | Civil Action No. 04-118(E)<br><br>Judge Sean J. McLaughlin<br>Magistrate Judge Susan Paradise Baxter |

## ORDER

AND NOW, the Respondent having filed a Motion for Enlargement of Time to File Response to Petitioner's Motion for Evidentiary Hearing, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the aforementioned Motion is hereby enlarged for a period of thirty (30) days, or until February 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thomas W. Patton, Federal Public Defender
    Christy Wiegand, Asst. U.S. Attorney