IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, ) | |
| ) | Civil Action No. 04-118(E) |
| Petitioner, ) | |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

AND NOW, the Respondent having filed a Motion for Enlargement of Time to File Response to Petitioner's Motion for Evidentiary Hearing, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the aforementioned Motion is hereby enlarged for a period of thirty (30) days, or until February 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thomas W. Patton, Federal Public Defender
    Christy Wiegand, Asst. U.S. Attorney