## AFFIDAVIT
Statement of Sergeant Dallas Callis

I, Staff Sergeant Dallas Callis, am a member of the United States Army currently stationed at Fort Richardson, Alaska. I was stationed at Hanau, Germany in 1998 and 1999 and was Kurtis Armann's supervisor. During the time Kurtis Armann was detained at Mannheim Disciplinary Barracks I was responsible for transporting him to and from any medical appointments and court proceedings, including his plea and sentence hearings on March 19, 1999. It was a 4-5 hour one way trip between Mannheim and Hanau. Whenever I transported Kurtis Armann, I was provided any prescription medication Armann would need and was responsible for giving the medication to Armann. I was required to maintain a record of any medication provided to Armann in a medication log. I do not remember specific medications Kurtis Armann was prescribed.

In November, 2005, I spoke to a John Townley, who identified himself as an Investigator with the Federal Public Defender. He told me his office was appointed to represent Kurtis Armann on some issues stemming from his military conviction. A few days later I received in the mail copies of medication logs from Mannheim Disciplinary Barracks for March 18th and 19th, 1999. These medication logs included the medications Promethazine, Midrin, Fiorinal, Fioricet, Seconal, Compazine tablets, Compazine suppositories, and Amitriptyline. The initials "DEC" that appear in the "Issued By" column of these logs are my initials. I provided Kurtis Armann with the medications on the date and times listed, and after confirming he took the medication, I documented that in the medication logs.

Under penalty of perjury, the undersigned declares that the contents on the foregoing affidavit are true and correct to the best of his knowledge and belief, pursuant to 28 U.S.C. 1746.

DATE: 29 Dec 2005

Staff Sergeant Dallas Callis

PETITIONER'S
EXHIBIT
T