

ASSOCIATES, INC.

January 16, 2006

Thomas W. Patton
Assistant Federal Public Defender
Western District of Pennsylvania
1111 Renaissance Centre
1001 State Street
Erie, Pennsylvania 16501

Re: Kurtis Armann

Consultant: Terry Martinez, Ph.D.

Dear Mr. Patton,

    I am a Diplomate of the American Board of Toxicology, and a Fellow of the Academy of Toxicological Sciences. I am also a member of the American Academy of Clinical toxicology, the Society of Toxicology, and the American College of Toxicology. I have a doctorate in pharmacology from a faculty of medicine, and I have practiced as a university professor for more than 25 years. Over a ten year period, I worked in two regional poison control centers, assisting in the treatment of more than 30,000 patients. My qualifications and publications are described in a copy of my curriculum vitae which is attached.
    I have reviewed the series of medical and other records which you have sent to me. Most specifically I have reviewed the medication log documenting the medication taken by Mr. Armann at the time of his trial 3.18.99 and 3.19.99, and the corresponding physician's drug orders. I have attached a summary of the drugs and times of administration to this report.
    At the time of the trial Kurtis Armann had a 4 year history of migraine headaches which was the main purpose of his drug therapy. In August 1999 he was also diagnosed with bipolar disorder, which is a form of mental illness characterized by alteration in mood from mania to depression. The significance of this further diagnosis was the addition of Lithium, Thorazine, and Deseryl which are respectively for mood stabilization, psychosis, and depression. Given the close temporal relationship, it is most probable that Mr. Armann was also suffering from this secondary condition at the time of trial. It had not yet been treated.

6614 CLAYTON ROAD, #107, RICHMOND HEIGHTS, MO 63117

Voice Mail: 314-361-6866 • Home Office: 618-345-0786 • Fax: 618-345-0786

PETITIONER'S EXHIBIT U

I have been asked to review and report on the effect of administered drugs with respect to Mr. Armann's mental function and possible intoxication at the time of his military trial. It is obvious that Mr. Armann was given high doses of a number of medications active on the central nervous system. The records show he received the following each day on 3.18.99 and 3.19.99.

Some of the medications are combinations. The most significant ingredients which would be capable of impairing the nervous system are as follows.

| Doses & Drug | Per Tablet/capsule/suppository | Usual Dose |
|---|---|---|
| 4x Seconal | 100 mg secobarbital | 100 – 200 mg |
| 4x Fiorinal | 50 mg butalbital | 50 – 100 mg |
| 4x Fioricet | 50 mg butalbital | 50 – 100 mg |
| 4x Compazine | 25 mg perchlorperazine | 50 – 150 mg/day |
| 3x Midrin | 100 mg dichloralphenazone | max 5 caps/12 hrs |
| 2x Promethazine | 25 mg (generic) | 25 mg every 4 hrs |
| 6x Elavil | 25 mg amitriptylne | 75 – 150 mg/day |

| | Use |
|---|---|
| Seconal | hypnotic |
| Fiorinal | hypnotic |
| Fioricet | hypnotic |
| Compazine | antipsychotic/antiemetic |
| Midrin | headache |
| Promethazine | antiemetic |
| Elavil | antidepressant |

* Reference: Drug Facts and Comparisons.

This combination of medications, in these amounts is highly unusual for the treatment of migraine headache. It is unprecedented in my experience. For example, the usual dose of Seconal is 100 mg at night to produce sleep. Yet Mr. Armann was taking 400 mg during the day and this was in combination with another 400 mg of butalbital and other medications with sedative actions (Compazine, promethazine, Elavil, and dichloralphenazone). This combination of drugs is known to produce multiple drug interactions with potentiative and synergistic central nervous system (CNS) depressant action. I have attached the results of two drug interaction checker searches which I ran on internet sites for your use. I have reviewed this material, and I agree with the conclusions.

6614 CLAYTON ROAD, #107, RICHMOND HEIGHTS, MO 63117

In view of the above, my opinions are as follows. Any normal person who was given the combination and quantities of medications documented for Mr. Armann on 3.18.99 – 3.19.99 would be severely sedated. Such a person would show obvious signs of intoxication, and they could not effectively participate in their defense at trial.

It is possible that Mr. Armann was to some degree tolerant to the intoxicating effect of these medications due to the long nature of his illness and treatment. It is not possible to go back in time and measure such tolerance, if it existed. It is my opinion that if Mr. Armann was to some degree tolerant, his central nervous system would still have been influenced by the presence of the drugs. Tolerance is produced by three mechanisms: 1) a decrease in the number of receptors which the drug stimulates, 2) increased liver metabolism, and 3) an increase in the discharge of opposing neuronal pathways. Basically, the brain tries to compensate for the presence of the drug, and that compensation in itself causes derangement of function. The effect of tolerance may be profound as seen in the case of drug dependence or addiction.

In either case (no tolerance or tolerance), it is my opinion that Mr. Armann was under the influence of very large, potentially toxic doses of sedative drugs at the time of his trial. These drugs would have rendered Mr. Armann unable to understand the nature of the proceedings against him or to cooperate intelligently in the defense of his case. I hold these opinions to a reasonable degree of professional and toxicological certainty.

Toxicological Associates' rate of compensation is $275.00 per hour. A list of cases for which we have records which Dr. Martinez has testified in covering the years 2000 – 2005 is attached.

Sincerely,

Terry T. Martinez, Ph.D., DABT
Toxicologist and Pharmacologist

6614 CLAYTON ROAD, #107, RICHMOND HEIGHTS, MO 63117



Free standard shipping on orders of $25 or more. see details
brought to you by Crest Whitestrips Renewal *first, nonprescription only

welcome (sign in) | view shopping bag | Checkout | help
your account | your list™ | your prescriptions

| home | pharmacy | health | personal care | hair care | beauty | skin care | men's grooming | vitamins | GNC | diet & fitness | | SALE |
| the natural store | | household | | food | | baby & kids | sexual well-being | contact lenses | BEAUTY.COM |

SEARCH:

**new prescriptions**
no new prescription items
view new prescription cart

**pharmacy directory**
drug prices
how our pharmacy works
insurance/discount cards
your prescriptions
insurance plans

**common questions**
When will my medication arrive?
How do I get my prescription to you?
What if my medicine is not in the drug index?
more information...

**contact us**
ask a question

back to: pharmacy
## drug interactions

**We found 20 interactions for:**

Fiorinal, Fioricet, Seconal Sodium, Compazine Rectal, Midrin, Promethazine Hydrochloride, Elavil (and food, alcohol, and tobacco)
Click on a name to search for general product information.

**Health Profile Items:** Some items from your prescription history may be missing from this list. If so, please add the item now.

Please **do not stop taking** a prescribed medicine without consulting your doctor. We recommend that you discuss this information with your doctor or pharmacist.

Return to your medicine list to add another item.
Fill your prescription at drugstore.com.

**FIORICET (BUTALBITAL) and FIORINAL (BUTALBITAL)**
**Severity:** Major

**Description:** Taking two BARBITURATES together may cause problems with your breathing.

If you take two kinds of barbiturates together, you may have problems with your breathing. Some examples of barbiturates are aprobarbital (Alurate (R)), pentobarbital (Nembutal (R)), and primidone (Mysoline (R)). If you are not sure if you are taking a barbiturate, ask your doctor or pharmacist. Your doctor may want you to take both medicines. Your doctor may change the amounts of medicine you take. Call your doctor right away for any of the following problems. 1. You have trouble breathing. 2. Very slow breathing. 3. You feel short of breath. 4. You have pale or blue lips, fingernails, or skin.

**SECONAL SODIUM (SECOBARBITAL SODIUM) and FIORINAL (BUTALBITAL)**
**Severity:** Major

**Description:** Taking two BARBITURATES together may cause problems with your breathing.

If you take two kinds of barbiturates together, you may have problems with your breathing. Some examples of barbiturates are aprobarbital (Alurate (R)), pentobarbital (Nembutal (R)), and primidone (Mysoline (R)). If you are not sure if you are taking a barbiturate, ask your doctor or pharmacist. Your doctor may want you to take both medicines. Your doctor may change the amounts of medicine you take. Call your doctor right away for any of the following problems. 1. You have trouble breathing. 2. Very slow breathing. 3. You feel short of breath. 4. You have pale or blue lips, fingernails, or skin.

our policies
VIPPS
Questions? Please visit our site help pages for information about our site and our policies.
about our prices

search


**SECONAL SODIUM (SECOBARBITAL SODIUM) and FIORICET (BUTALBITAL)**
Severity: Major

**Description:** Taking two BARBITURATES together may cause problems with your breathing.

If you take two kinds of barbiturates together, you may have problems with your breathing. Some examples of barbiturates are aprobarbital (Alurate (R)), pentobarbital (Nembutal (R)), and primidone (Mysoline (R)). If you are not sure if you are taking a barbiturate, ask your doctor or pharmacist. Your doctor may want you to take both medicines. Your doctor may change the amounts of medicine you take. Call your doctor right away for any of the following problems. 1. You have trouble breathing. 2. Very slow breathing. 3. You feel short of breath. 4. You have pale or blue lips, fingernails, or skin.

**COMPAZINE RECTAL (PROCHLORPERAZINE) and ELAVIL (AMITRIPTYLINE HYDROCHLORIDE)**
Severity: Major

**Description:** Treatment with both PHENOTHIAZINES and TRICYCLIC ANTIDEPRESSANTS may cause problems with your heart.

If you take a phenothiazine and also take a tricyclic antidepressant you may have serious problems with your heart. Some examples of phenothiazines are prochlorperazine (Compazine(R)), and trifluoperazine (Stelazine(R)). Some examples of tricyclic antidepressants are amitriptyline (Elavil(R)), desipramine (Norpramin(R)), and doxepin (Sinequan(R). If you are not sure if your medicine is a phenothiazine or a tricyclic antidepressant, ask your doctor or pharmacist. Call your doctor right away for any of the following problems. 1. You have pain or discomfort in your chest. 2. You feel short of breath. 3. You have palpitations (unusual heartbeats). 4. You feel dizzy or lightheaded. 5. You feel like you will faint (pass out). 6. You feel very weak.

**MIDRIN (ACETAMINOPHEN) and ALCOHOL**
Severity: Moderate

**Description:** Drinking ALCOHOL (or taking any products containing alcohol) while taking ACETAMINOPHEN (or any product containing acetaminophen) may result in a dangerous effect on your liver.

Drinking alcohol while taking acetaminophen is not recommended. If you drink several glasses per day of alcohol, it is recommended that you avoid acetaminophen. If you are drinking several glasses per day of alcohol, are taking acetaminophen, and are experiencing decreased appetite, weight loss, abdominal pain, chills, fevers, vomiting, yellow skin, itchy skin or rash, dark urine or dark colored stools contact your physician immediately.

**FIORICET (ACETAMINOPHEN) and ALCOHOL**
Severity: Moderate

**Description:** Drinking ALCOHOL (or taking any products containing alcohol) while taking ACETAMINOPHEN (or any product containing acetaminophen) may result in a dangerous effect on your liver.

Drinking alcohol while taking acetaminophen is not recommended. If you drink several glasses per day of alcohol, it is recommended that you avoid acetaminophen. If you are drinking several glasses per day of alcohol, are taking acetaminophen, and are experiencing decreased

appetite, weight loss, abdominal pain, chills, fevers, vomiting, yellow skin, itchy skin or rash, dark urine or dark colored stools contact your physician immediately.

### FIORINAL (ASPIRIN) and ALCOHOL
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or taking any products containing alcohol) while taking ASPIRIN may result in losing blood out of your digestive tract.

Drinking alcohol while taking aspirin is not recommended. You should wait at least 12 hours after taking aspirin before drinking alcohol. Certain aspirin tablets that are called enteric coated or buffered are recommended if you will be drinking alcohol. If you are drinking alcohol while taking aspirin and are experiencing blood in your stool (dark or black stools or bright red blood in your stools), blood in your urine, or vomiting blood contact your physician immediately.

### SECONAL SODIUM (SECOBARBITAL SODIUM) and ALCOHOL
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or taking any product containing alcohol) while being treated with SECOBARBITAL may result in slowing down your nervous system.

Drinking alcohol while being treated with secobarbital is not recommended. Use caution if you will be operating machinery or driving. If you are drinking alcohol while being treated with secobarbital, you may experience loss of balance, slurred speech, confusion, changes in mental awareness, or dizziness.

### ELAVIL (AMITRIPTYLINE HYDROCHLORIDE) and ALCOHOL
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or taking any product containing alcohol) while being treated with AMITRIPTYLINE may result in increased drowsiness.

Drinking alcohol while being treated with amitriptyline is not recommended. During the first few weeks of treatment with amitriptyline, it is recommended that you avoid alcohol completely. Use of alcohol with amitriptyline may cause increased drowsiness or decreased muscle coordination. Use caution if you will be driving or operating machinery.

### COMPAZINE RECTAL (PROCHLORPERAZINE) and ALCOHOL
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or taking any product containing alcohol) while taking PROCHLORPERAZINE may result in slowing down your nervous system and may cause more side effects than usual.

Drinking alcohol while taking prochlorperazine is not recommended. If you are drinking alcohol while taking prochlorperazine and are experiencing muscle tremor, excess salivation, unusual positions of the head and neck, unusual muscle movements, or increasing difficulty in muscle movement, contact your physician immediately.

### FIORINAL (BUTALBITAL) and ALCOHOL
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or any product that contains alcohol) while being treated with BUTALBITAL may result in slowing down your

nervous system

Drinking alcohol while being treated with butalbital is not recommended. If you are drinking alcohol while being treated with butalbital, you may experience loss of balance, slurred speech, confusion, changes in mental awareness, or dizziness. Use caution if you will be driving a car or operating machinery.

**FIORICET (BUTALBITAL) and ALCOHOL**
**Severity: Moderate**

**Description:** Drinking ALCOHOL (or any product that contains alcohol) while being treated with BUTALBITAL may result in slowing down your nervous system

Drinking alcohol while being treated with butalbital is not recommended. If you are drinking alcohol while being treated with butalbital, you may experience loss of balance, slurred speech, confusion, changes in mental awareness, or dizziness. Use caution if you will be driving a car or operating machinery.

**ELAVIL (AMITRIPTYLINE HYDROCHLORIDE) and FIORINAL (BUTALBITAL)**
**Severity: Minor**

**Description:** Treatment with both TRICYCLIC ANTIDEPRESSANTS and BARBITURATES may result in tricyclic antidepressants not working as well for you.

A group of medications called tricyclic antidepressants may interact with a group of medications called barbiturates. Tricyclic antidepressants may be used to treat depression as well as many other conditions. Tricyclic antidepressants include but are not limited to amitriptyline (Elavil(R)), desipramine (Norpramin(R)), imipramine (Tofranil(R)), doxepin (Sinequan(R)), and nortriptyline (Pamelor(R)). Barbiturates include but are not limited to primidone, phenobarbital, and butalbital. Being treated with both tricyclic antidepressants and barbiturates may result in an increased risk of certain side effects, but may also be beneficial for you at the same time. Your physician may decide that treating you with both tricyclic antidepressants and barbiturates is the best option and may change your dose of tricyclic antidepressants if necessary. You may need to have blood tests done to measure the amount of one or both drugs if necessary. If you are being treated with both tricyclic antidepressants and barbiturates, and are experiencing loss of balance, muscle tremor, nausea, vomiting, or confusion, contact your physician.

**ELAVIL (AMITRIPTYLINE HYDROCHLORIDE) and FIORICET (BUTALBITAL)**
**Severity: Minor**

**Description:** Treatment with both TRICYCLIC ANTIDEPRESSANTS and BARBITURATES may result in tricyclic antidepressants not working as well for you.

A group of medications called tricyclic antidepressants may interact with a group of medications called barbiturates. Tricyclic antidepressants may be used to treat depression as well as many other conditions. Tricyclic antidepressants include but are not limited to amitriptyline (Elavil(R)), desipramine (Norpramin(R)), imipramine (Tofranil(R)), doxepin (Sinequan(R)), and nortriptyline (Pamelor(R)). Barbiturates include but are not limited to primidone, phenobarbital, and butalbital. Being treated with both tricyclic antidepressants and barbiturates may

result in an increased risk of certain side effects, but may also be beneficial for you at the same time. Your physician may decide that treating you with both tricyclic antidepressants and barbiturates is the best option and may change your dose of tricyclic antidepressants if necessary. You may need to have blood tests done to measure the amount of one or both drugs if necessary. If you are being treated with both tricyclic antidepressants and barbiturates, and are experiencing loss of balance, muscle tremor, nausea, vomiting, or confusion, contact your physician.

### SECONAL SODIUM (SECOBARBITAL SODIUM) and ELAVIL (AMITRIPTYLINE HYDROCHLORIDE)
**Severity:** Minor

**Description:** Treatment with both TRICYCLIC ANTIDEPRESSANTS and BARBITURATES may result in tricyclic antidepressants not working as well for you.

A group of medications called tricyclic antidepressants may interact with a group of medications called barbiturates. Tricyclic antidepressants may be used to treat depression as well as many other conditions. Tricyclic antidepressants include but are not limited to amitriptyline (Elavil(R)), desipramine (Norpramin(R)), imipramine (Tofranil(R)), doxepin (Sinequan(R)), and nortriptyline (Pamelor(R)). Barbiturates include but are not limited to primidone, phenobarbital, and butalbital. Being treated with both tricyclic antidepressants and barbiturates may result in an increased risk of certain side effects, but may also be beneficial for you at the same time. Your physician may decide that treating you with both tricyclic antidepressants and barbiturates is the best option and may change your dose of tricyclic antidepressants if necessary. You may need to have blood tests done to measure the amount of one or both drugs if necessary. If you are being treated with both tricyclic antidepressants and barbiturates, and are experiencing loss of balance, muscle tremor, nausea, vomiting, or confusion, contact your physician.

### MIDRIN (ACETAMINOPHEN) and FOOD
**Severity:** Minor

**Description:** Taking ACETAMINOPHEN (or any product containing acetaminophen) with FOOD may result in a decreased amount of acetaminophen in your blood.

Taking acetaminophen with food may affect how well acetaminophen works for you. It is recommended to take acetaminophen on an empty stomach at least 1 hour before or 2 hours after a meal.

### FIORICET (ACETAMINOPHEN) and FOOD
**Severity:** Minor

**Description:** Taking ACETAMINOPHEN (or any product containing acetaminophen) with FOOD may result in a decreased amount of acetaminophen in your blood.

Taking acetaminophen with food may affect how well acetaminophen works for you. It is recommended to take acetaminophen on an empty stomach at least 1 hour before or 2 hours after a meal.

### FIORICET (CAFFEINE) and FIORINAL (CAFFEINE)

**Ingredient Duplication:** Caffeine. These products contain the same active ingredient.

Taking these products together may result in an increased risk of side effects. Please speak to your doctor or pharmacist before combining these medicines. Your doctor may decide that this combination is appropriate for you.

### FIORICET (BUTALBITAL) and FIORINAL (BUTALBITAL)

**Ingredient Duplication:** Butalbital. These products contain the same active ingredient.

Taking these products together may result in an increased risk of side effects. Please speak to your doctor or pharmacist before combining these medicines. Your doctor may decide that this combination is appropriate for you.

### FIORICET (ACETAMINOPHEN) and MIDRIN (ACETAMINOPHEN)

**Ingredient Duplication:** Acetaminophen. These products contain the same active ingredient.

Taking these products together may result in an increased risk of side effects. Please speak to your doctor or pharmacist before combining these medicines. Your doctor may decide that this combination is appropriate for you.

**IMPORTANT: This tool doesn't include every possible interaction or account for individual responses to medicines.** For example, very few studies examine how herbs, vitamins, and other supplements interact with medicines or each other. In addition, this tool doesn't list the increased effect you may experience when combining medicines with similar side effects. We recommend that you discuss this information with your doctor or pharmacist.

**Severity rating definitions**

**What does "major" mean?** The interaction may be life-threatening. Call your doctor immediately to discuss whether you should be taking these medicines together. Your doctor may need to change your therapy to reduce or prevent serious side effects.

**What does "moderate" mean?** The interaction may make your condition worse. Your doctor may need to change your therapy. Please talk to your doctor or pharmacist about using these medicines together.

**What does "minor" mean?** The interaction may increase the side effects of each drug. You can usually continue taking both drugs. If you experience any unusual or bothersome side effects, please report them to your doctor.

Return to your medicine list to add another item.

Fill your prescription at drugstore.com.

Copyright © 2001 MICROMEDEX THOMSON HEALTHCARE. All rights reserved. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes.

home | prescriptions | health | personal care | hair care | beauty | skin care | men's grooming | vitamins | gnc store | diet & fitness | fsa store | resolutions sale | the natural store | household | food | baby & kids | sexual well-being | discount contact lenses from vision direct | beauty.com

6 of 7                                                                                                                     1/17/2006 9:07 AM

Information on this site is provided for informational purposes and is not meant to substitute for the advice provided by your own physician or other medical professional. You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication. You should read carefully all product packaging. If you have or suspect that you have a medical problem, promptly contact your health care provider. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease. Customer reviews are provided for informational purposes only. Customer reviews reflect the individual reviewer's results and experiences only and are not verified or endorsed by drugstore.com, inc. Actual results may vary among users.

Please see our Terms of Use | Privacy Policy | Pharmacy Notice of Privacy Practices

Copyright © 1999-2006 drugstore.com, inc. All rights reserved.



**Drug Library** | **Check Interactions** | **Compare Drugs** | **Conditions & Treatments** | **Interactive Tools**

**Check Interactions**

**9 potential interactions were found for the drugs you selected.**

You searched for interactions between the following drugs:

- **Compazine Rectal Suppositories**
- **Elavil**
- **Fioricet**
- **Fiorinal**
- **Midrin**
- **Promethazine Rectal Suppositories**
- **Seconal**

Add or Delete Drugs

Start Over with a New List of Drugs

(**Note:** Not all drug interactions are known or reported in the literature, and new drug interactions are continually being reported. This information is provided only for your education and for you to discuss with your personal healthcare provider.)

**ACETAMINOPHEN (in Fioricet, Midrin) may interact with BUTALBITAL (in Fioricet, Fiorinal)**

Acetaminophen is broken down and removed from the body by the liver. If this happens too quickly, then potentially less of the drug would be available for the body to use and blood levels could become too low. This could either make acetaminophen less effective or delay its pain relieving and fever reducing effects. It could also increase the formation of byproducts from acetaminophen. Excessive levels of these byproducts can be harmful to the liver. Butalbital may cause acetaminophen to be broken down at a faster rate than normal. Based on information from several studies, the risk of experiencing liver damage is the greatest when a high dose of butalbital has been used, or when butalbital has been taken for a long period of time and an overdose of acetaminophen is consumed. However, this potential interaction does not appear to cause any harmful effects when the recommended doses of butalbital and acetaminophen are used. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **moderate** in severity.

*Last Updated: December 2003*

---

**ACETAMINOPHEN (in Fioricet, Midrin) may interact with SECOBARBITAL (in Seconal)**

Acetaminophen is broken down and removed from the body by the liver. If this happens too quickly, then potentially less of the drug would be available for the body to use and blood levels could become too low. This could either make acetaminophen less effective or delay its pain relieving and fever reducing effects. It could also increase the formation of byproducts from acetaminophen. Excessive levels of these byproducts can be harmful to the liver. Secobarbital may cause acetaminophen to be broken down at a faster rate than normal. Based on information from several studies, the risk of experiencing liver damage is the greatest when a high dose of secobarbital has been used, or when secobarbital has been taken for a long period of time and an overdose of acetaminophen is consumed. However, this potential interaction does not appear to cause any harmful effects when the recommended doses of secobarbital and acetaminophen are used. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **moderate** in severity.

*Last Updated: December 2003*

---

**AMITRIPTYLINE (in Elavil) may interact with BUTALBITAL (in Fioricet, Fiorinal)**

When amitritpyline and butalbital are used at the same time, the effects of either drug may be altered. Amitritpyline is broken down and removed from the body by the liver. If this happens too quickly, then potentially less drug would be available for the body to use and blood levels could become too low. This could make amitriptyline less effective. Butalbital may cause amitriptyline to be broken down at a faster rate than normal. On the other hand, side effects that can occur with butalbital may be more severe when amitriptyline is taken at the same time--particularly drowsiness and breathing difficulties. If these drugs are used together, your doctor may want to make sure that the amitriptyline is working properly and that you are not experiencing undesirable side effects. If you are having problems, it may be necessary to adjust the dose of amitriptyline. You may also try taking these drugs at separate times during the day to minimize the risk for side effects. Discuss this potential interaction with your healthcare provider at your next appointment, or sooner if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2003*

### AMITRIPTYLINE (in Elavil) may interact with PROCHLORPERAZINE (in Compazine Rectal Suppositories)

Amitriptyline is broken down into both active and inactive by-products by the liver--a process referred to a "drug metabolism". Prochlorperazine may interfere with the liver's ability to metabolize amitriptyline. As a result, blood levels of amitriptyline may become elevated and this could increase the risk for side effects. Potential side effects include drowsiness, dizziness, a dry mouth, and blurred vision. Other, more serious side effects include changes in blood pressure, seizures, and an abnormal heart rhythm. Your doctor may want to monitor you closely while these drugs are used together to make sure that you are not getting too much amitriptyline. If you are experiencing problems, it may be necessary to adjust the dose of amitriptyline. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **well-documented** and is considered **minor** in severity.

*Last Updated: October 2005*

### AMITRIPTYLINE (in Elavil) may interact with SECOBARBITAL (in Seconal)

When amitritpyline and secobarbital are used at the same time, the effects of either drug may be altered. Amitritpyline is broken down and removed from the body by the liver. If this happens too quickly, then potentially less drug would be available for the body to use and blood levels could become too low. This could make amitriptyline less effective. Secobarbital may cause amitriptyline to be broken down at a faster rate than normal. On the other hand, side effects that can occur with secobarbital may be more severe when amitriptyline is taken at the same time--particularly drowsiness and breathing difficulties. If these drugs are used together, your doctor may want to make sure that the amitriptyline is working properly and that you are not experiencing undesirable side effects. If you are having problems, it may be necessary to adjust the dose of amitriptyline. You may also try taking these drugs at separate times during the day to minimize the risk for side effects. Discuss this potential interaction with your healthcare provider at your next appointment, or sooner if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2003*

### BUTALBITAL (in Fioricet, Fiorinal) may interact with PROCHLORPERAZINE (in Compazine Rectal Suppositories)

Butalbital may decrease the concentration of promethazine (an antihistamine/antiemetic) in the body potentially decreasing its effectiveness. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2004*

**BUTALBITAL (in Fioricet, Fiorinal) may interact with PROMETHAZINE (in Promethazine Rectal Suppositories)**

Butalbital may decrease the concentration of promethazine (an antihistamine/antiemetic) in the body potentially decreasing its effectiveness. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2004*

---

**SECOBARBITAL (in Seconal) may interact with PROCHLORPERAZINE (in Compazine Rectal Suppositories)**

Secobarbital may decrease the concentration of this drug (antipsychotic) in the body potentially decreasing its effectiveness. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2003*

---

**SECOBARBITAL (in Seconal) may interact with PROMETHAZINE (in Promethazine Rectal Suppositories)**

Secobarbital may decrease the concentration of this drug (antipsychotic) in the body potentially decreasing its effectiveness. You may want to ask your healthcare provider about this potential interaction if you think you are having problems.

This interaction is **poorly documented** and is considered **minor** in severity.

*Last Updated: December 2003*

---

Printable Version     Recommend this page to a friend

Drug Library | Check Interactions | Compare Drugs | Conditions & Treatments | Interactive Tools
Contact Us | About Us | Partners & Alliances | Privacy Policy | Disclaimer | Meet the Experts | Site Map
© 2006 Express Scripts, Inc. All Rights Reserved.



We subscribe to the HONcode principles. Verify here.



My Account | Help Desk | Market Place | Shopping Cart

**Boost your grades! QuickStudy Study Guides** click here

**FREE SHIPPING** No items in cart. Total: $0.00
Free Shipping. $49 or more. Details here!

| Home | General Books | Textbooks | Sell Textbooks | Medical Supplies | Apparel | DVDs |
|---|---|---|---|---|---|---|
| Best Sellers | Clearance Books | Coming Soon | New Releases | Office Supplies | Art Supplies | Bulk Sales |

## Search

Select a Category
[ ] Go
Go to Advanced Search >>>



Get a FREE eCampus.com T-SHIRT
On all orders $99 or more!
Just enter coupon code "TSHIRT99" at checkout!

## Item Detail



Tell A Friend

**Drug Facts and Comparisons 2005**
Author(s): Facts and Comparisons

ISBN: 1574391933
Format: Hardcover
Pub. Date: 10/1/2004
Publisher(s): Lippincott

New Copy: Usually Ships in 3-5 Business Days
**Upgraded Edition:** *Click here!*

Other versions by author name

Our Price $192.65
List Price $204.95
You save $12.30

eV.I.P. Price $183.02

 Add to Cart

 Upgrade Edition

Bulk Order Information

HACKER SAFE TESTED DAILY 17-JAN

### Related Products

| Food-drug Interactions Hospital Pharmacy Wall Chart | Nutrient Depletion in the Ambulatory and Hospitalized Patient | Ophthalmic Drug Facts 1994 | The Adverse Reaction Reporter |
|---|---|---|---|
| Retail Price: $5.95 | Retail Price: $22.04 | Retail Price: $41.95 | Retail Price: $575.00 |
| Our Price: $5.65 | Our Price: $20.69 | Our Price: $39.43 | Our Price: $540.50 |

1998 Ophthalmic Drug Facts
Retail Price: $50.00
Our Price: $47.00

**Customer Support**
Check your Order Status
Contact Us
Visit our Help Desk
Marketplace Info

**Site Features**
The Marketplace
F.A.S.T.

**Shipping & Returns**
See our Shipping Rates
See our Return Policy

**Legal**
Privacy Policy
Legal Notices
Site Security

**Business Affiliates**
Advertise With Us
Affiliate Program
Bulk Orders
Business Accounts
College Marketing

HACKER SAFE TESTED DAILY 17-JAN

Buy New & Used Textbooks | Sell your Used Textbooks | Get your School Supplies

Need Help? eService@ecampus.com    Copyright © 1999-2004     

Neither Dr. Martinez nor Toxicologic Associates Inc. retains an exact record of cases once they are closed. The following is a list of cases covering the years 2000 - 2005 for which we have records or which Dr. Martinez is able to remember.

1. Re: Keith Young vs. George Wahby/Jeffco Auto Repair
Jefferson County, Hillsboro, Missouri
(automobile accident liability - defense)

2. Toxicology laboratory report -- Carl Carden
Poplar Bluff, MO (murder - defense)

3. United States v. Steven Loos and Lorna Taylor
Federal Court, Springfiled, IL (manufature of methamphetamine - sentencing)

4. Dennis W. and Peggy Williams v. Lee R. and Margaret Wolfe d/b/a Sportsman's Cove Resort, Federal Court, St. Louis MO (accidental fall involving alcohol - defense)

5. Charles A. Board, Jr., et al. vs. Charles F. Gawronski, et al. No. 98-L-27, Madison Count, Illinois (accident and alcohol intoxication - plaintiff

6. Earle J. Kennedy v. City of Chesterfield et al.
St. Louis County, Missouri (automobile accident and intoxication - plaintiff

7. WIlliam Shrum V. Cristel, Madison County, Illinois (motorcycle accident and intoxication - plaintiff)

8. Stenciboy vs. J.C. Penney Life Insurance Company
Federal Court, Cape Girardeau, Missouri (automobile accident and intoxication - plaintiff)

9. Katie Bonner vs Purolator, Poplar Bluff, MO, Federal Court, Cape Girardeau, Missouri (industrial chemical toxicity)

10. Lawrence E. Elam vs. A.O. Smith Corporation, et al
Edwardsville, Illinois (welding rod toxicity)

11. Karen Edwin & Andonio Edwin vs. AIRCO/The BOC Group, et al. St. Louis, Missouri  (welding rod toxicity)

6614 CLAYTON ROAD, #107, RICHMOND HEIGHTS, MO 63117

12. Paul Pendino, et al. v. Deconess Hospital, et al., St. Louis, MO (drug teratogenic effect)

13. Beamon v. Walgreen's et al, St. Louis, MO (drug toxicity – death)

14. Mateo R. Morales v. United States, Federal Court, Minneapolis, Minnesota (sentencing methamphetamine production)

6614 CLAYTON ROAD, #107, RICHMOND HEIGHTS, MO 63117