IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|    Petitioner | ) |
| v. | )   C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI MCKEAN, | ) |
| | ) |
|    Respondent. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the Petitioner's Motion to Supplement Motion for Evidentiary Hearing, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

Petitioner's Motion for Evidentiary Hearing is hereby supplemented by Petitioner's Exhibits T and U.

_____
Susan Paradise Baxter
United States Magistrate Judge