IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) Civil Action No. 04-118(E) |
| Petitioner, | ) |
| | ) |
| v. | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion for Evidentiary Hearing filed by Petitioner in this matter, and the Response thereto filed by the Respondent;

IT IS ORDERED that the Motion for Evidentiary Hearing is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thomas W. Patton, Federal Public Defender
　　Christy Wiegand, Asst. U.S. Attorney