IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) |
| vs. | ) C.A. NO. 04-118 ERIE |
| | ) |
| WARDEN - FCI McKEAN. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania


TO: Warden - FCI McKean
    Bradford, PA

GREETINGS:

    WE COMMAND YOU, in the name and by the authority aforesaid that Kurtis E. Armann, Reg. No. 15231-045 under your custody detained by whatever name he may be charged, you have before this Court at Erie, Pennsylvania, on May 4, 2006, at 10:00 a.m. for a hearing before Susan Paradise Baxter, Chief United States Magistrate Judge, then and there to permit the said person, Kurtis E. Armann, Reg. No. 15231-045, as a very material and necessary witness in the trial of the above entitled case, on behalf of the United States, or show cause why the body of said person cannot be produced.

    When the said person, Kurtis E. Armann, Reg. No. 15231-045, is no longer needed as a witness before this Court, Kurtis E. Armann, Reg. No. 15231-045 shall be returned to FCI McKean, Bradford, Pennsylvania..

    AND have you then and there this writ.

                WITNESS, The Honorable Susan Paradise Baxter
                Chief Magistrate Judge of the United States
                District Court this 15th Day of March, 2006 at Erie,
                Pennsylvania.

_____
Clerk of Court

By:_____
Deputy Clerk