IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KURTIS E. ARMANN, | ) | |
| | ) | Civil Action No. 04-118(E) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of Respondent's Notice of Appeal, it is hereby ORDERED on this

_____ day of _____, 2006, that Respondent's Appeal is granted; the Magistrate Judge's

Order of March 14, 2006 is vacated, and Petitioner's Motion for Evidentiary Hearing is denied.


_____, J.


cc:   Thomas W. Patton, Federal Public Defender
      Christy Wiegand, Assistant United States Attorney