IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) Civil Action No. 04-118(E) |
| Petitioner, | ) |
| | ) |
| v. | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Respondent's Motion to Stay Evidentiary Hearing Pending Disposition of Appeal of Magistrate Judge's Order, it is hereby ORDERED on this _____ day of _____, 2006, that the Motion is GRANTED, and the evidentiary hearing scheduled for May 4, 2006, is hereby stayed pending resolution of Respondent's Notice of Appeal.

_____, J.

cc:   Thomas W. Patton, Federal Public Defender
      Christy Wiegand, Assistant United States Attorney