IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | )     Civil Action No. 04-118(E) |
|      Petitioner, | ) |
| | ) |
| v. | )     Judge Sean J. McLaughlin |
| | )     Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
|      Respondent. | ) |

## **O R D E R**

Upon consideration of Respondent's Motion to Stay Execution of Writ of Habeas Corpus ad Testificandum, it is hereby ORDERED on this _____ day of _____, 2006, that the Motion is GRANTED, and execution of the aforementioned writ, which was issued by this Court on March 15, 2006, is hereby stayed until further notice by this Court.

                                               _____, J.

cc:     Thomas W. Patton, Federal Public Defender
          Christy Wiegand, Assistant United States Attorney