IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN,<br>　　Petitioner, | )<br>)<br>) |
| Vs. | )    Civil Action No. 04-118 Erie |
| | ) |
| WARDEN, FCI-MCKEAN,<br>　　Respondent. | )<br>) |

**O R D E R**

AND NOW, to wit, this 7th day of April, 2006,

IT IS HEREBY ORDERED that the Respondent is directed to file a Reply Brief to the Petitioner's Response to Respondent's Notice of Appeal on or before April 17, 2006.

　　　　　　　　　　　　　　　　　　　　　S/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: all parties of record