IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) Civil Action No. 04-118(E) |
| Petitioner, | ) |
| | ) |
| v. | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
| Respondent. | ) filed electronically |

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY

AND NOW, comes Respondent James Sherman, Warden, FCI McKean ("Respondent') by his attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christy Wiegand, Assistant United States Attorney for said district, and respectfully requests this Honorable Court to enter an Order enlarging the time in which to file a Reply to Petitioner's *Response to Respondent's Notice of Appeal* filed in this matter for the following reasons:

1. On March 28, 2006, Respondent filed a Notice of Appeal of Magistrate Judge Baxter's Order of March 14, 2006, granting Petitioner's motion for an evidentiary hearing.

2. On April 6, 2006, Petitioner filed a Response to Respondent's Notice of Appeal.

3. On April 7, 2006, this Court entered an Order directing Respondent to file a Reply brief by April 17, 2006.

4. Counsel for Respondent will be out of the country from April 12, 2006 through April 18, 2006.

5. Respondent respectfully requests an enlargement of time of an additional ten (10) days, or until May 1, 2006, within which to file a Reply to Petitioner's Response.

CONCLUSION

WHEREFORE, for the foregoing reasons, the Respondent respectfully requests that this Honorable Court enter an Order enlarging the time for filing a Reply to Petitioner's Response to Respondent's Notice of Appeal for an additional ten (10) days, or until May 1, 2006.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


 s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney
U.S. Courthouse
 and Post Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
Counsel for the Respondent

## CERTIFICATE OF SERVICE

I hereby certify that I have served this date a copy of the within *Motion for Enlargement of Time to File Reply*, by mail or electronic filing, upon the following:

Thomas W. Patton
Federal Public Defender's Office
1001 State Street
1111 Renaissance Cetnre
Erie, PA   16501


 s/ Christy Wiegand
CHRISTY WIEGAND
Assistant United States Attorney


Date:   April 11, 2006