IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) Civil Action No. 04-118(E) |
| Petitioner, | ) |
| | ) |
| v. | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

AND NOW, the Respondent having filed a Motion for Enlargement of Time to File a Reply to Petitioner's Response to Respondent's Notice of Appeal, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a Reply is hereby enlarged for a period of ten (10) days, or until May 1, 2006.

_____, J.

cc: Thomas W. Patton, Federal Public Defender
    Christy Wiegand, Asst. U.S. Attorney