# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN,<br>　　　　Petitioner<br><br>　　v.<br><br>WARDEN - FCI-McKEAN,<br>　　　　Respondent. | Civil Action No. 04-118 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this 8th day of April, 2005,

IT IS HEREBY ORDERED that Petitioner's "Motion to Amend Petitioner's Claim for Relief in Pending Writ of Habeas Corpus" [Document # 20] is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion shall be deemed to be an amendment to Petitioner's Petition for Writ of Habeas Corpus, which shall be deemed filed as of the date of this Order. Petitioner shall serve a copy of the motion/amendment upon the Respondent on or before April 28, 2005, and shall file a certificate of service with this Court verifying such service.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Susan Paradise Baxter_
　　　　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　all parties of record (lw)

AO 72
(Rev. 8/82)