# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Kurtis Avmann )
_____ )
Plaintiff )
)
vs. ) No. CA 04-118 E
)
Warden FCI McKean )
_____ )
Defendant )

HEARING ON  Telephonic Status Conference

Before Judge  Sean J. McLaughlin

Jon Patton                                    Christy Weigand
_____        _____
Appear for Plaintiff                 Appear for Defendant

Hearing begun 9:15 - 9:35     6-2-06   Hearing adjourned to _____

Hearing concluded C.A.V. _____   Stenographer  Ron Bench

WITNESSES:  Clerk: RLH

For Plaintiff                         For Defendant