IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|     Petitioner | ) |
| v. | ) C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI-MCKEAN, | ) |
| | ) |
|     Respondent. | ) |

<u>MOTION TO SUPPLEMENT RECORD</u>

AND NOW, comes the petitioner, Kurtis E. Armann, by his attorney, Assistant Federal Public Defender Thomas W. Patton, and files this Motion to Supplement Record. In support thereof counsel states:

Pursuant to this Court's order during the status conference held earlier this date, Mr. Armann requests that the Court supplement the record in this case with the attached "OBJECTION TO APPELLANT'S MOTION TO ATTACH DOCUMENTS" filed with the United States Court of Appeals for the Armed Forces on November 20, 2001, by Captain Susana E. Watkins.

WHEREFORE, the petitioner, Kurtis E. Armann, respectfully requests that this Honorable Court allow him to supplement the record.

                                                  Respectfully submitted,

                                                  <u>/s/ Thomas W. Patton</u>
                                                  Thomas W. Patton
                                                  Assistant Federal Public Defender
                                                  P.A. I.D. No. 88653