IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN )<br>)<br>   Petitioner )<br>v. )<br>)<br>WARDEN, FCI MCKEAN, )<br>)<br>   Respondent. ) | C.A. No. 04-118 Erie |

## ORDER OF COURT

AND NOW, upon consideration of the Petitioner's Motion to Supplement Record, it is

ORDERED, ADJUDGED AND DECREED that the motion is granted;

_____
Sean J. McLaughlin
United States District Judge