IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|    Petitioner | ) |
|    v. | ) C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI MCKEAN, | ) |
| | ) |
|    Respondent. | ) |

## ORDER OF COURT

AND NOW, upon consideration of the Petitioner's Motion to Supplement Record, it is

ORDERED, ADJUDGED AND DECREED that the motion is granted;

_____
Sean J. McLaughlin
United States District Judge