IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KURTIS E. ARMANN | ) | |
| | ) | |
| Petitioner | ) | |
| v. | ) | C.A. No. 04-118 Erie |
| | ) | |
| WARDEN, FCI MCKEAN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, upon consideration of the Petitioner's Emergency Motion for an Order

Authorizing the Deposition of Sergeant Dallas Callis, it is ORDERED, ADJUDGED AND

DECREED that the motion is granted;  Pursuant to 28 U.S.C. § 1825(b), it is hereby Ordered that

all costs associated with said deposition be borne by the United States Marshal for the Western

District of Pennsylvania.


_____
Susan Paradise Baxter
United States Magistrate Judge