# Exhibit H

# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
TOOMEY, CARTER, and HARVEY
Appellate Military Judges

**UNITED STATES, Appellee**
v.
**Private E1 KURTIS E. ARMANN
United States Army, Appellant**

ARMY 9900316

V Corps
D. M. Wright (arraignment) and W. T. Barto, Military Judges

For Appellant: Colonel Adele H. Odegard, JA; Lieutenant Colonel David A. Mayfield, JA; Major Kirsten V.C. Brunson, JA; Captain Jimmonique R. Simpson, JA (on brief).

For Appellee: Colonel David L. Hayden, JA; Lieutenant Colonel Edith M. Rob, JA; Captain Daniel G. Brookhart, JA; Captain Susana E. Watkins, JA (on brief).

24 April 2001

---------------
DECISION
---------------

Per Curiam:

On consideration of the entire record, including consideration of the issues personally specified by the appellant, we hold the findings of guilty and the sentence as approved by the convening authority correct in law and fact. Accordingly, those findings of guilty and the sentence are AFFIRMED.[*]

FOR THE COURT:

*Mary B. Dennis*
MARY B. DENNIS
Deputy Clerk of Court

---

[*] Appellant will be credited with 158 days of pretrial confinement against the sentence to confinement as ordered by the military judge.