# Exhibit I

DEPARTMENT OF THE ARMY
Headquarters V Corps
APO AE 09014

GENERAL COURT-MARTIAL ORDER                                          10 August 1999
NUMBER                                33

PVT Kurtis E. Armann, 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, U.S. Army, A Company, 127th Aviation Support, APO AE 09165, was arraigned at Hanau and Mannheim, Germany, on the following offenses at a general court-martial convened by Commander V Corps.

Charge I. Article 80. Plea: Guilty. Finding: Guilty.

The Specification: Attempted premeditated murder with a firearm, at or near Hanau, Germany, on or about 10 October 1998. Plea: Guilty. Finding: Guilty.

Charge II. Article 81. Plea: Guilty. Finding: Guilty.

The Specification: Conspiracy to commit premeditated murder, at or near Hanau, Germany, between on or about 1 March 1998 and 10 October 1998. Plea: Guilty. Finding: Guilty.

Charge III. Article 92. Plea: Guilty. Finding: Guilty.

The Specification: Violate a lawful general regulation by wrongfully possessing a firearm with a silencer, which was not properly registered in accordance with USAREUR regulation 190-6, at or near Hanau, Germany, on or about 10 October 1998. Plea: Guilty. Finding: Guilty.

Charge IV. Article 112a. Plea: Guilty. Finding: Guilty.

The Specification: Wrongfully used marijuana, a Schedule I controlled substance, at or near Hanau, Germany, on or about 11 October 1998. Plea: Guilty. Finding: Guilty.

SENTENCE

Sentence was adjudged on 19 March 1999. To be dishonorably discharge from the service; to forfeit all pay and allowances; and to be confined for 38 years.

9900376

GCMO No 33, HQ V Corps, APO AE 09014, dated 9 August 1999

## ACTION

Only so much of the sentence as provides for forfeiture of all pay and allowances, confinement for 35 years, and a dishonorable discharge is approved and, except for the part of the sentence extending to a dishonorable discharge, will be executed.

BY COMMAND OF LIEUTENANT GENERAL HENDRIX:

EVAN B. WYNN
SFC, USA
NCOIC, Criminal Law Division

DISTRIBUTION:
1 Each Individ concern
1 LTC Donna M. Wright (MJ)
1 MAJ Craig J. Meredith (TC)
1 MAJ Douglas Depeppe (DC)
1 Cdr, A Co, 127th Avn Spt Bn, APO AE 09165
1 Cdr, Det A, 55th PSB, (Attn: Records Section), APO AE 09165
2 SJA, V Corps, APO AE 09014
1 Record Set
1 Reference Set
1 Cdr, HQ Det, 39th Finance Battalion, APO AE 09165
1 Cdr, USAEREC, ATTN: PCRE-FS, Fort Benjamin Harrison, IN 46249
10 Clerk of Court (JALS-CC), Nassif Bldg, Falls Church, VA 22041-5013



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, V CORPS
UNIT 29355
APO AE 09014

REPLY TO
ATTENTION OF

AETV-JA  (27-10e)

AUG 10 1999

MEMORANDUM FOR Commander, V Corps, APO AE 09014

SUBJECT: Addendum to the Staff Judge Advocate's Recommendation in the General Court-Martial of Private Kurtis E. Armann.

1. **MATTERS SUBMITTED BY THE DEFENSE.** The defense has submitted matters in extenuation and mitigation. You must consider all these matters before taking action.

2. **LEGAL ERRORS.** The defense has alleged that the sentence to confinement is excessive. I disagree.

3. **SERVICE.** This addendum contains no new matters under the provisions of R.C.M. 1106(f)(7). Accordingly, there is no requirement for service on the defense counsel and the accused.

4. **RECOMMENDATION.** I recommend that you approve only so much of the sentence as provides for forfeiture of all pay and allowances, confinement for 35 years, and a dishonorable discharge and, except for the part of the sentence extending to a dishonorable discharge, order it executed.

3 Encls
1. ROT
2. PTR
3. Clemency Matters

NOLON J. BENSON, JR.
Colonel, JA
Staff Judge Advocate

9900316