# Exhibit J

*United States Court of Appeals for the Armed Forces*
*Washington, D.C. 20442-0001*

| | | |
|---|---|---|
| UNITED STATES, | ) | USCA Dkt. No. 01-0749/AR |
| | ) | Crim.App. No. 9900316 |
| Appellee | ) | |
| | ) | |
| v. | ) | DOCKETING NOTICE |
| | ) | |
| | ) | |
| Kurtis E. | ) | |
| ARMANN (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), | ) | |
| Appellant | ) | |

Notice is hereby given that a petition for new trial was filed under Rule 29 on this 16th day of October, 2001.

Appellant will file a brief under Rule 29(c) in support of said petition on or before the 15th day of November, 2001.

For the Court,

/s/ James T. Harper
Deputy Clerk of the Court

cc: The Judge Advocate General of the Army
    Appellate Defense Counsel (ABDALLA)
    Appellate Government Counsel

US ARMY JUDICIARY
2001 OCT 17 P 2:18
RECEIVED
CLERK OF COURT