# Exhibit Q

*United States Court of Appeals for the Armed Forces*
*Washington, D.C. 20442-0001*

| | | |
|---|---|---|
| UNITED STATES, | ) | USCA Dkt. No. 01-0749/AR |
| | ) | Crim.App. No. 9900316 |
| Appellee | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| Kurtis E. | ) | |
| ARMANN (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), | ) | |
| Appellant | ) | |

On consideration of appellant's first motion to attach, it is, by the Court, this 7th day of January, **2002**,

ORDERED:

That said motion is hereby granted as it pertains to exhibit 1 but denied as to all other exhibits.

For the Court,

/s/ James T. Harper
Deputy Clerk of the Court

cc: The Judge Advocate General of the Army
 Appellate Defense Counsel (SHELDON, Esq.)
 Appellate Government Counsel (WATKINS)

**CORRECTED COPY**

*United States Court of Appeals for the Armed Forces*
*Washington, D.C. 20442-0001*

| | | |
|---|---|---|
| UNITED STATES, | ) | USCA Dkt. No.  01-0749/AR |
| | ) | Crim.App. No.  9900316 |
| Appellee | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| Kurtis E. | ) | |
| ARMANN (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), | ) | |
| Appellant | ) | |

On consideration of appellant's first motion to attach, it is, by the Court, this 7th day of January, 2001,

ORDERED:

That said motion is hereby granted as it pertains to exhibit 1 but denied as to all other exhibits.

For the Court,

/s/ James T. Harper
Deputy Clerk of the Court

cc: The Judge Advocate General of the Army
    Appellate Defense Counsel (SHELDON, Esq.)
    Appellate Government Counsel (WATKINS)