IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, | ) |
| | ) Civil Action No. 04-118(E) |
| Petitioner, | ) |
| | ) |
| v. | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of Respondent's Motion to Stay Evidentiary Hearing Pending Disposition of Appeal of Magistrate Judge's Order, it is hereby ORDERED on this _____ day of _____, 2006, that the Motion is GRANTED, and the evidentiary hearing scheduled for October 17, 2006 is hereby stayed pending resolution of Respondent's Notice of Appeal.

IT IS FURTHER ORDERED THAT, in the event that Respondent's appeal is denied, a telephone conference to discuss the scope of the evidentiary hearing shall take place following denial of the appeal.

IT IS FURTHER ORDERED THAT, prior to the hearing, the Court shall grant the parties a sixty (60) day discovery period, to permit Respondent to obtain any medical or expert information which may be necessary for the hearing.

IT IS FURTHER ORDERED THAT any evidentiary hearing shall not take place until at least thirty (30) days following the close of the discovery period.

_____, J.

cc:   Thomas W. Patton, Federal Public Defender
      Christy Wiegand, Assistant United States Attorney