IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN, )<br>    Petitioner, )<br> )<br>Vs. ) | Civil Action No. 04-118 Erie |
| )<br>WARDEN, FCI MCKEAN, )<br>    Respondent. ) | |

**O R D E R**

AND NOW, this 29st day of September, 2006, upon consideration of the Respondent's Motion to Stay Evidentiary Hearing Pending Disposition of Appeal of Magistrate Judge's Order,

IT IS HEREBY ORDERED that the said Motion is GRANTED, and the Evidentiary hearing scheduled for October 17, 2006 is hereby stayed pending resolution of Respondent's Notice of Appeal.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record