IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN,             ) | |
| ) | Civil Action No. 04-118(E) |
| Petitioner,      ) | |
| ) | |
| v.                             ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI McKEAN,       ) | |
| ) | |
| Respondent.    ) | |

**O R D E R**

Upon consideration of Respondent's Motion to Stay Evidentiary Hearing Pending Disposition of Interlocutory Appeal of this Court's May 31, 2007 Order, it is hereby ORDERED on this _____ day of _____, 2007, that the Motion is GRANTED, and the evidentiary hearing is hereby stayed pending resolution of Respondent's Interlocutory Appeal.

IT IS FURTHER ORDERED THAT, in the event that Respondent's Interlocutory Appeal is denied, the parties be permitted a sixty (60) day discovery period, with any evidentiary hearing to take place no earlier than thirty (30) days following the close of the discovery period. Moreover, Respondent respectfully requests that, should its appeal be denied, the Court hold a case management conference to address any issues as to the scope of the hearing and what law will apply.

_____, J.

cc:   Thomas W. Patton, Federal Public Defender
      Christy Wiegand, Assistant United States Attorney