IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|     Petitioner | ) |
| | ) |
|     v. | )   C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI-MCKEAN, | ) |
| | ) |
|     Respondent. | ) |

**PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION FOR LEAVE TO APPEAL AND MOTION TO STAY**

AND NOW, comes the petitioner, Kurtis E. Armann, by his attorney, Assistant Federal Public Defender Thomas W. Patton, and files this Request For an Extension of Time to Respond to the Respondent's Motion For Leave to Appeal and Motion to Stay. In support thereof counsel states:

    1. The Respondent has filed a motion asking this Court for certification of Order for Interlocutory Appeal to the U.S. Court of Appeals for the Third Circuit, as well as motion to Stay Evidentiary Hearing Pending Disposition of Respondent's Interlocutory Appeal.

    2. Petitioner has been ordered to respond to Respondent's motions by June 27, 2007.

    3. Undersigned counsel has not had an opportunity to prepare a Response due to his extremely busy schedule, such as numerous court hearings, parole hearings at FCI McKean, etc.

    4. Accordingly, Mr. Armann request an extension of time of two days, to June 29, 2007, to file his response to the Respondent's motions.

WHEREFORE, for the foregoing reasons, Mr. Armann respectfully requests that this Court extend the time for filing a response to the Respondent's motion for certification of appeal

and motion to stay until June 29, 2007.

          Respectfully submitted,

          <u>/s/ Thomas W. Patton</u>
          Thomas W. Patton
          Assistant Federal Public Defender
          P.A. I.D. No. 88653