IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|    Petitioner | ) |
|    v. | ) C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI MCKEAN, | ) |
| | ) |
|    Respondent. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of June, 2007, upon consideration of the Petitioner's Request For an Extension of Time to Respond to the Respondent's Motion For Leave to Appeal and Motion to Stay, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the Petitioner file a response by June 29, 2007.

_____
Sean J. McLaughlin
United States District Judge