IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KURTIS E. ARMANN | ) |
| | ) |
|    Petitioner | ) |
| v. | ) C.A. No. 04-118 Erie |
| | ) |
| WARDEN, FCI MCKEAN, | ) |
| | ) |
|    Respondent. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, the government's motion for certification of order for interlocutory appeal to the United State Court of Appeals for the Third Circuit is DENIED. The case is referred to Chief Magistrate Judge Susan Paradise Baxter for a prompt evidentiary hearing on the competency issue raised in the habeas petition.

_____
Sean J. McLaughlin
United States District Judge