UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
August 22, 2007
DCO-159

No. 07-8043

Kurtis E. Armann
v.
Warden FCI McKean
(WD PA 04-cv-00118)

Present:     BARRY, AMBRO and FISHER, <u>Circuit Judges</u>

1. Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(B) by Petitioner Warden FCI McKean.

2. Response With Appendix In Opposition by Respondent Kurtis E. Armann.

3. Motion by Petitioner to File Reply In Support of Petition for Permission to Appeal.

                  /s/ Phyllis Ruffin
                  Phyllis Ruffin  267-299-4918

O R D E R

The foregoing petition for permission to appeal is granted.  The motion to file reply in support of petition for permission to appeal is granted.



A True Copy
Marcia M. Waldron, Clerk

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: September 26, 2007
par/cc: R.R.H., Esq.
       T.W.P., Esq.