UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NOTICE
GRANT OF PERMISSION FOR LEAVE TO APPEAL

       The Court of Appeals has granted a petition for leave to appeal in this matter.  Pursuant to Rule 5, F.R.A.P., within 10 days after the entry of an order granting permission for leave to appeal, the appellant(s) must pay the district court clerk all required fees.  Accordingly, the $455.00 docketing and filing fee must be paid in the district court unless the petitioner is the United States Government.  In addition, appellant must file a cost bond if required under Rule 7, F.R.A.P.

       A notice of appeal does not need to be filed.  A copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

       The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure.

Date: September 26, 2007
par/cc: R.R.H., Esq.
      T.W.P., Esq.
      District Court WDPA