UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NOTICE
GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter. Pursuant to Rule 5, F.R.A.P., within 10 days after the entry of an order granting permission for leave to appeal, the appellant(s) must pay the district court clerk all required fees. Accordingly, the $455.00 docketing and filing fee must be paid in the district court unless the petitioner is the United States Government. In addition, appellant must file a cost bond if required under Rule 7, F.R.A.P.

A notice of appeal does not need to be filed. A copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure.

Date: September 26, 2007
par/cc: R.R.H., Esq.
    T.W.P., Esq.
    District Court WDPA

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**August 22, 2007**
**DCO-159**

No. 07-8043

Kurtis E. Armann
v.
Warden FCI McKean
(WD PA 04-cv-00118)

Present:    BARRY, AMBRO and FISHER, <u>Circuit Judges</u>

1. Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(B) by Petitioner Warden FCI McKean.

2. Response With Appendix In Opposition by Respondent Kurtis E. Armann.

3. Motion by Petitioner to File Reply In Support of Petition for Permission to Appeal.

/s/ Phyllis Ruffin
Phyllis Ruffin  267-299-4918

_____ O R D E R _____

The foregoing petition for permission to appeal is granted. The motion to file reply in support of petition for permission to appeal is granted.


Marcia M. Waldron, Clerk

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: September 26, 2007
par/cc: R.R.H., Esq.
        T.W.P., Esq.